> **Fill in this information to identify the case:**
>
> United States Bankruptcy Court for the District of Delaware
>
> Case number (if known): _____ Chapter 11 _____

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | Mattress Firm, Inc. | |

**2.** **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Mattress Pro

Olejo

Tulo

Mattress Discounters

Sleep Experts

**3.** **Debtor's federal Employer Identification Number (EIN)**

76-0596008

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 10201 South Main Street | |
| Number     Street | Number     Street |
| Houston, TX 77025 | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris County | |
| County | Number     Street |
| | City     State     ZIP Code |

**5.** **Debtor's website (URL)**

www.mattressfirm.com

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor Name <u>Mattress Firm, Inc.</u>      Case number(*if known*)_____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4422 _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY

  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor  See Attachment 1    Relationship _____

  District _____ When _____
  MM / DD /YYYY

  Case number, if known _____

Debtor <u>Mattress Firm, Inc.</u>                                Case number*(if known)*_____
    <small>Name</small>

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention? (Check all that apply.)**

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                Number   Street

_____

City                  State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

**(consolidated basis)**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☒ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

**(consolidated basis)**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Mattress Firm, Inc.                          Case number (if known) _____
        Name

| 16. | Estimated liabilities (consolidated basis) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/5/2018
              MM / DD / YYYY

✗ /s/ _____          Hendré Ackermann
      Signature of authorized representative of debtor       Printed name

Title Chief Operating Officer & Chief Financial Officer

| 18. | Signature of attorney | ✗ /s/ _____   Date   10/5/2018 |
|---|---|---|

Signature of attorney for debtor                      MM / DD / YYYY

Edmon L. Morton
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 North King Street
Number      Street

Wilmington                                 DE           19801
City                                       State        ZIP Code

(302) 571-6600                             emorton@ycst.com
Contact phone                              Email address

3856                                       Delaware
Bar number                                 State

**ATTACHMENT 1**

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  A motion has been filed with the Court requesting that the chapter 11 cases of these entities be jointly administered.

| Entity Name | District | Date | Case Number |
|---|---|---|---|
| Mattress Firm, Inc. | District of Delaware | October 5, 2018 | Not Yet Assigned |
| 1520 Sunrise Highway, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| 1800mattress.com, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| 1800mattress.com IP, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| 45 South York Associates LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| 669 Sunrise Realty, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Acker Realty Holdings LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| American Internet Sales LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Aramingo Avenue Associates LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Bethlehem Pike Realty, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| CCP IV Holdings, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| CCP IV SBS Holdings, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Craftsman Realty, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Custom Fundraising Solutions, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| CXV Holdings, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Dial Operations, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Hazlet Partners, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| HMK Intermediate Holdings LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| HMK Mattress Holdings LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Maggie's Enterprises, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Maple Shade Partners, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Mattress Discounters Group, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Mattress Discounters IP LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Mattress Discounters Operations LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Mattress Firm - Arizona, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |

| Entity Name | District | Date | Case Number |
|---|---|---|---|
| Mattress Giant Corporation | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Mattress Holdco, Inc. | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Mattress Holding Corp. | District of Delaware | October 5, 2018 | Not Yet Assigned |
| MD Acquisition LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Robbinsville 7A Warehouse Group, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Route 352 Management Partners, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Scranton Avenue Associates, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| SINT, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Sleep Country USA, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Sleepy's, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| South Oyster Bay Realty, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| ST San Diego, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| The Mattress Venture, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| The Sleep Train, Inc. | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Viewmont Drive Realty, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |
| Whitehall Management Partners, LLC | District of Delaware | October 5, 2018 | Not Yet Assigned |

## CERTIFICATE OF CORPORATE OFFICER

October 2, 2018

I, Kindel Elam, being a duly elected and authorized officer, as set forth on Exhibit A hereto, of each of the following (each a "**Company**" and, collectively, the "**Companies**"):

A.  Mattress Firm, Inc., a Delaware corporation;

C.  Mattress Holdco, Inc., a Delaware corporation; and

D.  Mattress Giant Corporation, a Texas corporation

hereby certify as follows:

A.  I am a duly qualified and elected officer of each of the Companies and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Companies;

B.  Attached hereto is a true, correct, and complete copy of the joint resolutions of the boards of directors of each of the Companies, duly adopted and approved on October 2, 2018, in accordance with each Company's corporate organizational documents; and

C.  Such resolutions have not been amended, altered, annulled, rescinded, modified or revoked since their adoption and remain in full force and effect as of the date hereof. There exist no subsequent resolutions relating to the matter set forth in the resolutions attached hereto.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the 2 day of October , 2018.

Name: Kindel Elam

**EXHIBIT A**

| Entity | Position |
|---|---|
| Mattress Firm, Inc. | EVP, Legal, General Counsel & Secretary |
| Mattress Holdco, Inc. | Secretary |
| Mattress Giant Corporation | Secretary |

## JOINT RESOLUTIONS OF THE BOARDS OF DIRECTORS OF MATTRESS FIRM, INC., MATTRESS HOLDCO, INC. AND MATTRESS GIANT CORPORATION

Effective as of this 2 day of October, 2018, pursuant to a joint special meeting (the "**Meeting**") of the boards of directors (each, a "**Board of Directors**" and collectively, the "**Boards of Directors**") of Mattress Firm, Inc. ("**Mattress Firm**"), a Delaware corporation, Mattress Holdco, Inc., a Delaware corporation and Mattress Giant Corporation, a Texas corporation (collectively, the "**Companies**" and each, a "**Company**"), on the same date, at which a quorum was present, upon a motion duly made and seconded and acting pursuant to each Company's organizational documents, the members of the Boards of Directors constituting at least a majority of the directors then in office took the following actions and adopted the following resolutions:

**WHEREAS**, the Boards of Directors have considered presentations made by, and have reviewed and had the opportunity to ask questions about the materials presented by, the management and the legal and financial advisors of each Company regarding the liabilities, liquidity and prospects of each Company and its subsidiaries, the strategic alternatives available to it, and the impact of the foregoing on each Company's business;

**WHEREAS**, the Boards of Directors have had the opportunity to consult with the management and the legal and financial advisors of each Company to fully consider, and have considered, the strategic alternatives available to each Company; and

**WHEREAS**, the Boards of Directors desire to approve the following resolutions.

### Commencement of Chapter 11 Cases and Filing of Plan of Reorganization

**NOW, THEREFORE, BE IT RESOLVED**, that the Boards of Directors have determined, after consultation with the management and the legal and financial advisors of each Company, that it is desirable and in the best interests of each Company, its shareholders, creditors, and other parties in interest that petitions be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by each Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and pursue confirmation of a chapter 11 plan of reorganization (as such plan may be amended, modified or supplemented from time to time, the "**Plan**"), all in accordance with that certain Plan Support Agreement (as such agreement may be amended, modified or supplemented from time to time, the "**Plan Support Agreement**"), forms of the Plan and Plan Support Agreement which have been presented to the Board of Directors, which have considered and had the opportunity to ask questions about such Plan and the Plan Support Agreement; and be it further

**RESOLVED**, that any officer of each Company (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of each Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "**Chapter 11 Filings**") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or

advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with each Company's chapter 11 cases (the "**Chapter 11 Cases**") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, consent payments, indemnities, taxes and other expenses such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases, including the Plan Support Agreement (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

### Commencement of Chapter 11 Cases of Subsidiaries

**RESOLVED**, that the Boards of Directors have determined, after consultation with the management and the legal and financial advisors of each Company, that, in connection with the Chapter 11 Cases, it is desirable and in the best interests of each Company for certain of its controlled subsidiaries (collectively, the "**Subsidiaries**") to file a petition seeking relief under the provisions of the Bankruptcy Code (collectively, the "**Subsidiary Chapter 11 Cases**") and to negotiate, execute, deliver, and file with the Bankruptcy Court all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (the "**Subsidiary Chapter 11 Filings**") in the Bankruptcy Court; and be it further

### Debtor-in-Possession Financing

**RESOLVED**, that the Boards of Directors have determined, after consultation with the management and the legal and financial advisors of each Company, that, subject to approval of the Bankruptcy Court, each Company, as debtors and debtors in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby are, authorized to (a) enter into one or more new debtor in possession financing facility (the "**DIP Facilities**") and any associated documents and consummate, and perform under, the transactions contemplated therein (collectively, the "**Financing Transactions**") with such lenders and on such terms substantially consistent with those presented to the Boards of Directors at the Meeting and as may be further approved, modified or amended by any of the Authorized Persons, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Companies; and (b) pay related fees, and (c) grant security interests in and liens upon all or substantially all of each of the Companies' assets, in such case, as may be deemed necessary or desirable by any one or more of the Authorized Persons in connection with the Financing Transactions; and be it further

**RESOLVED**, that: (a) the Authorized Persons shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of, and on behalf of, each of the Companies, as

debtors and debtors in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents, including any amendments or other modifications to the foregoing, as any of the Authorized Persons may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the **"Financing Documents"**); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by any of the Authorized Persons are hereby approved; (c) the Authorized Persons shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of, and on behalf of, each of the Companies, as debtors and debtors in possession, to authorize counsel to draft, file and seek approval of the Financing Documents; and (d) the actions of any Authorized Person taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other documents, including any amendments or other modifications to the foregoing, shall be conclusive evidence of such Authorized Person's approval thereof and the necessity or desirability thereof.

### Exit Facility Financing

**RESOLVED**, that the Boards of Directors have determined, after consultation with the management and the legal and financial advisors of each Company, that, subject to approval of the Bankruptcy Court, each Company, as debtors and debtors in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby are, authorized to (a) enter into one or more exit facilities (the **"Exit Facilities"**) and any associated documents and consummate, and perform under, the transactions contemplated therein (collectively, the **"Exit Facility Transactions"**) with such lenders and on such terms substantially consistent with those presented to the Board of Directors prior to the date hereof and as may be further approved, modified or amended by any of the Authorized Persons, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Companies; and (b) pay related fees, and (c) grant security interests in and liens upon all or substantially all of each of the Companies' assets, in such case, as may be deemed necessary or desirable by any one or more of the Authorized Persons in connection with the Exit Facility Transactions; and be it further

**RESOLVED**, that: (a) the Authorized Persons shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of, and on behalf of, each of the Companies, as debtors and debtors in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents, including any amendments or other modifications to the foregoing, as any of the Authorized Persons may deem necessary or appropriate to facilitate the Exit Facility Transactions (collectively, the **"Exit Facility Documents"**); (b) Exit Facility Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by any of the Authorized Persons are hereby approved; (c) the Authorized Persons shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of, and on behalf of, each of the Companies, as debtors and debtors in possession, to authorize counsel to draft, file and seek approval of the Exit Facility Documents; and (d) the actions of any Authorized Person taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other

documents, including any amendments or other modifications to the foregoing, shall be conclusive evidence of such Authorized Person's approval thereof and the necessity or desirability thereof.

### Retention of Advisors

**RESOLVED,** that, in connection with the Chapter 11 Cases, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of each Company and its Subsidiaries, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Cases, with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED,** that the law firm of Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, is hereby retained and employed as attorneys for each Company in the Chapter 11 Cases; and be it further

**RESOLVED,** that the law firm of Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, is hereby retained and employed as Delaware attorneys for each Company in the Chapter 11 Cases; and be it further

**RESOLVED,** that the financial advisory firm of AlixPartners, LLP, 909 Third Avenue, New York, New York 10022, is hereby retained and employed as financial advisors for each Company in the Chapter 11 Cases; and be it further

**RESOLVED,** that the investment banking firm of Guggenheim Securities, LLC, 330 Madison Avenue, New York, New York 10017, is hereby retained and employed as investment bankers for each Company in the Chapter 11 Cases; and be it further

**RESOLVED,** that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, consent payments, indemnities, taxes and other expenses such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing, and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the retention and employment of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

### General

**RESOLVED,** that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications,

supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, indemnities, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person, any director or any member of each Company in the name and on behalf of such Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

**RESOLVED**, that each Board of Directors has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as required by the governance documents of such Company, or hereby waives any right to have received such notice.

*     *     *     *     *

**Fill in this information to identify the case:**

Debtor name Mattress Firm, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

The following list of creditors ("List of Creditors") has been prepared from the unaudited books and records of Mattress Firm, Inc. and its affiliated debtors and debtors in possession (the "Debtors"). The List of Creditors reflects estimated amounts owed by the Debtors as of the Petition Date on a consolidated basis. It was produced from the books and records of the Debtors as of the close of business on October 1, 2018. The List of Creditors does not include any person or entity who is now, or formerly was, an "insider" of the Debtors as that term is defined in 11 U.S.C. § 101(31). The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The Debtor's failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

## Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SIMMONS MANUFACTURING CO LLC ONE CONCOURSE PKWY NE 800 SANDY SPRINGS, GA 30328 | ATTN: JOHNNY NGUYEN PHONE: 770-512-7700 FAX: 770-613-8575 EMAIL: customerassistance@simmons.com | Trade Payable | | | | $64,695,011 |
| 2 | SERTA MATTRESS COMPANY ONE CONCOURSE PKWY NE 800 ATLANTA, GA 30328 | ATTN: JOHNNY NGUYEN PHONE: 847-645-0200 FAX: 847-645-0205 | Trade Payable | | | | $25,482,757 |
| 3 | LEGGETT & PLATT 161 PROCTOR LANE LEXINGTON, NC 27292 | CHIEF FINANCIAL OFFICER PHONE: 417-358-8131 FAX: 417-358-8449 EMAIL: legal@leggett.com | Trade Payable | | | | $11,993,294 |
| 4 | CORSICANA BEDDING INC PO BOX 1050 CORSICANA, TX 75151 | CHIEF FINANCIAL OFFICER PHONE: 800-323-4349 FAX: 903-872-9138 EMAIL: service@corsicanamattress.com | Trade Payable | | | | $6,536,204 |
| 5 | ELITE FOAM INC WELLS FARGO LOCKBOX 603397 1525 WEST WT HARRIS BLVD CHARLOTTE, NC 28260 | CHIEF FINANCIAL OFFICER PHONE: 770-683-8271 FAX: 770-683-8277 EMAIL: sales@elitefoam.com | Trade Payable | | | | $5,747,284 |
| 6 | SINOMAX USA INC 2901 WILCREST DR STE 100 HOUSTON, TX 77042 | CHIEF FINANCIAL OFFICER PHONE: 225-201-1595 FAX: 225-201-1596 | Trade Payable | | | | $5,722,883 |

Debtor  Mattress Firm, Inc.                                    Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | PURPLE INNOVATION LLC 123 E 200 N ALPINE, UT 84004 | CHIEF FINANCIAL OFFICER PHONE: 801-756-2600 EMAIL: info@purple.com | Trade Payable | | | | $3,526,562 |
| 8 | MANTUA MFG CO 7900 NORTHFIELD RD WALTON HILLS, OH 44146-5525 | CHIEF FINANCIAL OFFICER PHONE: 800-333-8333 FAX: 800-929-8014 | Trade Payable | | | | $3,307,918 |
| 9 | SPRING AIR COMPANY 70 EVERETT AVE STE 507 CHELSEA, MA 2150 | CHIEF FINANCIAL OFFICER PHONE: 617-884-2300 EMAIL: service@springairgso.com | Trade Payable | | | | $3,147,231 |
| 10 | ADVANCED COMFORT TECHNOLOGIES INC DBA INTELLIBED 3676 W CALIFORNIA AVE STE D-100 SALT LAKE CITY, UT 84104 | CHIEF FINANCIAL OFFICER PHONE: 801-845-9863 FAX: 801-438-0161 | Trade Payable | | | | $1,681,117 |
| 11 | PROTECT A BED JAB DISTRIBUTORS LLC 1500 S WOLF RD WHEELING, IL 60090 | CHIEF FINANCIAL OFFICER PHONE: 866-297-8836 FAX: 847-998-6919 | Trade Payable | | | | $1,019,287 |
| 12 | INFINITY MASSAGE CHAIRS 72 STARD RD UNIT 2 SEABROOK, NH 3874 | CHIEF FINANCIAL OFFICER PHONE: 603-910-5000 FAX: 603-642-9291 | Trade Payable | | | | $927,859 |
| 13 | STARCOM MEDIAVEST GROUP F/B/O SPARK FOUNDRY PO BOX 1528 LONG ISLAND CITY, NY 11101-0528 | ATTN ARLENE DESOUSA PHONE: 212-468-3789 FAX: 312-220-6530 EMAIL: arlene.desousa@sparkfoundryww.com | Trade Payable | | | | $845,665 |
| 14 | STRONG INDUSTRIES INC PO BOX 108 NORTHUMBERLAND, PA 17857 | CHIEF FINANCIAL OFFICER PHONE: 281-847-9304 FAX: 281-448-9315 EMAIL: info@superdumps.com | Trade Payable | | | | $681,112 |
| 15 | CVB INC DBA MALOUF 1525 W 2960 S LOGAN, UT 84321 | CHIEF FINANCIAL OFFICER FAX: 800-517-7179 EMAIL: info@maloufsleep.com | Trade Payable | | | | $625,922 |
| 16 | KINGSDOWN INC 126 WEST HOLT ST MEBANE, NC 27302-0392 | CHIEF FINANCIAL OFFICER PHONE: 919-563-3531 FAX: 919-563-6730 | Trade Payable | | | | $612,945 |
| 17 | CLASSIC BRANDS LLC 8214 WELLMOOR COURT JESSUP, MD 20794 | ATTN DENISE ZIPPELLI PHONE: 877-707-7533 FAX: 888-637-1943 | Trade Payable | | | | $549,987 |
| 18 | GOODWAY GROUP INC PO BOX 826955 PHILADELPHIA, PA 19182-6955 | CHIEF FINANCIAL OFFICER PHONE: 877-274-9881 FAX: 215-881-2239 EMAIL: david@goodwaygroup.com | Trade Payable | | | | $538,169 |

Debtor   Mattress Firm, Inc.  
      Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | METRO TECH SERVICE CORP 1827 WALDEN OFFICE SQ STE 304 SCHAUMBURG, IL 60173 | CHIEF FINANCIAL OFFICER PHONE: 866-339-4512 | Trade Payable | | | | $472,632 |
| 20 | FABRITECH 2000 LLC TRADING AS FABRITEC INTERNATIONAL 11 STEWART PLACE FAIRFIELD, NJ 7004 | CHIEF FINANCIAL OFFICER PHONE: 859-781-8200 FAX: 859-781-8280 EMAIL: solutions@fabritec.com | Trade Payable | | | | $434,639 |
| 21 | VALASSIS DIRECT MAIL INC. 719975 VICTOR PARKWAY LIVONIA, MI 48152 | CHIEF FINANCIAL OFFICER PHONE: 860-285-6100 FAX: 860-285-6412 | Trade Payable | | | | $406,167 |
| 22 | VISIONET SYSTEMS INC 4 CEDARBROOK DR BUILDING B CRANBURY, NJ 08512-3641 | CHIEF FINANCIAL OFFICER PHONE: 609-452-0700 FAX: 609-655-8232 EMAIL: accounts@visionetsystems.com | Trade Payable | | | | $399,632 |
| 23 | VISA JPMORGAN PO BOX 31279 TAMPA, FL 33631-3279 | CHIEF FINANCIAL OFFICER PHONE: 214-965-3631 FAX: 214-965-2861 EMAIL: gretchen.tumey@jpmorgan.com | Trade Payable | | | | $391,442 |
| 24 | CLEAR LINK TECHNOLOGIES LLC 5202 W DOUGLAS CORRIGAN WAY STE 300 SALT LAKE CITY, UT 84116 | CHIEF FINANCIAL OFFICER PHONE: 801-424-0018 FAX: 801-424-0019 EMAIL: accountsreceivable@clearlink.com | Trade Payable | | | | $359,805 |
| 25 | SLALOM LLC DBA SLALOM CONSULTING 821 2ND AVE STE 1900 SEATTLE, WA 98104 | CHIEF FINANCIAL OFFICER PHONE: 206-438-5700 FAX: 206-438-5686 EMAIL: sales@elitefoam.com | Trade Payable | | | | $323,936 |
| 26 | N.J. MALIN & ASSOCIATES LLC 15870 MIDWAY RD ADDISON, TX 75001 | ATTN JACK CAIN PHONE: 972-458-2680 FAX: 972-687-1707 EMAIL: Jack.Cain@malinusa.com | Trade Payable | | | | $307,611 |
| 27 | LONDON LUXURY LLC 270 N AVE 3RD FL NEW ROCHELLE, NY 10801 | CHIEF FINANCIAL OFFICER PHONE: 914-636-2100 EMAIL: customerservice@londonluxx.com | Trade Payable | | | | $256,647 |
| 28 | NEST INTERNATIONAL 550 CRESCENT BLVD GLOUCESTER CITY, NJ 8030 | CHIEF FINANCIAL OFFICER PHONE: 844-650-3721 | Trade Payable | | | | $251,832 |
| 29 | MICROSOFT ONLINE INC PO BOX 847543 DALLAS, TX 75284-7543 | CHIEF FINANCIAL OFFICER EMAIL: adbill@microsoft.com | Trade Payable | | | | $239,587 |

Debtor  Mattress Firm, Inc.
      Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example: Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | NIKA MILLER, ET AL. C/O Blumenthal Nordrehaug Bhowmik De Blouw LLP 75 Broadway St. #202 San Francisco, CA 94111 | ATTN LEAD ATTORNEY PHONE: 415-935-3957 FAX: 858-551-1232 EMAIL: | Litigation | C, U | | | Undetermined |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>Mattress Firm, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>_____ District of  Delaware<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B*: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ *Schedule D*: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ *Schedule E/F*: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ *Schedule G*: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ *Schedule H*: Codebtors (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/5/2018          x _____
           MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                 Hendré Ackermann
                                 Printed name

                                 Chief Operating Officer & Chief Financial Officer
                                 Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., | Case No. 18-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following list identifies all corporations, other than a governmental unit, which directly or indirectly own 10% or more of any class of equity interests in Mattress Firm, Inc.:

| Direct Owner | Indirect Owners |
|---|---|
| Mattress Holding Corp. | Mattress Holdco, Inc. |
| | Mattress Firm Holding Corp. |
| | Stripes US Holding, Inc. |
| | Steinhoff Europe AG |
| | Steinhoff Möbel Holding Alpha GmbH |
| | Steinhoff Finance Holding GmbH |
| | Steinhoff International Holdings N.V. |

**Fill in this information to identify the case and this filing:**

Debtor Name  Mattress Firm, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (*If known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/5/2018                    x _____
              MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                           Hendré Ackermann
                                           Printed name

                                           Chief Operating Officer & Chief Financial Officer
                                           Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., | Case No. 18-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of holders of equity securities of the above-captioned debtor.

| Name and Last Known Address or Place of Business of Holder | Kind of Interest | Percentage of Interest |
|---|---|---|
| Mattress Holding Corp.<br><br>10201 South Main Street<br>Houston, TX 77025 | Common Shares | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name  Mattress Firm, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                        (State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐  *Schedule H: Codebtors (Official Form 206H)*
- ☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐  *Amended Schedule _____*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒  Other document that requires a declaration   List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/5/2018                              x _____
              MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                                       Hendré Ackermann
                                                       Printed name

                                                       Chief Operating Officer & Chief Financial Officer
                                                       Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**