**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., | Case No. 18-12241 (BLS) |
| Debtor. | |
| Tax I.D. No. 76-0596008 | |
| In re: | Chapter 11 |
| 1520 SUNRISE HIGHWAY, LLC, | Case No. 18-12242 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3518435 | |
| In re: | Chapter 11 |
| 1800MATTRESS.COM, LLC, | Case No. 18-12243 (BLS) |
| Debtor. | |
| Tax I.D. No. 94-3479284 | |
| In re: | Chapter 11 |
| 1800MATTRESS.COM IP, LLC, | Case No. 18-12244 (BLS) |
| Debtor. | |
| Tax I.D. No. 94-3479283 | |

| | |
|---|---|
| In re: | Chapter 11 |
| 45 SOUTH YORK ASSOCIATES LLC, | Case No. 18-12245 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3413051 | |

| | |
|---|---|
| In re: | Chapter 11 |
| 669 SUNRISE REALTY, LLC, | Case No. 18-12246 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3479194 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ACKER REALTY HOLDINGS LLC, | Case No. 18-12247 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3591023 | |

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN INTERNET SALES LLC, | Case No. 18-12248 (BLS) |
| Debtor. | |
| Tax I.D. No. 46-2565538 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ARAMINGO AVENUE ASSOCIATES LLC, | Case No. 18-12249 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3413053 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| BETHLEHEM PIKE REALTY, LLC, | Case No. 18-12250 (BLS) |
| Debtor. | |
| Tax I.D. No. 02-0627097 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CCP IV HOLDINGS, LLC, | Case No. 18-12251 (BLS) |
| Debtor. | |
| Tax I.D. No. 45-4766480 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CCP IV SBS HOLDINGS, LLC, | Case No. 18-12252 (BLS) |
| Debtor. | |
| Tax I.D. No. 45-4766595 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTSMAN REALTY, LLC, | Case No. 18-12253 (BLS) |
| Debtor. | |
| Tax I.D. No. 51-0495696 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CUSTOM FUNDRAISING SOLUTIONS, LLC, | Case No. 18-12254 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-1822446 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| CXV HOLDINGS, LLC, | Case No. 18-12255 (BLS) |
| Debtor. | |
| Tax I.D. No. 45-4766412 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DIAL OPERATIONS, LLC, | Case No. 18-12256 (BLS) |
| Debtor. | |
| Tax I.D. No. 01-0941408 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HAZLET PARTNERS, LLC, | Case No. 18-12257 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3591123 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HMK INTERMEDIATE HOLDINGS LLC, | Case No. 18-12258 (BLS) |
| Debtor. | |
| Tax I.D. No. 37-1665671 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HMK MATTRESS HOLDINGS LLC, | Case No. 18-12259 (BLS) |
| Debtor. | |
| Tax I.D. No. 90-0799351 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| MAGGIE'S ENTERPRISES, LLC, | Case No. 18-12260 (BLS) |
| Debtor. | |
| Tax I.D. No. 54-1372133 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MAPLE SHADE PARTNERS, LLC, | Case No. 18-12261 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3560486 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS DISCOUNTERS GROUP, LLC, | Case No. 18-12262 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-3725735 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS DISCOUNTERS IP LLC, | Case No. 18-12263 (BLS) |
| Debtor. | |
| Tax I.D. No. 32-0393084 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS DISCOUNTERS OPERATIONS LLC, | Case No. 18-12264 (BLS) |
| Debtor. | |
| Tax I.D. No. 90-0906406 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM – ARIZONA, LLC, | Case No. 18-12265 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-0065695 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS GIANT CORPORATION, | Case No. 18-12266 (BLS) |
| Debtor. | |
| Tax I.D. No. 75-2427860 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS HOLDCO, INC., | Case No. 18-12267 (BLS) |
| Debtor. | |
| Tax I.D. No. 20-8144166 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS HOLDING CORP., | Case No. 18-12268 (BLS) |
| Debtor. | |
| Tax I.D. No. 06-1652172 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MD ACQUISITION LLC, | Case No. 18-12269 (BLS) |
| Debtor. | |
| Tax I.D. No. 35-2458949 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| ROBBINSVILLE 7A WAREHOUSE GROUP, LLC, | Case No. 18-12270 (BLS) |
| Debtor. | |
| Tax I.D. No. 61-1447150 | |
| In re: | Chapter 11 |
| ROUTE 352 MANAGEMENT PARTNERS, LLC, | Case No. 18-12271 (BLS) |
| Debtor. | |
| Tax I.D. No. 02-0765342 | |
| In re: | Chapter 11 |
| SCRANTON AVENUE ASSOCIATES, LLC, | Case No. 18-12272 (BLS) |
| Debtor. | |
| Tax I.D. No. 51-0612779 | |
| In re: | Chapter 11 |
| SINT, LLC, | Case No. 18-12273 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-0437805 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SLEEP COUNTRY USA, LLC, | Case No. 18-12274 (BLS) |
| Debtor. | |
| Tax I.D. No. 06-1572714 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SLEEPY'S, LLC, | Case No. 18-12275 (BLS) |
| Debtor. | |
| Tax I.D. No. 20-8781144 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTH OYSTER BAY REALTY, LLC, | Case No. 18-12276 (BLS) |
| Debtor. | |
| Tax I.D. No. 65-1286384 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ST SAN DIEGO, LLC, | Case No. 18-12277 (BLS) |
| Debtor. | |
| Tax I.D. No. 71-0864426 | |

| | |
|---|---|
| In re: | Chapter 11 |
| THE MATTRESS VENTURE, LLC, | Case No. 18-12278 (BLS) |
| Debtor. | |
| Tax I.D. No. 20-3479557 | |

| | |
|---|---|
| In re: | Chapter 11 |
| THE SLEEP TRAIN, INC., | Case No. 18-12279 (BLS) |
| Debtor. | |
| Tax I.D. No. 68-0062942 | |
| In re: | Chapter 11 |
| VIEWMONT DRIVE REALTY, LLC, | Case No. 18-12280 (BLS) |
| Debtor. | |
| Tax I.D. No. 57-1237290 | |
| In re: | Chapter 11 |
| WHITEHALL MANAGEMENT PARTNERS, LLC, | Case No. 18-12281 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3572853 | |

**DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Mattress Firm, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") submit this motion (this "Motion"), pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), directing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural

01:23701014.1

9

purposes only and granting certain related relief.  In support of this Motion, the Debtors submit

the *Declaration of Hendré Ackermann in Support of the Debtors' Chapter 11 Petitions and First

Day Pleadings* (the "First Day Declaration"), filed contemporaneously herewith and

incorporated herein by reference.[1]  In further support of this Motion, the Debtors respectfully

state as follows:

## STATUS OF THE CASES AND JURISDICTION

1.      On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the

"Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the

"Court").  The Debtors continue to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party

has requested the appointment of a trustee or examiner in these cases, and no statutory committee

has been appointed.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the

*Amended Standing Order of Reference* from the United States District Court for the District of

Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28

U.S.C. § 157(b)(2), and the Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to

the entry of a final order or judgment by the Court in connection with this Motion if it is

determined that the Court, absent consent of the parties, cannot enter final orders or judgments in

connection herewith consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
First Day Declaration.

01:23701014.1

4.      The statutory and other bases for the relief requested in this Motion are Bankruptcy Rule 1015(b) and Local Rule 1015-1.

## **THE DEBTORS' PREPACKAGED PLAN OF REORGANIZATION**

5.      Concurrently with this Motion, the Debtors have filed a joint prepackaged chapter 11 plan of reorganization (the "Plan") and a related disclosure statement (the "Disclosure Statement").  The Debtors have also filed a motion to schedule a combined hearing for the Court to consider approval of the Disclosure Statement and confirmation of the Plan.  All classes of claims against the Debtors are unimpaired under the Plan.

## **BACKGROUND OF THE DEBTORS**

6.      Additional information regarding the Debtors' business, capital structure and the circumstances preceding the Petition Date may be found in the First Day Declaration.

## **RELIEF REQUESTED**

7.      By this Motion, the Debtors request entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, directing joint administration of the above-captioned cases for procedural purposes only, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

8.      Specifically, the Debtors respectfully request that the Court maintain one file and one docket for the Debtors' cases under the case of Debtor Mattress Firm, Inc., and that the cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (BLS) |
| Debtors. | (Jointly Administered) |

9.　　The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors' cases, other than the case of Mattress Firm, Inc., to reflect the joint administration of these chapter 11 cases:

> An Order has been entered in this case in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the following chapter 11 cases: MATTRESS FIRM, INC., 1520 SUNRISE HIGHWAY, LLC, 1800MATTRESS.COM, LLC, 1800MATTRESS.COM IP, LLC, 45 SOUTH YORK ASSOCIATES LLC, 669 SUNRISE REALTY, LLC, ACKER REALTY HOLDINGS LLC, AMERICAN INTERNET SALES LLC, ARAMINGO AVENUE ASSOCIATES LLC, BETHLEHEM PIKE REALTY, LLC, CCP IV HOLDINGS, LLC, CCP IV SBS HOLDINGS, LLC, CRAFTSMAN REALTY, LLC, CUSTOM FUNDRAISING SOLUTIONS, LLC, CXV HOLDINGS, LLC, DIAL OPERATIONS, LLC, HAZLET PARTNERS, LLC, HMK INTERMEDIATE HOLDINGS LLC, HMK MATTRESS HOLDINGS LLC, MAGGIE'S ENTERPRISES, LLC, MAPLE SHADE PARTNERS, LLC, MATTRESS DISCOUNTERS GROUP, LLC, MATTRESS DISCOUNTERS IP LLC, MATTRESS DISCOUNTERS OPERATIONS LLC, MATTRESS FIRM - ARIZONA, LLC, MATTRESS GIANT CORPORATION, MATTRESS HOLDCO, INC., MATTRESS HOLDING CORP., MD ACQUISITION LLC, ROBINSVILLE 7A WAREHOUSE GROUP, LLC, ROUTE 352

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq.com/MattressFirm or by contacting counsel for the Debtors.

MANAGEMENT PARTNERS, LLC, SCRANTON AVENUE
ASSOCIATES, LLC, SINT, LLC, SLEEP COUNTRY USA, LLC,
SLEEPY'S, LLC, SOUTH OYSTER BAY REALTY, LLC, ST
SAN DIEGO, LLC, THE MATTRESS VENTURE, LLC, THE
SLEEP TRAIN, INC., VIEWMONT DRIVE REALTY, LLC,
AND WHITEHALL MANAGEMENT PARTNERS, LLC.  The
docket in the chapter 11 case of Mattress Firm, Inc., Case No. 18-12241
(BLS), should be consulted for all matters affecting this case.

## BASIS FOR RELIEF

10.     Bankruptcy Rule 1015(b) provides that if "two or more petitions are pending in

the same court by or against . . . a debtor and an affiliate, the court may order a joint

administration of the estates."  Local Rule 1015-1 similarly provides that an "order of joint

administration may be entered, without notice and an opportunity for hearing," if a motion is

filed establishing that "joint administration . . . is warranted and will ease the administrative

burden for the Court and the parties."  Mattress Firm, Inc. is a Debtor in these chapter 11 cases

and an affiliate of each of the other Debtors.  Accordingly, this Court has the authority to grant

the relief requested herein pursuant to Bankruptcy Rule 1015(b).

11.     Joint administration of these chapter 11 cases will promote efficiency and will

ease the administrative burden on the Court and all parties in interest.  The Debtors operate as

part of an integrated business with common ownership and control and participate in shared

financial and operational systems.  As a result, many of the motions, hearings and orders in these

cases will affect all of the Debtors.  Joint administration of these cases will reduce fees and costs

by avoiding duplicative filings, objections, notices and hearings.  Joint administration also will

allow the United States Trustee for the District of Delaware (the "U.S. Trustee") and all other

parties in interest to monitor these cases with greater ease and efficiency.

12.     Further, joint administration of these chapter 11 cases will not prejudice or

adversely impact the rights of the Debtors' respective constituencies because the relief sought

01:23701014.1

herein is purely procedural and is not intended to affect substantive rights.  Each creditor may, if required under the terms of the Plan, still file a claim against estates of individual Debtors, as applicable.  Moreover, all constituencies will benefit from the reduced costs that will result from the joint administration of these chapter 11 cases.

13.     For these reasons, the Debtors submit that the relief requested herein is in the best interest of their estates and will reduce administrative burdens on the Court and all parties in interest, and therefore should be granted.

## NOTICE

14.     Notice of this Motion will be provided to (i) the U.S. Trustee; (ii) the holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis; (iii) counsel to the DIP Agents; (iv) counsel to the Prepetition ABL Agent; (v) counsel to the Prepetition Term Loan Lender; (vi) counsel to Steinhoff International Holdings N.V.; (vii) counsel to the exit term loan financing backstop group; (viii) the United States Attorney's Office for the District of Delaware; (ix) the Internal Revenue Service; (x) the United States Department of Justice; and (xi) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of Page Intentionally Left Blank]*

01:23701014.1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto, granting the relief requested herein and any further relief the Court may deem just and proper.

Dated:  October 5, 2018
Wilmington, Delaware

SIDLEY AUSTIN LLP
Bojan Guzina
Matthew E. Linder
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

SIDLEY AUSTIN LLP
Gabriel R. MacConaill (No. 4734)
Michael Fishel
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

PROPOSED ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., | Case No. 18-12241 (BLS) |
| Debtor. | |
| Tax I.D. No. 76-0596008 | |
| In re: | Chapter 11 |
| 1520 SUNRISE HIGHWAY, LLC, | Case No. 18-12242 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3518435 | |
| In re: | Chapter 11 |
| 1800MATTRESS.COM, LLC, | Case No. 18-12243 (BLS) |
| Debtor. | |
| Tax I.D. No. 94-3479284 | |
| In re: | Chapter 11 |
| 1800MATTRESS.COM IP, LLC, | Case No. 18-12244 (BLS) |
| Debtor. | |
| Tax I.D. No. 94-3479283 | |

| | |
|---|---|
| In re: | Chapter 11 |
| 45 SOUTH YORK ASSOCIATES LLC, | Case No. 18-12245 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3413051 | |

| | |
|---|---|
| In re: | Chapter 11 |
| 669 SUNRISE REALTY, LLC, | Case No. 18-12246 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3479194 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ACKER REALTY HOLDINGS LLC, | Case No. 18-12247 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3591023 | |

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN INTERNET SALES LLC, | Case No. 18-12248 (BLS) |
| Debtor. | |
| Tax I.D. No. 46-2565538 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ARAMINGO AVENUE ASSOCIATES LLC, | Case No. 18-12249 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3413053 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| BETHLEHEM PIKE REALTY, LLC, | Case No. 18-12250 (BLS) |
| Debtor. | |
| Tax I.D. No. 02-0627097 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CCP IV HOLDINGS, LLC, | Case No. 18-12251 (BLS) |
| Debtor. | |
| Tax I.D. No. 45-4766480 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CCP IV SBS HOLDINGS, LLC, | Case No. 18-12252 (BLS) |
| Debtor. | |
| Tax I.D. No. 45-4766595 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTSMAN REALTY, LLC, | Case No. 18-12253 (BLS) |
| Debtor. | |
| Tax I.D. No. 51-0495696 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CUSTOM FUNDRAISING SOLUTIONS, LLC, | Case No. 18-12254 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-1822446 | |

01:23701014.1

3

| | |
|---|---|
| In re: | Chapter 11 |
| CXV HOLDINGS, LLC, | Case No. 18-12255 (BLS) |
| Debtor. | |
| Tax I.D. No. 45-4766412 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DIAL OPERATIONS, LLC, | Case No. 18-12256 (BLS) |
| Debtor. | |
| Tax I.D. No. 01-0941408 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HAZLET PARTNERS, LLC, | Case No. 18-12257 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3591123 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HMK INTERMEDIATE HOLDINGS LLC, | Case No. 18-12258 (BLS) |
| Debtor. | |
| Tax I.D. No. 37-1665671 | |

| | |
|---|---|
| In re: | Chapter 11 |
| HMK MATTRESS HOLDINGS LLC, | Case No. 18-12259 (BLS) |
| Debtor. | |
| Tax I.D. No. 90-0799351 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| MAGGIE'S ENTERPRISES, LLC, | Case No. 18-12260 (BLS) |
| Debtor. | |
| Tax I.D. No. 54-1372133 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MAPLE SHADE PARTNERS, LLC, | Case No. 18-12261 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3560486 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS DISCOUNTERS GROUP, LLC, | Case No. 18-12262 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-3725735 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS DISCOUNTERS IP LLC, | Case No. 18-12263 (BLS) |
| Debtor. | |
| Tax I.D. No. 32-0393084 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS DISCOUNTERS OPERATIONS LLC, | Case No. 18-12264 (BLS) |
| Debtor. | |
| Tax I.D. No. 90-0906406 | |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM – ARIZONA, LLC, | Case No. 18-12265 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-0065695 | |
| In re: | Chapter 11 |
| MATTRESS GIANT CORPORATION, | Case No. 18-12266 (BLS) |
| Debtor. | |
| Tax I.D. No. 75-2427860 | |
| In re: | Chapter 11 |
| MATTRESS HOLDCO, INC., | Case No. 18-12267 (BLS) |
| Debtor. | |
| Tax I.D. No. 20-8144166 | |
| In re: | Chapter 11 |
| MATTRESS HOLDING CORP., | Case No. 18-12268 (BLS) |
| Debtor. | |
| Tax I.D. No. 06-1652172 | |
| In re: | Chapter 11 |
| MD ACQUISITION LLC, | Case No. 18-12269 (BLS) |
| Debtor. | |
| Tax I.D. No. 35-2458949 | |

01:23701014.1

6

| | |
|---|---|
| In re:<br><br>ROBBINSVILLE 7A WAREHOUSE GROUP, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 61-1447150 | Chapter 11<br><br>Case No. 18-12270 (BLS) |
| In re:<br><br>ROUTE 352 MANAGEMENT PARTNERS, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 02-0765342 | Chapter 11<br><br>Case No. 18-12271 (BLS) |
| In re:<br><br>SCRANTON AVENUE ASSOCIATES, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 51-0612779 | Chapter 11<br><br>Case No. 18-12272 (BLS) |
| In re:<br><br>SINT, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 26-0437805 | Chapter 11<br><br>Case No. 18-12273 (BLS) |

01:23701014.1

| | |
|---|---|
| In re: | Chapter 11 |
| SLEEP COUNTRY USA, LLC, | Case No. 18-12274 (BLS) |
| Debtor. | |
| Tax I.D. No. 06-1572714 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SLEEPY'S, LLC, | Case No. 18-12275 (BLS) |
| Debtor. | |
| Tax I.D. No. 20-8781144 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTH OYSTER BAY REALTY, LLC, | Case No. 18-12276 (BLS) |
| Debtor. | |
| Tax I.D. No. 65-1286384 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ST SAN DIEGO, LLC, | Case No. 18-12277 (BLS) |
| Debtor. | |
| Tax I.D. No. 71-0864426 | |

| | |
|---|---|
| In re: | Chapter 11 |
| THE MATTRESS VENTURE, LLC, | Case No. 18-12278 (BLS) |
| Debtor. | |
| Tax I.D. No. 20-3479557 | |

| | |
|---|---|
| In re: | Chapter 11 |
| THE SLEEP TRAIN, INC., | Case No. 18-12279 (BLS) |
| Debtor. | |
| Tax I.D. No. 68-0062942 | |
| In re: | Chapter 11 |
| VIEWMONT DRIVE REALTY, LLC, | Case No. 18-12280 (BLS) |
| Debtor. | |
| Tax I.D. No. 57-1237290 | |
| In re: | Chapter 11 |
| WHITEHALL MANAGEMENT PARTNERS, LLC, | Case No. 18-12281 (BLS) |
| Debtor. | |
| Tax I.D. No. 11-3572853 | |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF
## CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of Mattress Firm, Inc. and its affiliated debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for

entry of an order (this "Order"), pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1,

directing the joint administration of these chapter 11 cases for procedural purposes only; and

upon consideration of the First Day Declaration; and the Court having jurisdiction over this

matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the

---

[1] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

01:23701014.1

9

United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and all objections, if any, to the Motion having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The relief requested in the Motion is GRANTED as set forth herein.

2.     The Debtors' chapter 11 cases shall be jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and consolidated for procedural purposes only.

3.     The Clerk of the Court shall maintain one file and one docket for the Debtors' jointly administered chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Mattress Firm, Inc., Case No. 18- 12241 (BLS).

4.     All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (BLS) |
| Debtors. | (Jointly Administered) |

     5.     The Clerk of the Court shall make a docket entry, substantially in the following form, in each of the Debtors' cases, other than the case of Mattress Firm, Inc., to reflect the joint administration of these chapter 11 cases:

> An Order has been entered in this case in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the following chapter 11 cases: MATTRESS FIRM, INC., 1520 SUNRISE HIGHWAY, LLC, 1800MATTRESS.COM, LLC, 1800MATTRESS.COM IP, LLC, 45 SOUTH YORK ASSOCIATES LLC, 669 SUNRISE REALTY, LLC, ACKER REALTY HOLDINGS LLC, AMERICAN INTERNET SALES LLC, ARAMINGO AVENUE ASSOCIATES LLC, BETHLEHEM PIKE REALTY, LLC, CCP IV HOLDINGS, LLC, CCP IV SBS HOLDINGS, LLC, CRAFTSMAN REALTY, LLC, CUSTOM FUNDRAISING SOLUTIONS, LLC, CXV HOLDINGS, LLC, DIAL OPERATIONS, LLC, HAZLET PARTNERS, LLC, HMK INTERMEDIATE HOLDINGS LLC, HMK MATTRESS HOLDINGS LLC, MAGGIE'S ENTERPRISES, LLC, MAPLE SHADE PARTNERS, LLC, MATTRESS DISCOUNTERS GROUP, LLC, MATTRESS DISCOUNTERS IP LLC, MATTRESS DISCOUNTERS OPERATIONS LLC, MATTRESS FIRM - ARIZONA, LLC, MATTRESS GIANT CORPORATION, MATTRESS HOLDCO, INC., MATTRESS HOLDING CORP., MD ACQUISITION LLC, ROBINSVILLE 7A WAREHOUSE GROUP, LLC, ROUTE 352

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq.com/MattressFirm or by contacting counsel for the Debtors.

01:23701014.1

MANAGEMENT PARTNERS, LLC, SCRANTON AVENUE ASSOCIATES, LLC, SINT, LLC, SLEEP COUNTRY USA, LLC, SLEEPY'S, LLC, SOUTH OYSTER BAY REALTY, LLC, ST SAN DIEGO, LLC, THE MATTRESS VENTURE, LLC, THE SLEEP TRAIN, INC., VIEWMONT DRIVE REALTY, LLC, AND WHITEHALL MANAGEMENT PARTNERS, LLC.  The docket in the chapter 11 case of Mattress Firm, Inc., Case No. 18-12241 (BLS), should be consulted for all matters affecting this case.

6.      The requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) are hereby satisfied.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 cases, the Debtors, or the Debtors' estates.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated:  _____, 2018
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE