# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 91** |

## NOTICE OF FILING OF AMENDMENT TO EXIT COMMITMENT LETTER

**PLEASE TAKE NOTICE** that, on October 5, 2018, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume the Exit Commitment Letter, (II) Approving the Commitment Fee, and (III) Authorizing the Debtors to File the Exit Facilities Fee Letter Under Seal* [Docket No. 91] (the "Exit Financing Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit B to the Exit Financing Motion is the Exit Commitment Letter.

**PLEASE TAKE FURTHER NOTICE** that, on October 8, 2018, the Debtors executed an amendment to the Exit Commitment Letter. Attached hereto as **Exhibit A** is the amendment to the Exit Commitment Letter (the "Amendment"). A changed pages blackline comparing the Amendment to the Exit Commitment Letter is attached hereto as **Exhibit B**.

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Exit Financing Motion.

01:23714968.1

| | |
|---|---|
| Dated:  October 9, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Bojan Guzina<br>Matthew E. Linder<br>Blair M. Warner<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>-and-<br><br>SIDLEY AUSTIN LLP<br>Gabriel R. MacConaill (No. 4734)<br>Michael Fishel<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone:  (213) 896-6000<br>Facsimile:  (213) 896-6600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ashley E. Jacobs (No. 5635)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |

01:23714968.1