# **EXHIBIT A**

**Amendment**

01:23714968.1

*Execution Version*

**BARCLAYS**
**745 Seventh Avenue**
**New York, NY 10019**

**CONFIDENTIAL**
October 8, 2018

Mattress Firm, Inc.
10201 S. Main St.
Houston, Texas 77025
Attention: Hendre Ackermann and Kindel Elam

<u>Amendment to Exit Facilities Commitment Letter</u>

Ladies and Gentlemen:

Reference is made to that certain Exit Facilities Commitment Letter (the "***Exit Commitment Letter***"), dated as of October 4, 2018 between Mattress Firm, Inc. ("***you***" or the "***Company***") and Barclays Bank PLC ("***Barclays***, the "***Arranger***", "***we***" or "***us***"). The Company, the Arrangers and the other signatories hereto agree to amend the Exit Commitment Letter (this "***Amendment***") on the terms set forth herein. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Exit Commitment Letter.

1.  <u>Amendment</u>.

A.  The Company and Arranger hereby agree to replace in its entirety the last sentence of Section 15 of the Exit Commitment Letter with the following:

"This Exit Facilities Commitment Letter and the Exit Facilities Fee Letter shall be of no force and effect unless executed by you and delivered to us within the time frame required by the initial sentence of this <u>Section 15</u>."

B.  The Company and Arranger hereby agree to replace in its entirety clause (k) of Annex I to Exhibit B of the Exit Commitment Letter with the following:

"(k) <u>Approval of Commitment Letter and Payment of Fees</u>. (i) The Debtors shall have filed on the Petition Date a motion to approve the Commitment Letter and the Commitment Fee and shall have used their best efforts to obtain the approval by the Bankruptcy Court of the Commitment Fee as a super-priority administrative expense of each of the Debtors pursuant to an order in form and substance acceptable to the Agent and Lenders at the earliest practicable date, and such order shall have become a final order of the Bankruptcy Court, for which the time for taking of any appeal or petition for writ of certiorari shall have passed, and shall not have been stayed, reversed, vacated, amended, supplemented or modified without the prior written consent of the Agent and the Lenders. (ii) The Commitment Letter, the Commitment Fee, and all fees required to be paid on the Closing Date to Agent, the Arranger and the Lenders shall have been approved as superpriority administrative expenses of each of the Debtors by the Bankruptcy Court pursuant to an order in form and substance acceptable to the Agent and Lenders within 25 days of the Petition Date, which order shall have become a final order of the Bankruptcy Court, for which the time for taking of any appeal or petition for writ of certiorari shall have passed, and shall not have been stayed, reversed, vacated, amended, supplemented or modified without the prior written consent of the Agent and the Lenders. (iii) The Borrower shall have paid all fees required to be paid on the Closing Date to Agent, the Arranger and the Lenders and shall have reimbursed Agent, the

Arranger and the Lenders for all fees, costs and expenses of closing presented as of the Closing Date."

2.  Effect of Amendment.

Except as specifically amended by this Amendment, the Exit Commitment Letter and the Exit Facilities Fee Letter shall remain in full force and effect. This Amendment shall be construed in connection with and form part of the Exit Commitment Letter and the Exit Facilities Fee Letter and any reference to any of the Exit Commitment Letter and the Exit Facilities Fee Letter shall be deemed to be a reference to the Exit Commitment Letter and the Exit Facilities Fee Letter, as applicable, each as amended by this Amendment. This Amendment may not be amended or modified, or any provision hereof waived, except by an instrument in writing signed by the parties hereto. This Amendment, the Exit Commitment Letter and the Exit Facilities Fee Letter set forth the entire agreement between the parties hereto and supersede all prior understandings, whether written or oral, between the parties hereto with respect to the matters herein.

3.  Governing Law; Etc.

THIS AMENDMENT AND ANY CLAIM, CONTROVERSY OR DISPUTE ARISING UNDER OR RELATED TO THIS AMENDMENT (INCLUDING, WITHOUT LIMITATION, ANY CLAIMS SOUNDING IN CONTRACT LAW OR TORT LAW ARISING OUT OF THE SUBJECT MATTER HEREOF) SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK AND, TO THE EXTENT APPLICABLE, THE BANKRUPTCY CODE.

EACH OF THE PARTIES HERETO IRREVOCABLY WAIVES THE RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING, CLAIM OR COUNTERCLAIM BROUGHT BY OR ON BEHALF OF ANY PARTY RELATED TO OR ARISING OUT OF THIS AMENDMENT OR THE PERFORMANCE OF SERVICES HEREUNDER OR THEREUNDER.

[Remainder of this page intentionally left blank]

BARCLAYS BANK PLC

By: _____
Name: Joseph Jordan
Title: Managing Director

[Signature Page to Amendment to Exit Facilities Commitment Letter]

**MATTRESS FIRM, INC.,**
as Company and Borrower,

By: _____
Name: HENDRE ACKERMANN
Title: CFO & COO

[Signature Page to Amendment to Exit Facilities Commitment Letter]

**MATTRESS HOLDING CORP.**,
as Holdings,

By: _____
Name: HENDRE ACKERMANN
Title: CFO & COO

[Signature Page to Amendment to Exit Facilities Commitment Letter]

**SUBSIDIARY GUARANTORS:**

CUSTOM FUNDRAISING SOLUTIONS, LLC
THE MATTRESS VENTURE, LLC
AMERICAN INTERNET SALES LLC
ST SAN DIEGO, LLC
SLEEP COUNTRY USA, LLC
CCP IV HOLDINGS, LLC
CXV HOLDINGS, LLC
CCP IV SBS HOLDINGS, LLC
HMK MATTRESS HOLDINGS LLC
HMK INTERMEDIATE HOLDINGS LLC
ACKER REALTY HOLDINGS LLC
DIAL OPERATIONS, LLC
SINT, LLC
MD ACQUISITION LLC
1800MATTRESS.COM IP, LLC
MATTRESS DISCOUNTERS OPERATIONS LLC
MATTRESS DISCOUNTERS IP LLC
SOUTH OYSTER BAY REALTY, LLC

Each of the above as a Subsidiary Guarantor

By: _____
Name: HENDRE ACKERMANN
Title: CFO & COO

THE SLEEP TRAIN, INC.
SLEEPY'S, LLC

Each of the above as a Subsidiary Guarantor

By: _____
Name: HENDRE ACKERMANN
Title: CFO & COO

[Signature Page to Amendment to Exit Facilities Commitment Letter]