# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MATTRESS FIRM, INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 18-12241 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 29, 2018 at 10:00 a.m. (ET)**<br>**Objection Deadline: October 22, 2018 at 4:00 p.m. (ET)**<br><br>Ref. Docket No. 91 |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DEBTORS TO ASSUME THE EXIT COMMITMENT LETTER,
(II) APPROVING THE COMMITMENT FEE, AND (III) AUTHORIZING THE DEBTORS
TO FILE THE EXIT FACILITIES FEE LETTER UNDER SEAL**

TO:   (I) THE U.S. TRUSTEE; (II) THE HOLDERS OF THE THIRTY (30) LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS ON A CONSOLIDATED BASIS; (III) COUNSEL TO THE DIP AGENTS; (IV) COUNSEL TO THE PREPETITION ABL AGENT; (V) COUNSEL TO THE PREPETITION TERM LOAN LENDER; (VI) COUNSEL TO STEINHOFF INTERNATIONAL HOLDINGS N.V; (VII) COUNSEL TO THE EXIT TERM LOAN FINANCING BACKSTOP GROUP; (VIII) THE UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE; (IX) THE INTERNAL REVENUE SERVICE; (X) THE UNITED STATES DEPARTMENT OF JUSTICE; AND (XI) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that, on October 5, 2018, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the ***Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume the Exit Commitment Letter, (II) Approving the Commitment Fee, and (III) Authorizing the Debtors to File the Exit Facilities Fee Letter Under Seal*** [Docket No. 91] (the "Exit Financing Motion"). You were previously served with a copy of the Exit Financing Motion.

**PLEASE TAKE FURTHER NOTICE** that responses to the Exit Financing Motion, if any, must be filed on or before **October 22, 2018 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

01:23716771.2

any objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE EXIT FINANCING MOTION WILL BE HELD ON **OCTOBER 29, 2018 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE EXIT FINANCING MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: October 9, 2018
Wilmington, Delaware

SIDLEY AUSTIN LLP
Bojan Guzina
Matthew E. Linder
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

SIDLEY AUSTIN LLP
Gabriel R. MacConaill (No. 4734)
Michael Fishel
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600 / Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION