**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. __ |

**FIFTH OMNIBUS ORDER (I) AUTHORIZING DEBTORS TO
(A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY *NUNC PRO TUNC* TO OCTOBER 31, 2018 AND
(B) ABANDON CERTAIN PERSONAL PROPERTY IN CONNECTION
THEREWITH AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of Mattress Firm, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for entry of an order (this "Order") (i) authorizing the Debtors to (a) reject the Leases set forth on **Schedule 1** attached hereto, *nunc pro tunc* to the Rejection Date and (b) abandon the Remaining Property, effective as of the Rejection Date, and (ii) granting related relief, all as more fully set forth in the Motion; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and all objections, if any, to the

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

01:23752357.1

Motion having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to reject the Leases set forth on the attached **Schedule 1**, effective as of the Rejection Date, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007.

3. The Debtors are authorized, but not directed, to abandon any Remaining Property located at the Closing Stores subject to the Leases, in the Debtors' sole discretion, free and clear of all liens, claims, encumbrances and rights of third parties, with such abandonment being effective as of the Rejection Date. The landlords under the Leases are authorized to dispose of any Remaining Property without further notice or any liability to the Debtors or any third parties and without waiving any claims against the Debtors. The automatic stay is modified to the extent necessary to allow the disposition of any Remaining Property.

4. Within two business days after entry of this Order, the Debtors shall serve a copy of this Order and the attached **Schedule 1** on the landlords under the Leases.

5. The landlords under the Leases must file a proof of claim relating to the rejection of such Leases, if any, by 5:00 p.m. (prevailing Eastern Time) on the date specified in the Notice of Effective Date to be filed by the Debtors with the Court, which will be available on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm. Proofs of claim and instructions for submission will be provided with the Notice of Effective Date and

are also available on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party-in-interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this motion are valid and the Debtors and all other parties-in-interest expressly reserve their rights to contest the extent, validity, or perfection, or to seek avoidance of all such liens.

7. The Debtors do not waive any claims that they may have against any counterparty to the Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Leases.

8. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Closing Store Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Closing Store Leases is limited to the remedies available under any applicable termination provision of such Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

01:23752357.1

9. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b) because the relief granted in this Order is necessary to avoid immediate and irreparable harm to the Debtors' estates.

10. Notice of the Motion shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware are waived by such notice.

11. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2018
Wilmington, Delaware

                                        CHRISTOPHER S. SONTCHI
                                        CHIEF    UNITED    STATES    BANKRUPTCY    JUDGE

# **Schedule 1**

**Leases**

## Schedule 1[1]

| | STORE NUMBER | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 1. | 152005 | 2013 Massey Boulevard, LLC 11535 Hopewell Road<br>ATTN: Mike Rhodes, Renal Representative<br>Hagerstown, MD, 21741 | Sleepy's, LLC | 1730 Massey Blvd, Hagerstown, MD 21740 |
| 2. | 061170 | 2040 Coliseum Drive LLC c/o Coliseum Crossing Associates LLC 41 Old Oyster Point Road, Suite A Newport News, VA, 23602 | Sleepy's, LLC | 2040 Coliseum Drive, Hampton, VA 23666 |
| 3. | 025081 | 2119 Brandon, LLC 4107 W. Spruce Street, Suite 100<br>ATTN: Sr. V.P., Retail Development<br>Tampa, FL, 33607 | Mattress Firm, Inc. | 2119 W Brandon Blvd. Stes A-C, Brandon, FL 33511 |
| 4. | 013025 | 6800 Glenwood, LLC<br>P.O. Box 37663<br>Raleigh, NC, 27627 | Mattress Firm, Inc. | 6800 Glenwood Ave, Raleigh, NC 27612 |
| 5. | 526001 | Amato Brothers Enterprises, Inc.<br>c/o Elliott Associates, Inc.<br>901 NE Gilson Street<br>Portland, OR, 97232 | The Sleep Train, Inc. | 838 SW 4th Avenue, Portland, OR 97204 |
| 6. | 053010 | Andie's, Inc.<br>c/o Cohen Commercial Management LLC<br>712 US Highway One, Suite 205<br>North Palm Beach, FL, 33408 | Mattress Firm, Inc. | 1495 E Hwy 50, Clermont, FL 34711 |
| 7. | 004014 | Arbor Walk Mall, LLC<br>c/o M.s. Management Associates, Inc. 225 West Washington Street<br>Indianapolis, IN, 46204 | Mattress Firm, Inc. | 10515 N Mopac Expwy NB Ste 225<br>Austin, TX 78759 |
| 8. | 058007 | ARC MFKXVTN002<br>c/o American Realty Capital<br>405 Park Avenue<br>ATTN: Jesse C. Galloway<br>New York, NY 10014 | Mattress Firm, Inc. | 4731 North Broadway, Knoxville, TN 37918 |
| 9. | 082001 | ARC MFBSEID001, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 8600 West Franklin, Boise, ID 83709 |
| 10. | 102002 | ARC MFRKHSCOO1 LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>ATTN: Ruth Cavallucci<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 231 W. Day Rd, Mishawaka, IN 46545 |
| 11. | 078001 | ARC MFWSNNC001, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>ATTN: Ruth Cavallucci<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 1702 Raleigh Road NW, Wilson, NC 27896 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.

01:23752356.1

| | STORE NUMBER | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 12. | 105016 | ARCP MF Fairview Park OH LLC 2325 East Camelback Road, Suite 1100 Phoenix, AZ, 85016 | Mattress Firm, Inc. | 21581 Center Ridge Rd, Rocky River, OH 44116 |
| 13. | 004029 | Bastrop Retail Partners, L.P. 100 E. Anderson Lane, Suite 200 Austin, TX, 78752 | Mattress Firm, Inc. | 717 Highway 71 W, Suite 100, Bastrop, TX 78602 |
| 14. | 061006 | Battlefield Marketplace Associates, LLC c/o Palms Associates 397 Little Neck Road, Bldg 3400, Suite 200 Virginia Beach, VA, 23452 | Maggie's Enterprises, LLC | 1402 N. Battlefield Blvd., Chesapeake, VA 23320 |
| 15. | 101010 | Bear Valley Partners & Western Signature Properties, Inc. 1915-A East Katella Avenue Orange, CA, 92867 | The Sleep Train, Inc. | 4402 N. Division Street, Spokane, WA 99207 |
| 16. | 105006 | Belden Park Delaware LLC c/o Stark Enterprises 1350 West 3rd Street Cleveland, OH, 44113 | Mattress Firm, Inc. | 4349 Everhard Rd, Ste. 1, Canton, OH 44718 |
| 17. | 009019 | BIG Creekwood Commons, LLC c/o RED Property Management, LLC 840 NW Blue Parkway, Suite B ATTN: Kathy Nietzke Lee's Summit, MO, 64086 | Mattress Firm, Inc. | 203 NE Englewood Rd, Kansas City, MO 64118 |
| 18. | 009026 | Blackbob Corner, LLC, c/o Block & Company, Inc. 605 West 47th Street, Suite 200 ATTN: Property Manager Kansas City, MO, 64112 | Mattress Firm, Inc. | 14910 W. 119th Street, Olathe, KS 66062 |
| 19. | 074003 | Broadway Crossings II, LLC c/o TKG Management, Inc. 211 North Stadium, Suite 201 ATTN: Property Management Columbia, MO, 65203 | Mattress Firm, Inc. | 2900 Trimble Suite 101, Columbia, MO 65201 |
| 20. | 038030 | Burgess Investments, LLC 40 Lockwood Avenue ATTN: Scott Burgess Greenville, SC, 29607 | Mattress Firm, Inc. | 1143 Woodruff Road Ste A, Greenville, SC 29607 |
| 21. | 066018 | Capview Income & Value Fund IV LP 5910 North Central Expressway, Suite 1625 Dallas, TX, 75206 | Mattress Firm, Inc. | 112 E. 12300 S, Draper, UT 84020 |
| 22. | 007130 | CAS POLLER, LLC 210 Sandy Springs Place NE Atlanta, GA, 30328 | Mattress Firm, Inc. | 144 Moreland Avenue, Ste. A, Atlanta, GA 30307 |
| 23. | 103003 | Centerpoint Owner LLC c/o Stonemar Realty Management 32 Union Square East, Suite 1100 New York, NY, 10003 | Mattress Firm, Inc. | 3583 28th Street SE Grand Rapids, MI 49512 |
| 24. | 179060 | Central Park Retail, LLC c/o Fredericksburg 35, LLC 8405 Greensboro Drive, 8th Floor McLean, VA, 22102-5121 | Mattress Discounters Operations LLC | 3546 Plank Road, Fredericksburg, VA 22407 |
| 25. | 051024 | Coconut Point Town Center, LLC 225 West Washington Street Indianapolis, IN, 46204 | Mattress Firm, Inc. | 8016 Mediterranean Drive, #B01-A, Estero, FL 33928 |

| | **STORE NUMBER** | **COUNTERPARTY-LANDLORD AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** |
|---|---|---|---|---|
| 26. | 017027 | Cole MF Danville, LLC<br>c/o VEREIT, Inc. 2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 480 Mt. Cross Rd, Danville, VA 24540 |
| 27. | 082003 | Cole MF Garden City, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 6965 N. Glenwood St, Garden City, ID 83714 |
| 28. | 082005 | Cole MF Nampa ID, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 1610 Caldwell Blvd, Nampa, ID 83651 |
| 29. | 179090 | Columbia II Burnt Mills Shopping Center LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114 ATTN: Lease Administration Jacksonville, FL, 32202 | Sleepy's, LLC | 10727 Columbia Pike, Silver Spring, MD 20901 |
| 30. | 105008 | Columbia Land Development Co. 12343 Mulberry Circle<br>ATTN: Jay L. Pierman<br>Strongsville, OH, 44149 | Mattress Firm, Inc. | 4647 Great Northern Blvd, North Olmsted, OH 44070 |
| 31. | 007123 | Conyers, LLC 3334 E. Coast Hwy, Suite 520<br>Corona del Mar, CA, 92625 | Mattress Firm, Inc. | 1285 Hwy 138 SE, Conyers, GA 30013 |
| 32. | 526037 | CTC Beaverton, LLC<br>c/o Capshine, LLC<br>24143 Hillview Road<br>ATTN: Rasoul M. Oskouy<br>Los Altos, CA, 94024 | The Sleep Train, Inc. | 11943 SW Canyon Rd, Beaverton, OR 97005 |
| 33. | 025095 | Curlew 19, LLC<br>2801 Leprechaun Lane<br>ATTN: Hale Dimetry Palm<br>Harbor, FL, 34683 | Mattress Firm, Inc. | 30323 US Hwy 19, Clearwater, FL 33761 |
| 34. | 065005 | Dash Family 2009<br>5467 Bahia Lane<br>ATTN: David Rottenberg<br>La Jolla, CA, 92037 | Mattress Firm, Inc. | 774 Beal Pkwy, Fort Walton Beach, FL 32457 |
| 35. | 038021 | DCTN3 368 Asheville NC, LLC<br>c/o N3 Real Estate<br>1240 N. Kimball Avenue<br>Southlake, TX, 76092 | Mattress Firm, Inc. | 209 Tunnel Rd, Asheville, NC 28805 |
| 36. | 024184 | DDR Belgate LP 3300<br>Enterprise Parkway<br>Beachwood, OH, 44122 | Sleepy's, LLC | 7850 Tyner Street, Charlotte, NC 28262 |
| 37. | 085010 | DSM Realty<br>875 East Street<br>Tewksbury, MA, 01876 | Sleepy's, LLC | 301 Mariner Way, Biddeford, ME 04005 |

| | **STORE NUMBER** | **COUNTERPARTY-LANDLORD AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** |
|---|---|---|---|---|
| 38. | 077019 | Eastgate Shopping Center, Inc. c/o JJ Gumberg Co. 1051 Brinton Road Pittsburgh, PA, 15221 | Mattress Firm, Inc. | 5132 Route 30, Greensburg, PA 15601 |
| 39. | 053092 | Epis Investments LLC 8901 Earhart Ave ATTN: Joanne Orenski Los Angeles, CA, 90045 | Mattress Firm, Inc. | 3460 S US Hwy 27, Fruitland Park, FL 34731 |
| 40. | 105014 | Fairlawn Station LLC c/o Phillips Edison & Company 11501 Northlake Drive Cincinnati, OH, 45249 | Mattress Firm, Inc. | 2671 W. Market St., Fairlawn, OH 44333 |
| 41. | 018024 | Fairview Heights LM Properties, LLC c/o Lenette Realty & Investment Company 1401 South Brentwood Boulevard, Suite 520 ATTN: Jerry Bynum St. Louis, MO, 63005 | Mattress Firm, Inc. | 6407 North Illinois Street, Fairview Heights, IL 62208 |
| 42. | 104002 | Frandorson Properties 300 Frandor Avenue, 2nd Floor ATTN: Patrick Corr Lansing, MI, 48912 | Mattress Firm, Inc. | 3415 E. Saginaw St., Lansing Township, MI 48912 |
| 43. | 179077 | FRG SC5 Beacon LLC c/o Bozzuto Management Co. 6870 Richmond Highway Alexandria, VA, 22306 | Mattress Discounters Operations LLC | 6870 Richmond Hwy, Alexandria, VA 22306 |
| 44. | 163003 | 3150 Long Beach Rd, LLC c/o United Properties Corp. 1975 Hempstead Turnpike, 309 East Meadows, NY 11554 | Sleepy's, LLC | 3150 Long Beach Road, Oceanside, NY 11572 |
| 45. | 034006 | Giant Dayton LLC 1806 N. Franklin Street ATTN: Property Administrator Tampa, FL, 33602 | Mattress Firm, Inc. | 14 N. Springboro Pike, Miamisburg, OH 45342 |
| 46. | 171013 | Gold Crest LLC c/o Harding and Associates 5006 Monument Avenue Richmond, VA, 23230 | Sleepy's, LLC | 4513 Commonwealth Center Parkway, Midlothian, VA 23112 |
| 47. | 013055 | Grace Ridge Gateway Terrace Durham, LLC c/o Winning Link Properties Resources 1400 Eastchester Drive, Suite 104 High Point, NC, 27262 | Mattress Firm, Inc. | 3219 Watkins Rd, Ste 102 & 103, Durham, NC 27707 |
| 48. | 103005 | Grand Rapids One, LLC c/o VenturePoint 4685 MacArthur Court, Suite 375 Newport Beach, CA, 92660 | Mattress Firm, Inc. | 3303 Alpine Avenue NW, Grand Rapids, MI 49544 |
| 49. | 508055 | Greentree Plaza 06, LLC c/o ACF Property Management, Inc. 12411 Ventura Boulevard Studio City, CA, 91604 | The Sleep Train, Inc. | 305 South East Everett Mall Way, Everett, WA 98208 |

| | **STORE NUMBER** | **COUNTERPARTY-LANDLORD AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** |
|---|---|---|---|---|
| 50. | 179110 | Greenway Plaza LLC c/o Combined Properties, Inc. 1025 Thomas Jefferson St. NW, Suite 700 East Washington, DC, 20007 | Sleepy's, LLC | 7495 Greenbelt Road, Greenbelt, MD 20770 |
| 51. | 058015 | Hamilton Place VI, LLC 1550 Highway 126 ATTN: KD Moore Bristol, TN, 37620 | Mattress Firm, Inc. | 2041 Hamilton Place Drive, Johnson City, TN 37604 |
| 52. | 173003 | Highlands Stations LLC c/o The Phillips Edison Group LLC 11501 Northlake Drive ATTN: Robert F. Myers, COO Cincinnati, OH, 45249 | Sleepy's, LLC | 25 Robert Drive, South Easton, MA 02375 |
| 53. | 066001 | Intermountain Centre I, LLC 4571 Holladay Blvd. ATTN: Matthew P. Steiner, Manager Salt Lake City, UT, 84117 | Mattress Firm, Inc. | 2191 South 300 West Ste 1A-B, Salt Lake City, UT 84115 |
| 54. | 119047 | IRC Bradley Commons, L.L.C. c/o IRC Retail Centers, LLC 814 Commerce Drive, Suite 300 ATTN: President, Property Management Oak Brook, IL, 60523 | Mattress Firm, Inc. | 2062-2064 State Route 50, Bourbonnais, IL 60914 |
| 55. | 024050 | James and Norva Fagan c c/o McKee Realty Company, Inc. P.O. Box 34753 Charlotte, NC, 28234 | Mattress Firm, Inc. | 717 S. Kings Dr, Charlotte, NC 28204 |
| 56. | 007088 | JLV Reagan South, LLC c/o Retail Planning Corporation 515 Peachtree Parkway Suite 600 Marietta, GA, 30041 | Mattress Firm, Inc. | 515 Peachtree Parkway, Bldg 600 Suite 602, Cumming, GA 30041 |
| 57. | 080020 | Joplin Crossroad, LLC 2165 Louisa Drive ATTN: Owen C. Ewing Belleair Beach, FL, 33786 | Mattress Firm, Inc. | 4051 Division St., St. Cloud, MN 56301 |
| 58. | 076177 | Kariblue LLC 105 E. Victoria Court, Suite D Greenville, NC, 27858 | Sleepy's, LLC | 1907 S Glenburnie Road, New Bern, NC 28562 |
| 59. | 013180 | KIMCO Raleigh Limited Partnership c/o Kimco Realty Corporation 3333 New Hyde Park Road, Suite 100 New Hyde Park, NY, 11042-0020 | Sleepy's, LLC | 6120 Glenwood Avenue, Raleigh, NC 27612 |
| 60. | 076170 | KRG Oleander, LLC c/o Kite Realty Group, LP 30 South Meridian, Suite 1100 Indianapolis, IN, 46204 | Sleepy's, LLC | 3804 Oleander Drive Suite #102, Wilmington, NC 28403 |
| 61. | 179081 | Landmark HHH, LLC c/o HHH Properties Corp. 4001 Williamsburg Court Fairfax, VA, 22032 | Mattress Discounters Operations LLC | 6198 B Little River Tpke, Alexandria, VA 22312 |

| | **STORE NUMBER** | **COUNTERPARTY-LANDLORD AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** |
|---|---|---|---|---|
| 62. | 013057 | LDM Investments, LLC<br>c/o Capital Associates Management, LLC<br>5400 Trinity Road, Suite 105<br>Raleigh, NC, 27607 | Mattress Firm, Inc. | 9662 Chapel Hill Road, Morrisville, NC 27560 |
| 63. | 018028 | Lincoln Place SC Owner LLC<br>c/o Acadia Realty Trust<br>411 Theodore Fremd Avenue, Suite 300<br>ATTN: Property Management<br>Rye, NY, 10580 | Mattress Firm, Inc. | 5961 N Illinois Street, Fairview Heights, IL 62208 |
| 64. | 004042 | Lost Pines Shopping Center Associates c/o Sequoia Land Investments<br>1C Gate Five Road<br>Sausalito, CA, 94965 | Mattress Firm, Inc. | 494 Highway 71 West, Ste. 100, Bastrop, TX 78602 |
| 65. | 042009 | LSL Hammond, LLC<br>7290 Lemon Grass Drive<br>ATTN: Manager<br>Parkland, FL, 33076 | Mattress Firm, Inc. | 2807 West Thomas Street, Hammond, LA 70401 |
| 66. | 171028 | MCP West Broad Marketplace LLC<br>c/o Rosenthal Properties, LLC<br>1945 Old Gallows Road, Suite 300 ATTN: Property Management<br>Vienna, VA, 22182 | Sleepy's, LLC | 12220 W Broad Street, Richmond, VA 23233 |
| 67. | 132006 | Mullinax Properties, LLC<br>12016 N. Denver Drive<br>ATTN: Ken Mullinax<br>Spokane, WA, 99218 | The Sleep Train, Inc. | 301 W. Broadway, Moses Lake, WA 98837 |
| 68. | 053045 | Narcoossee Acquisitions, LLC<br>8236-8288 Lee Vista Blvd.<br>Orlando, FL, 32829 | Mattress Firm, Inc. | 8236 Lee Vista Blvd Suites A1 thru A3, Orlando, FL 32829 |
| 69. | 042001 | National Retail Properties, Inc.<br>450 South Orange Avenue, Suite 900<br>ATTN: Vice President - Asset Management<br>Orlando, FL, 32801 | Mattress Firm, Inc. | 8686 Florline Blvd, Baton Rouge, LA 70815 |
| 70. | 085011 | NECG Mallside BH LLC<br>c/o NE Capital Group<br>1 Hillcrest Center Drive, Suite 310<br>Spring Valley, NY, 10997 | Sleepy's, LLC | 198 Maine Mall Road, South Portland, ME 04106 |
| 71. | 024059 | Orange Fields, LLC<br>504 Broadway Street<br>Quantico, VA, 22134 | Mattress Firm, Inc. | 13129 S Tryon St, Ste. 120, Charlotte, NC 28278 |
| 72. | 024039 | Pacific National Group LLC<br>c/o MPV Properties<br>2400 South Boulevard, Suite 300 Charlotte, NC, 28203 | Mattress Firm, Inc. | 1901 South Blvd, Charlotte, NC 28203 |
| 73. | 013050 | PHD @ Capital, LLC<br>3930 Max Place,<br>ATTN: Lease Admin,<br>Boynton Beach, FL 33436 | Mattress Firm, Inc. | 5501 Capital Blvd., Raleigh, NC 27616 |

| | **STORE NUMBER** | **COUNTERPARTY-LANDLORD AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** |
|---|---|---|---|---|
| 74. | 076171 | PHD @ College, LLC<br>c/o MSP Enterprises, Inc.<br>3930 Max Place<br>ATTN: Kimberly Hill, Comptroller<br>Boynton Beach, FL, 33436 | Sleepy's, LLC | 311 S College Road Suite 120, Wilmington, NC 28403 |
| 75. | 058014 | Pinnacle North II LLC<br>601 State Street, 6th Floor<br>Bristol, VA, 24201 | Mattress Firm, Inc. | 475 Pinnacle Parkway, Space 780, Bristol, TN 37620 |
| 76. | 013043 | PKB Company c/o<br>Realtylink LLC (Smithfield, NC)<br>550 South Main Street, Suite 300<br>Greenville, SC, 29601 | Mattress Firm, Inc. | 1202 N. Brightleaf Blvd, Ste C, Smithfield, NC 27577 |
| 77. | 061033 | PSC Hilltop, LLC<br>15 Walker Ave, Suite 200<br>Baltimore, MD, 21208 | Maggie's Enterprises, LLC | 1657 Laskin Road, Virginia Beach, VA 23451 |
| 78. | 080010 | Ramco Gershenson Properties LP 31500 Northwestern Highway,<br>Suite 300<br>Farmington Hills, MI, 48334 | Mattress Firm, Inc. | 9220 Hudson Road, Ste 706, Woodbury, MN 55125 |
| 79. | 025089 | Regency Centers, LP<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114 ATTN: Lease Administration Jacksonville, FL, 32202-5019 | Mattress Firm, Inc. | 2470 W Brandon Blvd, Brandon, FL 33510 |
| 80. | 173013 | Reldart LLC c/o RD Management LLC 810 Seventh Ave, 10th Floor<br>New York, NY, 10019 | Sleepy's, LLC | 39 Faunce Corner Road, North Dartmouth, MA 02747 |
| 81. | 024049 | Rowan Summit, LLC<br>c/o The Hutton Company<br>736 Cherry Street<br>Chattanooga, TN, 37402 | Mattress Firm, Inc. | 120 Rowan Summit Drive, Ste 100, Salisbury, NC 28146 |
| 82. | 040020 | RTG Furniture Corp. of Georgia<br>400 Perimeter Center Terrace, Suite 800<br>ATTN: Jeffrey H. Finkel & Peter Weitzner<br>Atlanta, GA, 30346 | Mattress Firm, Inc. | 7558 River Avenue, North Charleston, SC 29406 |
| 83. | 526017 | Ruth I. Stanton, Trustee of the Ruth I. Stanton Revocable Living Trust, dated September 5, 1990<br>30300 NE Canter Lane<br>Sherwood, OR, 97140 | Sleep Country USA, LLC | 10800 SE 82nd Ave, Happy Valley, OR 97086 |
| 84. | 162039 | RVT Wrangleboro Consumer Square LLC<br>c/o DDR Corp.<br>3300 Enterprise Parkway<br>ATTN: Executive Vice President - Leasing<br>Beachwood, OH, 44122 | Sleepy's, LLC | 2300 Wrangleboro Road Suite 400, Mays Landing, NJ 08330 |
| 85. | 061189 | SAM Wards Corner, LLC<br>c/o Suburban Capital, Inc.<br>3600 Pacific Avenue<br>Virginia Beach, VA, 23451 | Sleepy's, LLC | 7550 Granby Street Suite 50, Norfolk, VA 23505 |
| 86. | 033011 | SCGIII - Sunset, LLC<br>3715 Northside Parkway Northcreek 200, Suite 650<br>Atlanta, GA, 30327 | Mattress Firm, Inc. | 5225-C Sunset Blvd, Lexington, SC 29072 |

| | STORE NUMBER | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 87. | 024191 | SCGVII-ST. ANDREWS, LLC c/o South Coast Management, LLC P.O. Box 724498 Atlanta, GA, 31139 | Sleepy's, LLC | 19930 W Catawba Ave, Cornelius, NC 28031 |
| 88. | 504016 | Shaw Blackstone Center, LLC 400 Oyster Point, Suite 123 So. San Francisco, CA, 94080 | The Sleep Train, Inc. | 50 E. Shaw Ave, Fresno, CA 93710 |
| 89. | 061190 | Southgate Shoppes, LLC c/o Michael D. Sifen, Inc. 2929 Sabre Street, Suite 500 Virginia Beach, VA, 23452 | Sleepy's, LLC | 1909 Landstown Centre Way Suite 140, Virginia Beach, VA 23456 |
| 90. | 001194 | SP6, LLC 2511 Encino Lane ATTN: Kathryn Farris Sugar Land, TX, 77478 | Mattress Firm, Inc. | 8735 Hwy 6, Missouri City, TX 77459 |
| 91. | 171003 | Staples Mill Square Associates, LLC c/o Marchetti Properties, LLC 1567 N. Parham Road Richmond, VA, 23229 | Sleepy's, LLC | 9057 Staples Mill Road, Richmond, VA 23228 |
| 92. | 024061 | Stirling Davie, LLC 305 Riverwood Parkway, SE, Suite 450 Atlanta GA, 30339 | Mattress Firm, Inc. | 9030 Albemarle Road, Unit C, Charlotte, NC 28227 |
| 93. | 162042 | Sucole, LLC c/o KIN Properties, Inc. 185 NW Spanish River Boulevard, Suite 100 Boca Raton, FL, 33431 | Sleepy's, LLC | 5301 Route 42, Turnersville, NJ 08012 |
| 94. | 077022 | Summit Apartments Inc. 3000 Lilian Avenue Murrysville, PA, 15668 | Mattress Firm, Inc. | 3843 William Penn Highway, Monroeville, PA 15146 |
| 95. | 001144 | Texas Baybrook Square, LLC c/o Principal Real Estate Investors 8010 Grand Avenue ATTN: Central States Equity Team Des Moines, IA, 50392 | Mattress Firm, Inc. | 1331 W. Bay Area Blvd, Webster, TX 77598 |
| 96. | 508012 | TMB Retail, LLC c/o Kidder Matthews 1201 Pacific Avenue, #1400 ATTN: Bill Frame Tacoma, WA, 98402 | The Sleep Train, Inc. | 6001 Tacoma Mall Blvd., Tacoma, WA 98409 |
| 97. | 066019 | University Crossing Shopping Center, LLC 5670 Wilshire Blvd., Suite 1250 ATTN: Steven Usdan Los Angeles, CA, 90036 | Mattress Firm, Inc. | 376 East 1300 South, Orem, UT 84097 |
| 98. | 119160 | Windmill Place Station, LLC c/o Phillips Edison & Company 11501 Northlake Drive Cincinnati, OH, 45249 | Mattress Firm, Inc. | 2014 W Wilson St, Batavia, IL 60510 |
| 99. | 159002 | WM Associates Limited Partnership c/o Greenberg Gibbons 10096 Red Run Boulevard, Suite 100 ATTN: Brian J. Gibbons Owings Mills, MD, 21117 | Sleepy's, LLC | 12641 Ocean Gateway, Ocean City, MD 21842 |