## Exhibit A

## Proposed Order

01:23764153.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. __** |

## SIXTH OMNIBUS ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY *NUNC PRO TUNC* TO OCTOBER 31, 2018 AND (B) ABANDON CERTAIN PERSONAL PROPERTY IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF

Upon the motion (the "<u>Motion</u>")[2] of Mattress Firm, Inc. and its affiliated debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") for

entry of an order (this "<u>Order</u>") (i) authorizing the Debtors to (a) reject the Leases set forth on

**<u>Schedule 1</u>** attached hereto, *nunc pro tunc* to the Rejection Date and (b) abandon the Remaining

Property, effective as of the Rejection Date (as defined below), and (ii) granting related relief, all

as more fully set forth in the Motion; and the Court being able to issue a final order consistent

with Article III of the United States Constitution; and venue of this proceeding and the Motion

being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the

opportunity for a hearing on the Motion having been given and it appearing that no other or

further notice need be provided; and this Court having reviewed the Motion and having heard the

statements in support of the relief requested therein at a hearing before this Court; and all

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

objections, if any, to the Motion having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, to reject the Leases set forth on the attached **Schedule 1**, effective with respect to each Lease as of the later of (a) October 31, 2018 and (b) the date on which the Debtors surrender possession of the Closing Store to the Lease counterparty by notifying the affected Lease counterparty in writing thereof and (i) turn over the store keys, key codes, or security codes, if any, to the Lease counterparty or (ii) notify the affected Lease counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease counterparty may re-key the store (each such rejection effective date, the "Rejection Date").

3.      The Debtors are authorized, but not directed, to abandon any Remaining Property located at the Closing Stores subject to the Leases, in the Debtors' sole discretion, free and clear of all liens, claims, encumbrances and rights of third parties, with such abandonment being effective as of the Rejection Date.  The counterparties under the Leases are authorized to dispose of any Remaining Property without further notice or any liability to the Debtors or any third parties and without waiving any claims against the Debtors.  The automatic stay is modified to the extent necessary to allow the disposition of any Remaining Property.

01:23764153.1

4.      Within two business days after entry of this Order, the Debtors shall serve a copy of this Order and the attached **Schedule 1** on the counterparties under the Leases.

5.      If a Lease counterparty wishes to assert a claim arising from the rejection of the Lease, the Lease counterparty shall file with the Debtors' claims and noticing agent a proof of claim before the deadline specified in the Notice of Effective Date to be filed by the Debtors with the Court.  The Notice of Effective Date will be made available on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/MFLeaseRejection.  The proof of claim form and instructions for submission may also be obtained at http://dm.epiq11.com/MFLeaseRejection.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party-in-interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this motion are valid and the Debtors and all other parties-in-interest expressly reserve their rights to contest the extent, validity, or perfection, or to seek avoidance of all such liens.

01:23764153.1

7.      By entry of this Order, the Debtors do not waive any claims that they may have against any counterparty to the Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Leases.

8.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Closing Store Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Closing Store Leases is limited to the remedies available under any applicable termination provision of such Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

9.      The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b) because the relief granted in this Order is necessary to avoid immediate and irreparable harm to the Debtors' estates.

10.      Notice of the Motion shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware are waived by such notice.

11.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2018
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
CHIEF    UNITED    STATES    BANKRUPTCY
JUDGE

01:23764153.1

## **Schedule 1**

**Leases**

**Schedule 1[1]**

|  | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 1. | 029011 | 1020 Chandler, LLC<br>3131 E. Camelback Road, Suite 310<br>ATTN: Tom Tait<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 1020 N. 54th St. Suite 200, Chandler, AZ 85226 |
| 2. | 900400 | 1855 Park, LLC<br>2323 South Bascom Avenue, Suite 150,<br>Campbell, CA 95008 | The Sleep Train, Inc. | 2205 Plaza Drive, Rocklin, CA 95765 |
| 3. | 159019 | 1993 Pulaski Highway, LLC<br>113 Quintynnes Drive<br>ATTN: Bruce Balick<br>Wilmington, DE, 19807 | Sleepy's, LLC | 1993 Pulaski Highway, Bear, DE 19701 |
| 4. | 002140 | 2015 Arlington Towne Centre LLLP<br>c/o GBR Properties<br>3114 E 81st Street<br>Tulsa, OK, 74137 | Mattress Firm, Inc. | 4100 South Cooper St., Arlington, TX 76015 |
| 5. | 062020 | 4-D Properties<br>2870 N Swan Road, Suite 100<br>Tucson, AZ, 85712 | Mattress Firm, Inc. | 6252 E Speedway, Tucson, AZ 85712 |
| 6. | 003066 | 5612 South Parker Road Associates<br>ATTN: Art Lewis<br>101 Stonehurst Ct.<br>Martinez, CA, 94553 | Mattress Firm, Inc. | 5612 S Parker Rd, Aurora, CO 80015 |
| 7. | 087005 | 700 Win-Ashland, LLC<br>2600 Dauphin Street<br>ATTN: John Vallas<br>Mobile, AL 36606 | Mattress Firm, Inc. | 700 Winchester Ave. Ashland, KY 41101 |
| 8. | 155003 | Acadia Bartow Avenue, LLC<br>c/o Acadia Realty Trust<br>411 Theodore Fremd Avenue, Suite 300<br>ATTN: Property Management<br>Rye, NY, 10580 | Sleepy's, LLC | 2829 Edison Ave, Bronx, NY 10469 |
| 9. | 020027 | AKB West Chester LLC<br>8204 Squirrel Hollow Ridge<br>ATTN: Avnish Bansal<br>West Chester, OH, 45069 | Mattress Firm, Inc. | 7659 Tylersville Road, West Chester, OH 45069 |
| 10. | 006017 | ARC MFBLGKY001, LLC<br>c/o AR Capital<br>7621 Little Avenue, Suite 200<br>Charlotte, NC, 28226 | Mattress Firm, Inc. | 1640 Campbell Lane, Bowling Green, KY 42104 |
| 11. | 078002 | ARC MFGVLNC001, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>ATTN: Ruth Cavallucci<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 100 SE Greenville Boulevard, Ste A, Greenville, NC 27858 |

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 12. | 013032 | ARC MFRLHNC001, LLC c/o VEREIT, Inc. 2325 East Camelback Road, Suite 1100 ATTN: Ruth Cavallucci Phoenix, AZ, 85016 | Mattress Firm, Inc. | 913 Spring Forest Road, Raleigh, NC 27609 |
| 13. | 078005 | ARCP MF GOLDSBORO NC LLC c/o American Realty Capital 2325 East Camelback Road, Suite 1100 ATTN: Ruth Cavallucci Phoenix, AZ, 85016 | Mattress Firm, Inc. | 508 N. Berkeley Blvd, Goldsboro, NC 27534 |
| 14. | 087003 | ARCP MT Vienna WV, LLC c/o VEREIT, Inc. 2325 East Camelback Road, Suite 1100 Attn: Ruth Cavallucci Phoenix, AZ, 85016 | Mattress Firm, Inc. | 501 Grand Central Ave, Vienna, WV 26105 |
| 15. | 029155 | Barclay/Pleasant Valley, LLC c/o Barclay Group 2390 E. Camelback Road, Suite 200 Phoenix, AZ, 85016 | Mattress Firm, Inc. | 9811 W Happy Valley Rd, Peoria, AZ 85383 |
| 16. | 181004 | Barowsky Real Estate, Inc. ATTN: Ned Barowsky 98 Lower Westfield Road Holyoke, MA, 01040 | Sleepy's, LLC | 98 Lower Westfield Road 2nd Floor, Holyoke, MA 01040 |
| 17. | 004016 | BRE RC 1890 Ranch TX LP c/o ShopCore Properties, LP 307 Fellowship Road, Suite 116 ATTN: Office of the General Counsel Mt. Laurel, NJ, 08054 | Mattress Firm, Inc. | 1335 E Whitestone Blvd #J-300, Cedar Park, TX 78613 |
| 18. | 013178 | BRE Throne Garner Towne Square LLC c/o Brixmor Property Group 450 Lexington Avenue, 13th Floor New York, NY, 10170 | Mattress Firm, Inc. | 2670 Timber Drive, Garner, NC 27529 |
| 19. | 160010 | Brixmor Manchester I LLC c/o Brixmor Property Group 450 Lexington Avenue, 13th Floor ATTN: General Counsel New York, NY, 10170 | Sleepy's, LLC | 29 Pavilions Drive, Manchester, CT 06042 |
| 20. | 078172 | Brixmor Stockbridge Village c/o Brixmor Property Group 450 Lexington Avenue, 13th Floor ATTN: General Counsel New York, NY, 10170 | Sleepy's, LLC | 3060 South Evans Street, Greenville, NC 27834 |
| 21. | 062004 | Broadway Station LLC c/o Phillips Edison & Company 11501 Northlake Drive Cincinnati, OH, 45249 | Mattress Firm, Inc. | 7865 E. Broadway Blvd Ste. 165, Tucson, AZ 85710 |
| 22. | 900401 | Cabernet Sunsets, LLC 1400 Rocky Ridge Drive, Suite 280 Roseville, CA 95661 | The Sleep Train, Inc. | 2204 Plaza Dr. Rocklin, CA 95765 |
| 23. | 020022 | CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN, 37421-6000 | Mattress Firm, Inc. | 4611 Eastgate Blvd, Cincinnati, OH 45245 |

|  | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 24. | 034001 | Centro NP Holdings 10 SPE, LLC c/o Brixmor Property Group 450 Lexington Avenue, 13th Floor ATTN: Office of General Counsel New York, NY, 10017 | Mattress Firm, Inc. | 2278 Miamisburg Centreville Rd., Dayton, OH 45459 |
| 25. | 001105 | CH Realty VI/R Houston Wood-Ridge, LP c/o Weiss Realty Management LLC 730 N. Post Oak Road, Suite 350 Attn: Sid Weiss Houston, TX, 77024 | Mattress Firm, Inc. | 27700 Interstate 45 North , Conroe, TX 77385 |
| 26. | 004043 | CH Retail Fund I/Austin Mueller, LP 3819 Maple Avenue ATTN: Asset Manager Dallas, TX, 75219 | Mattress Firm, Inc. | 1200 Barbara Jordan Blvd, Bldg 3, Ste. 320, Austin, TX 78723 |
| 27. | 007133 | CH Retail/Atlanta Atwater LLC 3819 Maple Avenue ATTN: Asset Manager Dallas, TX, 75219 | Mattress Firm, Inc. | 2705 Old Milton Parkway, Ste #300, Alpharetta, GA 30009 |
| 28. | 053022 | Cole MF Melbourne FL. LLC c/o VEREIT, Inc. 2325 East Camelback Road, Suite 1100 ATTN: Ruth Cavallucci Phoenix, AZ, 85016 | Mattress Firm, Inc. | 4450 W. New Have Avenue, Melbourne , FL 32904 |
| 29. | 052102 | Colonial Palms Plaza 925 South Federal Hwy, Suite 700 Boca Raton, FL, 33432 | Mattress Firm, Inc. | 13623 S. Dixie Hwy #145, Palmetto Bay, FL 33176 |
| 30. | 179108 | Columbia Retail Dulles, LLC c/o Regency Centers Corporation One Independent Drive, Suite 114 ATTN: Lease Administration Jacksonville, FL, 32202-5019 | Sleepy's, LLC | 2445 Centerville Rd, Herndon, VA 20171 |
| 31. | 061028 | Columbus Square Associates 7606 Leafwood Drive Norfolk, VA, 23518 | Mattress Firm, Inc. | 4439 Virginia Beach Blvd. Virginia Beach, VA 23462-3100 |
| 32. | 077006 | Commerce Partnership 9505 c/o Commerce Group 1280 West Newport Center Drive ATTN: Martin O'Boyle Deerfield Beach, FL, 33442 | Mattress Firm, Inc. | 1680 Washington Rd Ste J, Pittsburgh, PA 15241 |
| 33. | 087001 | Cornerstone Properties - Huntington, LLC 641 Sixth Street Attn: Keith A. McGuire Huntington, WV, 25701 | Mattress Firm, Inc. | 15 Mall Road, Barboursville, WV 25504 |
| 34. | 117003 | CPT Arlington Heights 1, LP c/o Fairburne Properties 1 East Wacker Drive, Suite #2900 Chicago, IL, 60601 | Mattress Firm, Inc. | 4000 Five Points Blvd, Arlington, TX 76014 |
| 35. | 025061 | Curlew Lake LLC 2705 Via Murano, #128 ATTN: Justin Young Clearwater, FL, 33764 | Mattress Firm, Inc. | 31075 US Hwy 19 North Palm Harbor, FL 34684 |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 36. | 504011 | Dan T. Chapman & Susan A. Chapman 4272 W. Alluvial Fresno, CA, 93722 | The Sleep Train, Inc. | 4230 W Shaw Ave, Fresno, CA 93722 |
| 37. | 065010 | DANIEL W PHIPPS 318 N. College Street Auburn, AL, 36830 | Mattress Firm, Inc. | 418 Mary Esther Cutoff Fort Walton Beach, FL 32569 |
| 38. | 081005 | Davis-Creighton, Corp. c/o DMD Properties, Inc. 2805 W. Horatio Street Tampa, FL, 33609 | Mattress Firm, Inc. | 7000 N. Davis Highway, Pensacola, FL 32504 |
| 39. | 029142 | DDR Arrowhead Crossing OP LLC c/o DDR Corp. 3300 Enterprise Parkway ATTN: EVP - Leasing Beachwood, OH, 44122 | Mattress Firm, Inc. | 7541 West Bell Road, Ste 103, Peoria, AZ 85382 |
| 40. | 024174 | DDR Carolina Pavilion LP c/o DDR Corp. 3300 Enterprise Parkway Beachwood, OH, 44122 | Sleepy's, LLC | 9535A South Blvd, Charlotte, NC 28273 |
| 41. | 119192 | DeKalb Associates, LLC c/o Arthur Goldner & Associates, Inc. 707 Skokie Boulevard, Suite 100 Northbrook, IL, 60062 | Mattress Firm, Inc. | 2350 Sycamore Road, Dekalb, IL 60115 |
| 42. | 159013 | Delmar Commons, LLC 101 Robino Ct, Suite 405 Newport, DE, 19804 | Sleepy's, LLC | 38661 Sussex Highway, Delmar, DE 19940 |
| 43. | 179079 | District Heights Shopping Center, LLC c/o Kimco Realty Corporation 3333 New Hyde Park Road, Suite 100 New Hyde Park, NY, 11042-0020 | Mattress Discounters Operations LLC | 5432 Silver Hill Road, District Heights, MD 20747 |
| 44. | 060006 | DNW, LLC c/o Commercial Property Resources P.O. Box 170730 Austin, TX, 78717 | Mattress Firm, Inc. | 3007 East Central Texas Expressway, #A, Killeen, TX 76543 |
| 45. | 501028 | Donahue Schriber Realty Group, L.P. 200 East Baker Street, Suite 100 ATTN: Asset Management Costa Mesa, CA, 92626 | The Sleep Train, Inc. | 3581 Truxel Rd., Suite 5, Sacramento, CA 95834 |
| 46. | 526007 | Donahue Schriber Realty Group, L.P. 200 East Baker Street, Suite 100 ATTN: Asset Management Costa Mesa, CA, 92626 | The Sleep Train, Inc. | 6075 Ulali Dr, Salem, OR 97303 |
| 47. | 168033 | Edgmont Lot B LP c/o National Realty Corporation 1001 Baltimore Pike Springfield, PA, 19064 | Sleepy's, LLC | 4885 West Chester, Newtown Square, PA 19073 |
| 48. | 024056 | Edward Fred Jacob c/o Providence Group Management 1616 Camden Road, Suite 550 ATTN: James McGee Charlotte, NC, 28203 | Mattress Firm, Inc. | 9304 Northlake West Drive Ste B, Charlotte, NC 28216 |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 49. | 119117 | EIG Elgin LLC c/o Equity Investment Group 127 West Berry Street, Suite 300 Attn: Anthony M. Zirille Fort Wayne, IN, 46802 | Mattress Firm, Inc. | 394 Randall Road, South Elgin, IL 60177 |
| 50. | 501024 | Elk Grove Owner LP c/o Acadia Realty Trust 411 Theodore Fremd Avenue, Suite 130 ATTN: Legal Department Rye, NY, 10580 | The Sleep Train, Inc. | 9660 Bruceville Rd, Ste 100, Elk Grove, CA 95624 |
| 51. | 900401 | EPPS, LLC 2204 Plaza Dr. Suite 220 Rocklin, CA 95765 | The Sleep Train, Inc. | 2204 Plaza Dr. Suite 220 Rocklin, CA 95765 |
| 52. | 179041 | Fair Lakes Promenade Retail, LLC c/o Rappaport Management Company 8405 Greensboro Drive, 8th Floor McLean, VA, 22102-5121 | Sleepy's, LLC | 12219 Fair Lakes Promenade Drive Space 6, Fairfax, VA 22033 |
| 53. | 900401 | FCS International, Inc. 2204 Plaza Dr. Suite 210 Rocklin, CA 95765 | The Sleep Train, Inc. | 2204 Plaza Dr. Suite 220 Rocklin, CA 95765 |
| 54. | 169014 | Folksan Realty Associates 7 Penn Plaza ATTN: Jeffrey J. Feil New York, NY, 10001 | Sleepy's, LLC | 10532 Crossbay Blvd., Ozone Park, NY 11417 |
| 55. | 166059 | Forty Six Realty Associates LP 1680 Route 23 North, Suite 330 Wayne, NJ, 07470 | Sleepy's, LLC | 410 US Highway 46, Totowa, NJ 07512 |
| 56. | 052092 | Frontier Dania LLC c/o Frontier Development LLC 1801 S.W. 3rd Avenue, Suite 500 Miami, FL, 33129 | Mattress Firm, Inc. | 1780 Stirling Road, Dania Beach, FL 33004 |
| 57. | 119201 | Funai, LLC P.O. Box 778 ATTN: Carlo DiCarlo Twin Lake, WI, 53181 | Mattress Firm, Inc. | 962 S Randall Road Suite B, Saint Charles, IL 60174 |
| 58. | 165007 | George Emerson 93 Hubbard Street Glastonbury, CT, 06033 | Sleepy's, LLC | 2547 Berlin Turnpike, Newington, CT 06111 |
| 59. | 179111 | Germantown (E&A), LLC c/o Edens Limited Partnership 1221 Main Street, Suite 1000 Columbia, SC, 29201 | Mattress Discounters Operations LLC | 13052 Middlebrook Rd, Germantown, MD 20874 |
| 60. | 119211 | GMS Broadway, LLC c/o Semir Sirazi 1550 North Lake Shore Drive, Apt # 13A Chicago, IL, 60610 | Mattress Firm, Inc. | 3214 North Broadway, Chicago, IL 60657 |
| 61. | 119238 | GP Orland Park, LLC c/o Mid-America Asset Management, Inc. One Parkview Plaza, 9th Floor ATTN: Property Manager Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 15833 S. La Grange Road, Orland Park, IL 60462 |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 62. | 112005 | Holmgren Way Investments II LLC 2391 Holmgren Way, Suite A Green Bay, WI, 54304 | Mattress Firm, Inc. | 2422 S. Oneida St., Ashwaubenon, WI 54304 |
| 63. | 001158 | Houston Uptown Crossing LP c/o The Weitzman Group 3102 Maple Avenue, Suite 350 Dallas, TX, 75201 | Mattress Firm, Inc. | 5409 South Rice Ave, Ste 130, Houston, TX 77081 |
| 64. | 005047 | Inland American San Antonio Stone Ridge, LLC c/o Inland American Retail Management, Building 44727 12340 Jones Road, Suite 290 ATTN: Norma Aleman Houston, TX, 77070 | Mattress Firm, Inc. | 21019 US HWY 281, Ste. 834, San Antonio, TX 78258 |
| 65. | 119046 | Inland Park Center Plaza, L.L.C. c/o IRC Retail Centers, LLC 814 Commerce Drive, Suite 300 ATTN: Property Manager Oak Brook, IL, 60523 | Mattress Firm, Inc. | 15970 S Harlem Avenue, Tinley Park, IL 60477 |
| 66. | 119241 | Inland Prairie Crossings, LLC c/o Inland Commercial Property Management, Inc. 814 Commerce Drive, Suite 300 ATTN: Prairie Crossings/Building #10376 Oak Brook, IL, 60523 | Mattress Firm, Inc. | 11043 West Lincoln Highway, Frankfort, IL 60423 |
| 67. | 119143 | Inland Skokie Fashion Square II, L.L.C. c/o IRC Retail Centers, LLC 814 Commerce Drive, Suite 300 ATTN: President, Property Management Oak Brook, IL, 60523 | Mattress Firm, Inc. | 9410 A Skokie Blvd, Skokie, IL 60077 |
| 68. | 001177 | Inland Western Houston Sawyer Heights LP c/o RPAI Southwest Management LLC 2021 Spring Road, Suite 200 ATTN: Property Management Oak Brook, IL, 60523 | Mattress Firm, Inc. | 26036 US 290 Frontage Rd., Ste 200, Cypress, TX 77429 |
| 69. | 061175 | Inland Western Newport News Jefferson, LLC 2901 Butterfield Road Oak Brook, IL, 60523 | Sleepy's, LLC | 12551 Jefferson Ave, Newport News, VA 23602 |
| 70. | 119122 | J2M-IV LLC 3543 N. Pulaski ATTN: Property Manager Chicago, IL, 60641 | Mattress Firm, Inc. | 480 Rand Road, Lake Zurich, IL 60047 |
| 71. | 172013 | Joe Amato Ventures, LP P.O. Box 615 Wilkes Barre, PA, 18703 | Sleepy's, LLC | 25 Gateway Shopping Center South Wyoming Ave, Kingston, PA 18704 |
| 72. | 150001 | John Eric King 116 Wolf Road Albany, NY, 12205 | Sleepy's, LLC | 1694 Route 9, Clifton Park, NY 12065 |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 73. | 006021 | Julfirm Partnership c/o Lawrence A. Shapin 11200 Easum Road Louisville, KY, 40299 | Mattress Firm, Inc. | 85 North Mt Juliet Rd, Mount Juliet, TN 37122 |
| 74. | 004064 | KIMCO Austin, LP c/o Kimco Realty Corporation 3333 New Hyde Park Road, Suite 100 New Hyde Park, NY, 11042 | Mattress Firm, Inc. | 7010 W Hwy 71, Austin, TX 78735 |
| 75. | 501081 | PL Roseville, LP c/o Kimco Realty Corporation 3333 New Hyde Park Road, Suite 100 New York, NY 11042 | The Sleep Train, Inc. | 6756 Stanford Ranch Road, #1, Roseville, CA 95678 |
| 76. | 001200 | KRG Portofino, LLC c/o Kite Realty Group, LP 30 South Meridian, Suite 1100 Indianapolis, IN, 46204 | Mattress Firm, Inc. | 19075 I-45 South, Shenandoah, TX 77385 |
| 77. | 154003 | Linear Retail Cambridge #1 LLC c/o Keypoint Partners, LLC One Burlington Woods Drive Burlington, MA, 01803 | Sleepy's, LLC | 229 Alewife Brook Parkway, Cambridge, MA 02138 |
| 78. | 017029 | Market 150, LLC 14 Hunt Lane Weston, CT, 06883 | Mattress Firm, Inc. | 1020 South Main Street, Ste B3, Kernersville, NC 27284 |
| 79. | 170003 | MB Lincoln Mall, L.L.C. c/o IA Management, L.L.C./Bldg. #44555 2809 Butterfield Road, Suite 200 ATTN: Vice President Oak Brook, IL, 60523 | Sleepy's, LLC | 622 George Washington Highway, Lincoln, RI 02865 |
| 80. | 041017 | Med Ex Properties 6020 Chestnut Court ATTN: Tim Scott Edmond, OK, 73025 | Mattress Firm, Inc. | 1913 Telephone Road, Moore, OK 73160 |
| 81. | 024044 | MFW Associates c/o Aston Properties 610 Morehead Street, Suite 100 Charlotte, NC, 28202 | Mattress Firm, Inc. | 821 E. Innes St, Salisbury, NC 28144 |
| 82. | 087001 | Mountaineer Mattress, LLC 2550 Mountaineer Blvd. Charleston, WV 25309 | Mattress Firm, Inc. | 15 Mall Road, Barboursville, WV 25504 |
| 83. | 087002 | Mountaineer Mattress, LLC 2550 Mountaineer Blvd. Charleston, WV 25309 | Mattress Firm, Inc. | 2550 Mountaineer Boulevard, Charleston, WV 25309 |
| 84. | 087003 | Mountaineer Mattress, LLC 2550 Mountaineer Blvd. Charleston, WV 25309 | Mattress Firm, Inc. | 501 Grand Central Ave, Vienna, WV 26105 |
| 85. | 087005 | Mountaineer Mattress, LLC 2550 Mountaineer Blvd. Charleston, WV 25309 | Mattress Firm, Inc. | 700 Winchester Avenue, Ashland, KY 41101 |
| 86. | 002155 | MQ Lakewood Two LLC 14801 Quorum Drive, Suite 160 ATTN: Susan Cooper Dallas, TX, 75254 | Mattress Firm, Inc. | 5864 N Tarrant Parkway, Fort Worth, TX 76137 |

|  | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 87. | 154013 | MSCC Realty LLC c/o Keypoint Partners, LLC One Burlington Woods Drive Burlington, MA, 01803 | Sleepy's, LLC | 600 Broadway, Saugus, MA 01906 |
| 88. | 119048 | MSR-Carol Stream, LLC & Dolrob Huntington #2, LLC 8401 W. 185th Street ATTN: Tim Gutraj Tinley Park, IL, 60477 | Mattress Firm, Inc. | 326 W. Army Trail Road, Carol Stream, IL 60188 |
| 89. | 083015 | Mt. Tabor Associates, LLC c/o Rosenstein Development 343 Waller Ave, Suite 100 ATTN: Jeff England Lexington, KY, 40504 | Mattress Firm, Inc. | 2925 Richmond Rd, Lexington, KY 40509 |
| 90. | 006011 | Nashville West Shopping Center, LLC c/o The Parkes Companies 105 Reynolds Drive ATTN: Gary W. Parkes Franklin, TN, 37064-2926 | Mattress Firm, Inc. | 6800 Charlotte Pike, Ste 108 & 109, Nashville, TN 37209 |
| 91. | 152056 | Old Court Real Estate LLC 5126 Honey Locust Court ATTN: Raj Pingili Ellicott City, MD, 21042 | Mattress Discounters Operations LLC | 1514 Reisterstown Rd, Pikesville, MD 21208 |
| 92. | 119239 | Orland Company Trust 28833 Telegraph Road ATTN: Laurie Cirino Southfield, MI, 48034 | Mattress Firm, Inc. | 14700 South La Grange Road Suite B, Orland Park, IL 60462 |
| 93. | 152029 | Pas Corporation 401 Baltimore Pike Bel Air, MD, 21014 | Sleepy's, LLC | 401 Baltimore Pike, Bel Air, MD 21014 |
| 94. | 061040 | PHD @ Eden Way, LLC c/o MSP Enterprises, Inc. 3930 Max Place Boynton Beach, FL, 33436 | Mattress Firm, Inc. | 809 N. Eden Way, Suite 100, Chesapeake, VA 23320 |
| 95. | 168040 | PRDB Springfield Limited Partnership c/o Continental Developers LLC 1604 Walnut Street, 4th Floor Philadelphia, PA, 19103 | Sleepy's, LLC | 857 Baltimore Pike, Springfield, PA 19064 |
| 96. | 119037 | Principal Life Insurance Company 2215 York Road, Suite 503 Oak Brook, IL, 60523 | Mattress Firm, Inc. | 6541 Grand Avenue, Gurnee, IL 60031 |
| 97. | 119179 | Promenade at Bolingbrook North Holdings, LLC c/o Mid-America Asset Management, Inc. One Parkview Plaza, 9th Floor ATTN: Jean Zoerner Oak Brook, IL, 60523 | Mattress Firm, Inc. | 726 E. Boughton Road, Bolingbrook, IL 60440 |
| 98. | 151013 | Quaker MZL LLC c/o Katz Properties LLC 254 West 31st Street, 4th Floor New York, NY, 10001 | Sleepy's, LLC | 670 North West End Blvd, Quakertown, PA 18951 |

|  | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 99. | 013036 | Raleigh Wake Forest LLC c/o ARC Property Trust, Inc. 1401 Broad Street Clinton, NJ, 07013 | Mattress Firm, Inc. | 2913 Wake Forest Rd, Raleigh, NC 27609 |
| 100. | 062034 | Rancho Center, LLC 4400 E. Broadway Blvd., Suite 805 Tucson, AZ, 85712 | Mattress Firm, Inc. | 3352 E Speedway, Tucson, AZ 85716 |