# Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. __** |

## SEVENTH OMNIBUS ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY *NUNC PRO TUNC* TO OCTOBER 31, 2018 AND (B) ABANDON CERTAIN PERSONAL PROPERTY IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF

Upon the motion (the "<u>Motion</u>")[2] of Mattress Firm, Inc. and its affiliated debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") for

entry of an order (this "<u>Order</u>") (i) authorizing the Debtors to (a) reject the Leases set forth on

**Schedule 1** attached hereto, *nunc pro tunc* to the Rejection Date and (b) abandon the Remaining

Property, effective as of the Rejection Date (as defined below), and (ii) granting related relief, all

as more fully set forth in the Motion; and the Court being able to issue a final order consistent

with Article III of the United States Constitution; and venue of this proceeding and the Motion

being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the

opportunity for a hearing on the Motion having been given and it appearing that no other or

further notice need be provided; and this Court having reviewed the Motion and having heard the

statements in support of the relief requested therein at a hearing before this Court; and all

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

objections, if any, to the Motion having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The Debtors are authorized, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, to reject the Leases set forth on the attached **Schedule 1**, effective with respect to each Lease as of the later of (a) October 31, 2018 and (b) the date on which the Debtors surrender possession of the Closing Store to the Lease counterparty by notifying the affected Lease counterparty in writing thereof and (i) turn over the store keys, key codes, or security codes, if any, to the Lease counterparty or (ii) notify the affected Lease counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease counterparty may re-key the store (each such rejection effective date, the "Rejection Date").

3.    The Debtors are authorized, but not directed, to abandon any Remaining Property located at the Closing Stores subject to the Leases, in the Debtors' sole discretion, free and clear of all liens, claims, encumbrances and rights of third parties, with such abandonment being effective as of the Rejection Date.  The counterparties under the Leases are authorized to dispose of any Remaining Property without further notice or any liability to the Debtors or any third parties and without waiving any claims against the Debtors.  The automatic stay is modified to the extent necessary to allow the disposition of any Remaining Property.

4.    Within two business days after entry of this Order, the Debtors shall serve a copy of this Order and the attached **Schedule 1** on the counterparties under the Leases.

5.    If a Lease counterparty wishes to assert a claim arising from the rejection of the Lease, the Lease counterparty shall file with the Debtors' claims and noticing agent a proof of claim before the deadline specified in the Notice of Effective Date to be filed by the Debtors with the Court.  The Notice of Effective Date will be made available on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/MFLeaseRejection.  The proof of claim form and instructions for submission may also be obtained at http://dm.epiq11.com/MFLeaseRejection.

6.    Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party-in-interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this motion are valid and the Debtors and all other parties-in-interest expressly reserve their rights to contest the extent, validity, or perfection, or to seek avoidance of all such liens.

7.      By entry of this Order, the Debtors do not waive any claims that they may have against any counterparty to the Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Leases.

8.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Closing Store Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Closing Store Leases is limited to the remedies available under any applicable termination provision of such Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

9.      The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b) because the relief granted in this Order is necessary to avoid immediate and irreparable harm to the Debtors' estates.

10.     Notice of the Motion shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware are waived by such notice.

11.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

01:23764157.1

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation and enforcement of this Order.


Dated: _____, 2018
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
CHIEF    UNITED    STATES    BANKRUPTCY
JUDGE

## **Schedule 1**

**Leases**

**Schedule 1[1]**

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 1. | 119055 | RB Schererville Crossings, LLC c/o Regency Centers Corp. One Independent Drive, Suite 114 ATTN: Lease Administration Jacksonville, FL, 32202-5019 | Mattress Firm, Inc. | 69 US Highway 41, Schererville, IN 46375 |
| 2. | 112001 | REI Equity Partners 7 LLC 5 River Road, Suite 105 Wilton, CT, 06897 | Mattress Firm, Inc. | 141 N. Mall Drive, Appleton, WI 54913 |
| 3. | 119247 | Roosevelt Galleria, LLC c/o Acadia Realty Trust 639 W. Diversey Parkway, Suite 202 ATTN: Property Management Chicago, IL, 60614 | Mattress Firm, Inc. | 605 West Roosevelt Road, Chicago, IL 60607 |
| 4. | 162027 | RVT Hamilton Commons, LLC c/o DDR Corp. 3300 Enterprise Parkway Attn: Executive Vice President - Leasing Beachwood, OH, 44122 | Sleepy's, LLC | 530 Hamilton Commons Drive, Mays Landing, NJ 08330 |
| 5. | 004081 | RVT Kyle Crossing LLC c/o DDR Corp. 3300 Enterprise Parkway ATTN: Executive Vice President - Leasing Beachwood, OH, 44122 | Mattress Firm, Inc. | 5167 Kyle Center Drive, Ste 100, Kyle, TX 78640 |
| 6. | 052118 | San Joseph Properties, LLC 9300 S. Dadeland Boulevard, Suite 600 ATTN: Robert Taraboulos Miami, FL, 33156 | Mattress Firm, Inc. | 440 South State Rd. Ste. 200, Royal Palm Beach, FL 33414 |
| 7. | 119253 | Schaumburg Court Limited Partnership c/o Shiner Management Group, Inc. 3201 Old Glenview Road, Suite 301 Wilmette, IL, 60091 | Mattress Firm, Inc. | 180 South Barrington Road, Schaumburg, IL 60194 |
| 8. | 024046 | Schultze & Associates, LP c/o Alliance Commercial Property Management P.O. Box 9537 Greensboro, NC, 27429 | Mattress Firm, Inc. | 1497 Concord Parkway North, Ste 100, Concord, NC 28025 |
| 9. | 017028 | SCP MF Asheboro, LLC c/o Succession Capital Partners, LLC 635 Mabry Avenue Norfolk, VA, 23504 | Mattress Firm, Inc. | 1334 E. Dixie Hwy, Asheboro, NC 27203 |
| 10. | 503009 | Shantalla, Ltd. 8606 Miramar Road San Diego, CA, 92126 | The Sleep Train, Inc. | 8604 Miramar Rd, San Diego, CA 92126 |
| 11. | 017018 | Southstar Holdings -- Burlington II, LLC c/o Crossroads Realty Group, LLC P.O. Box 36799 ATTN: Jeffrey D. Mathis Charlotte, NC, 28236 | Mattress Firm, Inc. | 106 Huffman Mills Road, Burlington, NC 27215 |

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 12. | 059004 | Southtown Outlot Associates, LLC N 9274 Windy Way Mukwonago, WI, 53149 | Mattress Firm, Inc. | 3020 South  108th Street , West Allis, WI 53227 |
| 13. | 024025 | Speedway Commerce LLC P.O Box 9091 ATTN: Reza Jafari Rancho Santa Fe, CA, 92067 | Mattress Firm, Inc. | 8561 Concord Mills Boulevard, Concord, NC 28027 |
| 14. | 029108 | Superstition Marketplace LLC c/o JBI Company 7502 E. Buena Terra Way Scottsdale, AZ, 85250 | Mattress Firm, Inc. | 1155 S. Power Road, Ste 112, Mesa, AZ 85206 |
| 15. | 062001 | The Edward and Zlaine Machado Trust d/b/a Oracle Village Shopping Center c/o Romano Real Estate Corp. 3900 E. Via Palomita Tucson, AZ, 85718 | Mattress Firm, Inc. | 3976 N. Oracle Road, Tucson, AZ 85705 |
| 16. | 034009 | The Greene Town Center LLC c/o Olshan Properties 5500 New Albany Road E, Suite 200 New Albany, OH, 43054 | Mattress Firm, Inc. | 10 Greene Blvd., Beavercreek, OH 45440 |
| 17. | 900401 | The Rocklin Academy 2204 Plaza Dr. Suite 200, 205, 215 Rocklin, CA 95765 | The Sleep Train, Inc. | 2204 Plaza Dr. Suite 200, 205, 215 Rocklin, CA 95765 |
| 18. | 062012 | The Wright Pantano LLC 8987 E Tanque Verde Rd, Suite 309-409 ATTN: Bruce Wright Tucson, AZ, 85749 | Mattress Firm, Inc. | 7861 North Oracle Blvd, Oro Valley, AZ 85704 |
| 19. | 087002 | THF-CG Charleston Limited Partnership c/o TKG Management, Inc. 211 North Stadium Blvd., Suite 201 Columbia, MO, 65203 | Mattress Firm, Inc. | 2550 Mountaineer Boulveard, Charleston, WV 25309 |
| 20. | 002141 | Thunder D, LLC 8203 Espanola Trail Austin, TX, 78737 | Mattress Firm, Inc. | 5601 TX-121, The Colony, TX 75056 |
| 21. | 119232 | TMT Pointe Plaza, Inc. c/o Mid-America Asset Management, Inc. One Parkview Plaza, 9th Floor Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 5764 West Touhy Avenue, Niles, IL 60714 |
| 22. | 168057 | Town Square Partners LLC c/o Bluejay Management LLC 301 Mill Road, Suite L6 Hewlett, NY, 11557 | Sleepy's, LLC | 1134 Town Square Road, Pottstown, PA 19465 |
| 23. | 087004 | TRIADELPHIA ASSOCIATES LLC c/o The Schreiber Company 609 Epsilon Drive Pittsburgh, PA, 15238 | Mattress Firm, Inc. | 440 Cabela Drive, Triadelphia, WV 26058 |
| 24. | 013012 | TRT Beaver Creek LLC c/o Dividend Capital Diversified Property Fund 518 17th Street, 17th Floor ATTN: Asset Management Denver, CO, 80202 | Mattress Firm, Inc. | 1067 Beaver Creek Commons Dr., Apex, NC 27502 |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|
| 25. | 173033 | TRT Wareham LLC c/o Keypoint Partners, LLC 174 Colony Place Plymouth, MA, 02360 | Sleepy's, LLC | 2991 Cranberry Hwy, Suite L, East Wareham, MA 02538 |
| 26. | 053051 | VEREIT MT Lady Lake FL LLC c/o VEREIT, Inc. 2325 East Camelback Road, Suite 1100 Phoenix, AZ, 85016 | Mattress Firm, Inc. | 692 B Hwy 441 North, Lady Lake, FL 32159 |
| 27. | 061028 | Wynn Nail Spa, LLC 4439 Virginia Beach Blvd. Virginia Beach, VA 23462-3100 | Mattress Firm, Inc. | 4439 Virginia Beach Blvd. Virginia Beach, VA 23462-3100 |