UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MATTRESS FIRM, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12241 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 22, 2018 at 4:00 p.m. (ET)<br><br>Hearing Date: October 29, 2018 at 10:00 a.m. (ET)<br>**Re: Docket No. 39, 211** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
PHILLIPS EDISON & COMPANY, RAMCO PROPERTIES TRUST, LEVIN
MANAGEMENT CORPORATION, PHOENICIA DEVELOPMENT, LLC, RITTER
PROPERTIES, LLC AND LREIN, LLC TO DEBTORS'
MOTIONS FOR:
A) FIRST, SECOND AND THIRD OMNIBUS MOTIONS FOR ENTRY
OF AN ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT
CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (B) ABANDON CERTAIN PERSONAL PROPERTY
IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF;
AND
B) ENTRY OF AN ORDER APPROVING PROCEDURES FOR REJECTING
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, (II)
AUTHORIZING THE DEBTORS TO ENTER INTO AMENDMENTS TO CERTAIN
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (III)
GRANTING RELATED RELIEF**

Phillips Edison & Company, Ramco Properties Trust, Levin Management Corporation, Phoenicia Development, LLC, Ritter Properties, LLC, and LREIN, LLC (the "Landlords"), by and through its counsel, hereby files the following limited objection and reservation of rights (the "Objection") to the above-captioned debtors' (the "Debtors"): A) first, second and third omnibus motion to reject certain unexpired leases (the "Rejection Motion"); and **B)** motion (i) approving and authorizing the Debtors to implement the Lease Rejection Procedures (as defined herein), (ii) authorizing the Debtors to enter into amendments to certain of their unexpired leases of

1

nonresidential real property to the extent such amendments are deemed to be outside the ordinary course of business, and (iii) granting related relief (the "Procedures Motion"), and respectfully represents as follows:

## BACKGROUND

1. On October 5, 2018 (the "Petition Date"), Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court.

2. Upon information and belief, Debtors are operating their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. Landlords and Debtors are parties to unexpired, nonresidential real property leases at the following locations:

**For Phillips Edison & Company, as agent for Nine (9) Leases**

    a. a lease dated June 17, 2011, which was subsequently assigned to Broadway Station, LLC for property known as Broadway Plaza, 7865 E. Broadway Blvd. #165, Tucson, AZ 85710 (the "Broadway Lease");

    b. a lease dated August 31, 2014, which was subsequently assigned to Fairfield Commons Station, LLC for property known as Fairfield Commons Shopping Center, 98 Wadsworth Blvd., Lakewood, CO 80226 (the "Fairfield Lease");

    c. a lease dated September 10, 2015, which was subsequently assigned to Windmill Place Station, LLC for property known as Shoppes & Windmill Place, 79 S. Randall Road, Batavia, IL 60510 (the "Windmill Lease");

    d. a lease dated August 27, 2007, which was subsequently assigned to Sudbury Crossing Station, LLC for property known as Sudbury Crossing Shopping Center, 421 Boston Post Road, Sudbury, MA 01776 (the "Sudbury Lease");

e. a lease dated April 12, 2012, which was subsequently assigned to Shasta Station, LLC for property known as Shasta Crossroads Shopping Center, 1360 Churn Creek Rd., Ste. A, Redding, CA 96003 (the "Shasta Lease");

f. a lease dated January 30, 2012, which was subsequently assigned to Richmond Station, LLC for property known as Richmond Plaza, 3435 Wrightsboro Road, Augusta, GA 30909 (the "Richmond Lease");

g. a lease dated July 31, 2007, which was subsequently assigned to Highlands Plaza Station, LLC for property known as Highlands Plaza, 25 Robert Dr., South Easton, MA 02375 (the "Highlands Lease");

h. a lease dated October 15, 2014, between Debtors and Collington Plaza Station, LLC for property known as Collington Plaza, 3560 Crain Hwy., Bowie, MD 20716 (the "Collington Lease");

i. a lease dated September 9, 2013, between Debtors and Fairlawn Station, LLC for property known as Fairlawn Town Centre, 2755 W. Market St., Fairlawn, OH, 44333 (the "Fairlawn Lease")

**For Ramco Properties Trust as agent for Nine (9) Leases**

a. a lease dated September 26, 2011, between Debtors and Ramco Jacksonville, LLC for property known as the River City Marketplace, 13141 City Station Drive (the "River City Lease");

b. a lease dated December 3, 2010, between Debtors and Ramco-Gershenson Properties, L.P for property known as Front Range Village, 2721 Council Tree Ave., Suite 103, Fort Collins, CO 80525 (the "Front Range Lease");

4823-0337-1129, v. 2

c. a lease dated May 2, 2018, between Debtors and Ramco-Gershenson Properties, L.P for property known as Troy Marketplace, 802 E. Big Beaver Road, Troy, MI 48083 (the "Troy Lease");

d. a lease dated November 15, 2012, between Debtors and Ramco-Gershenson Properties, L.P for property known as Harvest Junction South, 15-425 Ken Pratt Boulevard, Longmont, CO 80501 (the "Harvest Junction Lease");

e. a lease dated May 7, 2014, between Debtors and Ramco Gateway, LLC for property known as Lakeland Center, 919 Lakeland Park Center Drive, Ste. 379, Lakeland Park, FL 33809 (the "Lakeland Lease");

f. a lease dated March 2, 2010 between Debtors and Ramco-Gershenson Properties, L.P for property known as Shoppes at Fox River, 1190 W. Sunset Dr., Ste. 106, Waukesha, WI 53189 (the "Fox River Lease");

g. a lease dated March 24, 2006 between Debtors and Ramco-Gershenson Properties, L.P for property known as Woodbury Lakes Shopping Center, 9220 Hudson Rd., Ste. 706, Woodbury, MN 55125 (the "Woodbury Lease").

h. a lease dated December 19, 2013, between Debtors and Ramco-Gershenson Properties, L.P for property known as Mount Prospect Plaza, 1020 E. Central Rd., Mt. Prospect, IL 60056 (the "Mt. Prospect Lease");

i. a lease dated November 4, 2005, between Debtors and Bridgewater Falls Station, LLC for property known as Bridgewater Falls, 3417 Princeton Rd., Fairfield Township, OH 45011 (the "Bridgewater Lease").

**For Levin Management Corporation as agent for Two Leases and a Sewer Easement**

   a. a lease dated September 11, 2002, between Debtors and Hartford Corners Ownership, LLC for property known as the Hartford Corners Shopping Center, 1311 S. Fairview Street, Delran, NJ 08075 (the "Delran Lease");

   b. a lease dated September 12, 2012, between Debtors and Levin Properties, L.P. for property known as the Hamilton Plaza Shopping Center, 1235 Highway 33, Ste. 1A, Hamilton Township, NJ 08690 (the "Hamilton Lease");

   c. a sewer easement dated June 25, 2018, for a sewer line used by the Debtors and Levin Management Corporation from its Blue Star Shopping Center that connects to Debtors' store at 1702 Route 22, Watching, NJ 07068 (the "Sewer Easement").

**For Phoenicia Development, LLC as agent for Five (5) Leases**

   a. a lease dated March 31, 2015, between Debtors and Orchid Bay Development, LLC for property known as 17435 US-441 #107, Eustis, FL 32726 (the "Mount Dora Lease");

   b. a lease dated December 22, 2014, which was subsequently assigned to Byblos Development, Inc. for property known as 825 W. Main Street, Inverness, FL 33450 (the "Inverness Lease");

   c. a lease dated June 16, 2015, between Debtors and Byblos Villages, LLC for property known as Signature Village, 4681 FL 44, Wildwood, FL, 34785, (the "Wildwood Lease");

   d. a lease dated December 22, 2014, which was subsequently assigned to Byblos Development, Inc. for property known as 901 Airport Blvd., Pensacola, FL 32504 (the "Pensacola Lease");

4823-0337-1129, v. 2

e.  a lease dated October 28, 2014, which was subsequently assigned to Byblos Development, Inc. for property known as 4911 Highway 90, Pace, Florida 32571, (the "Pace Lease").

**For Ritter Properties, LLC for One (1) Lease**

a.  a lease dated February 26, 2016, which was subsequently assigned to Ritter Properties, LLC for property known as 1331 W. 6th Street, The Dalles, OR 97058 (the "Dalles Lease").

**For LREIN, LLC for One (1) Lease**

a.  a lease dated March 26, 2014, which was subsequently assigned to LREIN, LLC Properties, LLC for property known as 1307 E 79th St., Merrillville, IN 46410 (the "Merrillville Lease").

Hereinafter the above-noted leases shall be collectively referred to as the "Leases".

4.  The Leases are leases "of real property in a shopping center" within the meaning of section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

## OBJECTIONS

**Omnibus Motions to Reject Leases**

5.  Currently, only Ramco Gateway, LLC's Lakeland Park Lease is listed as being rejected in the omnibus Rejection Motions.

6.  Landlords file this limited objection to the extent one of the other Leases is added to these Rejection Motions.

7.  Landlords also file a limited objection to ensure that they receive all rents, while the Debtors access the noted premises without paying October rent.

8. Landlords whose leases are being rejected in these first three (3) omnibus Motions seek to ensure that their stub rent is paid in-full.

9. As such, Landlords reserve their rights to any claim for unpaid rent, including the October stub rent, reconciliation amounts and attorneys' fees and costs, and any other claim it may assert, including, without limitation, any contingent or unliquidated rights that Landlords may have against Debtors prior to and upon rejection and requests that the Order approving any rejection clarify that this right is reserved.

10. Also, Landlords reserve the right to argue that unpaid post-petition rent is entitled to administrative expense priority under the Bankruptcy Code.

**Rejection Procedures Motion**

11. Concerning the Rejection Procedures Motion, Landlords file a limited objection to ensure that not only are they provided notice, but counsel is specifically named and provided notice of any rejection, as well.

12. As such, any rejection notice should also be addressed and noticed to counsel, as well.

**JOINDER IN OBJECTIONS RAISED BY OTHER LANDLORDS AND RESERVATION OF RIGHTS**

13. To the extent consistent with the objections expressed herein, Landlords also join in the objections of other lease counter-parties. Further, Landlords reserve all rights to make further and/or future objections based upon any facts or arguments that come to light prior to the hearing on these issues.

4823-0337-1129, v. 2

**WHERFORE**, Landlords respectfully requests that any order entered be consistent with their objections, and that the Court grant such other and further relief as is just and proper.

Dated: October 22, 2018

**STARK & STARK**
**A Professional Corporation**

By: /s /*John R. Weaver, Jr.*
John R. Weaver, Jr.

P.O. Box 510
203 W. 18th Street
Wilmington, Delaware 19899
(302) 428-1077 (main)
(302) 655-7371 (direct)
jrweaverlaw@verizon.net

and

Thomas S. Onder
Joseph H. Lemkin
**STARK & STARK**
**A Professional Corporation**

993 Lenox Drive
Lawrenceville, NJ 08648
(609) 219-7458 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
Attorneys for Phillips Edison & Company, Ramco Properties Trust, Levin Management Corporation, Phoenicia Development, LLC, Ritter Properties, LLC, and LREIN, LLC