# Schedule 1

# Leases

## Schedule 1[1]

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 1. | W-ARC Four Sixes, LLC<br>8150 Leesburg Pike, Suite 1100<br>Vienna, VA, 22182 | Sleepy's, LLC | 6666 Security Blvd-STE 17-20,<br>Woodlawn, MD 21207 |
| 2. | WAV Provo LLC<br>c/o Wadsworth Development Group<br>166 East 14000 South, Suite 210<br>ATTN: Nate Ballard<br>Draper, UT, 84020 | Mattress Firm, Inc. | 1122 S. University Ave.,<br>Provo, UT 84601 |
| 3. | West End Properties, LLC<br>c/o Woodmont Properties, Inc.<br>4919 Bethesda Avenue, Suite 200<br>Bethesda, MD, 20814 | Mattress Discounters Operations LLC | 1065 West Broad St.,<br>Falls Church, VA 22046 |
| 4. | Westford Marketplace, Inc.<br>c/o The Wilder Companies, Ltd.<br>800 Boylston Street, Suite 1300<br>Boston, MA, 02199 | Sleepy's, LLC | 174 Littleton Road,<br>Westford, MA 01886 |
| 5. | Westpark Business Center Company L.L.C.<br>4141 Highline Blvd., Suite 180<br>Oklahoma City, OK, 73108 | Mattress Firm, Inc. | 4139 W. Reno,<br>Oklahoma City, OK 73107 |
| 6. | Westridge Park Investors Limited Partnership<br>3131 E. Camelback Road, Suite 310<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 7230 W Ray Rd,<br>Chandler, AZ 85226 |
| 7. | Wethersfield Shopping Center, LLC<br>c/o M.J. Neiditz & Company, Inc.<br>125 LaSalle Road, #304<br>ATTN: Steven C Neiditz<br>West Hartford, CT, 06107 | Sleepy's, LLC | 1055 Silas Dean Highway,<br>Wethersfield, CT 06109 |
| 8. | Woodlands Pinecroft Center<br>c/o Wulfe & Co.<br>1800 Post Oak Boulevard<br>6 Boulevard Place, Suite 400<br>Houston, TX, 77056 | Mattress Firm, Inc. | 1335 Lake Woodlands Dr.<br>Suite C,<br>The Woodlands, TX 77382 |
| 9. | York Road Investors LLC<br>c/o Conner Commercial Prop LLC<br>6401 Carmel Road, Suite 203<br>Charlotte, NC, 28226 | Sleepy's, LLC | 8506 S Tryon Street Unit E,<br>Charlotte, NC 28273 |

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.

01:23779808.1