**<u>Exhibit 1</u>**

**Form of Rejection Notice**

01:23779779.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. __ |

### NOTICE OF REJECTION OF CERTAIN
### UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
### AND ABANDONMENT OF PERSONAL PROPERTY IN CONNECTION THEREWITH

> **THIS NOTICE SEEKS TO REJECT CERTAIN UNEXPIRED LEASES AND SUBLEASES OF NONRESIDENTIAL REAL PROPERTY.  LANDLORDS RECEIVING THIS NOTICE SHOULD REVIEW THE SCHEDULE OF LEASES ATTACHED HERETO AS  ANNEX A TO DETERMINE WHETHER THIS NOTICE AFFECTS THEIR LEASE(S)**

       **PLEASE TAKE NOTICE** that, on October 5, 2018, Mattress Firm, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

       **PLEASE TAKE FURTHER NOTICE** that, on [_____], 2018, the Court entered an order approving, among other relief, certain procedures for the rejection of the Debtors' unexpired real property leases and the abandonment of the Debtors' personal property located at such leased premises [Docket No.__] (the "Rejection Procedures Order").[2]  An electronic copy of the Lease Rejection Procedures Order can found at http://dm.epiq11.com/MFLeaseRejection.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Lease Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the lease(s) set forth on **Annex A** attached hereto (including any amendments or modifications thereto or subleases thereof, each, a "Specified Lease," and collectively, the "Specified Leases"), effective as of the date of rejection set forth on **Annex A** (the "Rejection Date").

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008.  The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025.  Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Rejection Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that any personal property located at the premises subject to the Specified Leases, including inventory, furniture, fixtures, equipment or other materials remaining at the premises subject to the Specified Leases as of the Rejection Date, shall be deemed abandoned by the Debtors to the applicable counterparty to the Specified Leases (each a "<u>Lease Counterparty</u>" and, collectively, the "<u>Lease Counterparties</u>").

**PLEASE TAKE FURTHER NOTICE** that, with respect to any personal property that is leased to the Debtors by a third party or owned by a third party, the Debtors shall contact such third party with respect to such personal property, and the third party will remove or cause to be removed such personal property from the leased premises prior to the Rejection Date. For the avoidance of doubt, if any such personal property remains on the leased premises after the Rejection Date, the Lease Counterparty may dispose of any and all such property.

**PLEASE TAKE FURTHER NOTICE** that if the Debtors have deposited funds with a Lease Counterparty as a security for their performance under a Specified Lease or other similar arrangement (each a "<u>Deposit</u>"), to the extent the Lease Counterparty retains all or a portion of the Deposit, such Lease Counterparty shall not be permitted to set off, recoup, apply, or otherwise use such Deposit without the prior authorization of the Court, unless the Debtors and the applicable Lease Counterparty otherwise agree, in consultation with the Backstop Group.

**PLEASE TAKE FURTHER NOTICE** that any party objecting to the Debtors' rejection of a Specified Lease and/or abandonment of personal property shall file with the Court and serve a written objection (each an "<u>Objection</u>") so as to be actually received by the following parties no later than 4:00 p.m. prevailing Eastern Time on the fourteenth (14th) day after the Debtors' filing and service of the relevant Rejection Notice (such deadline, the "<u>Objection Deadline</u>"): (i) the Debtors, Mattress Firm, Inc., 10201 S. Main Street, Houston, Texas 77025, Attn: Kindel Elam; (ii) proposed counsel to the Debtors, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, Attn: Bojan Guzina and Matthew E. Linder; (iii) proposed co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, Attn: Edmon L. Morton and Ashley E. Jacobs; (iv) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Richenderfer; (v) counsel to the DIP Agents and Prepetition ABL Agent, Paul Hastings LLP, MetLife Building, 200 Park Avenue, New York, New York 10166, Attn: Andrew V. Tenzer and Michael E. Comerford, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins and Jason M. Madron, and Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110-1726, Attn: Marc R. Leduc; (vi) counsel to the Prepetition Term Loan Lender, Linklaters LLP, 601 13th Street NW #400, Washington, D.C. 20005, Attn: Amy Edgy, and 1345 6th Avenue, New York, New York 10105, Attn: Christopher Hunker; (vii) co-counsel to the Backstop Group, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn: Adam Goldberg, and Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801, Attn: William Bowden; and (viii) the Notice Parties. Each Objection must state with specificity the legal and factual grounds for the objection to the rejection of the relevant Specified Leases.

**PLEASE TAKE FURTHER NOTICE** that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Court after the Rejection

01:23779779.1

Objection Deadline a proposed order approving the rejection of the Specified Leases, substantially in the form attached hereto as **Annex B,** and the Court may enter such order without a hearing.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Lease Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Lease shall become effective as of the Rejection Date, which shall be the latest to occur of the following: (i) the Rejection Date specified in the Rejection Notice; and (ii) the date on which the Debtors surrender possession of the store subject to the relevant Specified Lease to the Lease Counterparty by notifying the affected Lease Counterparty in writing thereof and (A) have turned over the store keys, key codes, or security codes, if any, to the Lease Counterparty or (B) have notified the affected Lease Counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease Counterparty may re-key the store; provided, however, that the Debtors shall seek a Rejection Date for a Specified Lease that is earlier than the Objection Deadline only if the Rejection Notice provides that the Debtors shall not withdraw the Rejection Notice with respect to such Specified Lease absent the consent of the applicable Lease Counterparty.

       **PLEASE TAKE FURTHER NOTICE** that, if an Objection is timely filed and properly served as specified above and not withdrawn or resolved, the Debtors shall schedule a hearing on such Objection.  If the Objection is overruled or withdrawn, then the Specified Lease to which the Objection relates shall be rejected as of (i) the Rejection Date, (ii) such other date to which the Debtors and the applicable Lease Counterparty may agree, or (iii) as otherwise ordered by the Court.

       **PLEASE TAKE FURTHER NOTICE** that, if a Lease Counterparty wishes to assert a claim arising from the rejection of a Specified Lease, the Lease Counterparty must file with the Debtors' claims and noticing agent a proof of claim, substantially in the form attached hereto as **Annex C**, before the deadline specified in the Notice of Effective Date to be filed by the Debtors with the Court.  The Notice of Effective Date will be made available, together with other documents relating to lease rejections, on the website maintained by the Debtors' claims and noticing agent, at http://dm.epiq11.com/MFLeaseRejection.  If a Lease Counterparty fails to timely file a proof of claim, the Lease Counterparty shall be forever barred from asserting a claim for damages arising from the rejection of the applicable Specified Lease and from participating in any distributions made in connection with these chapter 11 cases on account of such claim.  Proofs of claim and instructions for submission may be also obtained at http://dm.epiq11.com/MFLeaseRejection.

[*Remainder of Page Intentionally Left Blank*]

01:23779779.1

Dated: _____, 2018  
Wilmington, Delaware

SIDLEY AUSTIN LLP  
Bojan Guzina  
Matthew E. Linder  
Michael Fishel  
Blair M. Warner  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Ashley E. Jacobs (No. 5635)  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE DEBTORS  
AND DEBTORS IN POSSESSION

01:23779779.1

## **Annex A**

**Specified Leases to Be Rejected**

**<u>Annex B</u>**

**Form of Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. __** |

**ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT
CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (B) ABANDON CERTAIN PERSONAL PROPERTY
IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF**

Pursuant to and in accordance with the *Order (I) Approving Procedures for Rejecting Unexpired Leases of Nonresidential Real Property, (II) Authorizing the Debtors to Enter Into Amendments to Certain Unexpired Leases of Nonresidential Real Property, and (III) Granting Related Relief* [Docket No. ___] (the "Rejection Procedures Order")[2] entered in the above-captioned chapter 11 cases of Mattress Firm, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "Rejection Notice") of their intent to reject certain unexpired leases specified on **Schedule 1** hereto (the "Specified Leases") in accordance with the terms of the Rejection Procedures Order; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Rejection Procedures Order.

Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Specified Leases set forth on **Schedule 1** are hereby rejected as set forth herein, effective as of the latest to occur of the following: (i) the Rejection Date specified in the Rejection Notice; and (ii) the date on which the Debtors surrender possession of the store subject to the relevant Specified Lease to the Lease Counterparty by notifying the affected Lease Counterparty in writing thereof and (A) have turned over the store keys, key codes, or security codes, if any, to the Lease Counterparty or (B) have notified the affected Lease Counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease Counterparty may re-key the store; provided, however, that the Debtors shall seek a Rejection Date for a Specified Lease that is earlier than the Objection Deadline only if the Rejection Notice provides that the Debtors shall not withdraw the Rejection Notice with respect to such Specified Lease absent the consent of the applicable Lease Counterparty.

2.     Any and all Personal Property remaining at the leased premises as of the applicable Rejection Date shall be deemed abandoned upon the Rejection Date without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances. Any Lease Counterparty or other designee shall be free to dispose of any such items without notice or liability to any party. The right of any Lease Counterparty, if any, to file a claim for the costs of disposal of such property is fully reserved, as is the right of all parties in interest to object to such claim.

3.     If a Lease Counterparty wishes to assert a claim arising from the rejection of a Specified Lease, the Lease Counterparty shall file a proof of claim with the Debtors' claims and

01:23779779.1

noticing agent before the deadline specified in the Notice of Effective Date to be filed by the Debtors with the Court. The Notice of Effective Date will be made available, together with other documents relating to lease rejections, on the website maintained by the Debtors' claims and noticing agent, at http://dm.epiq11.com/MFLeaseRejection. If a Lease Counterparty fails to timely file a proof of claim, the Lease Counterparty shall be forever barred from asserting a claim for damages arising from the rejection of the applicable Specified Lease and from participating in any distributions made in connection with these chapter 11 cases on account of such claim. Proofs of claim and instructions for submission may be obtained at http://dm.epiq11.com/MFLeaseRejection.

     4.     Nothing contained in this Order is intended to be or shall be construed as (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Rejection Procedures Order or the Rejection Notice; or (e) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law.

     5.     Notwithstanding entry of this Order, nothing herein shall create, or is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

     6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

01:23779779.1

7.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2018
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

01:23779779.1

## Schedule 1

**Specified Leases**

01:23779779.1

## Annex C

### Proof of Claim Form

01:23779779.1