**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 16 and 184 |

**NOTICE OF FILING OF PROPOSED FINAL DIP ORDER**

**PLEASE TAKE NOTICE** that, on October 5, 2018, Mattress Firm, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing Pursuant to Section 364 of Bankruptcy Code and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 16] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 9, 2018, the Court entered an order granting the relief requested in the Motion on an interim basis [Docket No. 184] (the "Interim Order"). A hearing to consider the Motion on a final basis is scheduled for October 29, 2018 at 10:00 a.m. (ET) (the "Final DIP Hearing").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A**, is a proposed form of order approving the Motion on a final basis (the "Proposed Final Order"). For the convenience of the Court and all interested parties, a blackline comparing the Proposed Final Order against the Interim Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present a final order, in substantially the form of the Proposed Final Order attached hereto as **Exhibit A**, at the Final DIP Hearing scheduled before the Honorable Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. The Debtors reserve all rights to modify the Proposed Final Order at or prior to the Final DIP Hearing.

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

01:23779554.1

| | |
|---|---|
| Dated: October 25, 2018 | SIDLEY AUSTIN LLP<br>Bojan Guzina<br>Matthew E. Linder<br>Michael Fishel<br>Blair M. Warner<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |

01:23779554.1