IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MATTRESS FIRM, INC., *et al.*, | ) | Case No. 18-12241 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related Docket No. 22 and 333** |

**LIMITED OBJECTION OF SHELBYVILLE ROAD PLAZA LLC TO JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION FOR MATTRESS FIRM, INC. AND ITS DEBTOR AFFILIATES AND NOTICE OF CURE AMOUNTS RELATING TO UNEXPIRED LEASES THAT THE DEBTORS MAY SEEK TO ASSUME PURSUANT TO THE PLAN**

Shelbyville Road Plaza LLC ("Shelbyville"), by its undersigned counsel, submits this limited objection to the *Joint Prepackaged Chapter 11 Plan of Reorganization for Mattress Firm, Inc. and Its Debtor Affiliates* [Docket No. 22] (the "Plan") and the Debtors' *Notice of Cure Amounts Relating to Unexpired Leases that the Debtors may Seek to Assume Pursuant to the Plan* [Docket No. 333] (the "Cure Notice"). In support of this limited objection, Shelbyville respectfully states as follows:

## BACKGROUND

1. Mattress Firm, Inc. ("Mattress Firm") leases retail space from Shelbyville pursuant to an unexpired lease of non-residential real property dated October 1, 2012 (as amended, the "Lease"), for property in the Shelbyville Road Plaza (the "Center") located at 4600 Shelbyville Road, Ste. 651–652, Louisville, KY (the "Premises"). The Center is a "shopping center" as that term is used in Bankruptcy Code § 365(b)(3). Consequently, Shelbyville is entitled to the protections that Bankruptcy Code § 365(b)(3) grants to landlords of shopping centers.

2. Mattress Firm and its Debtor affiliates (collectively, the Debtors") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 5, 2018. The Debtors filed the Plan on the same day. The Debtors filed the Cure Notice on October 19, 2018.

The individualized cure notice for the Lease proposes a cure amount of $22,559.77 (the "Proposed Cure Amount").

## LIMITED OBJECTION

3.      Shelbyville acknowledges that the Proposed Cure Amount is the amount necessary to cure current defaults under the Lease. However, additional amounts may have accrued before the Petition Date that may not become due until after the assumption of the Lease. In addition, Section 8.2 of the Lease requires Mattress Firm to indemnify and hold Shelbyville harmless with respect to any claim arising as a result of the action or inaction by Mattress Firm and/or its agents. While Shelbyville is not aware of any action or inaction by Mattress Firm prior to the Petition Date that may give rise to any claims, it is possible that claims may exist. If the Debtors assume the Lease, they must also assume these obligations.

4.      Article VI.A of the Plan provides that Assumed Leases are being reinstated but it is not clear whether this provision provides for the assumption of these obligations. Accordingly, the Plan or the order confirming the Plan should specifically provide that the Debtors will be liable for any and all accrued but unbilled charges under Assumed Leases even if those charges relate to pre-petition or pre-assumption periods and shall pay any and all year-end adjustments and other charges when due pursuant to the terms of the Assumed Leases regardless of when the charges accrued. In addition, the Plan or the Order confirming the Plan should provide that the Debtors will remain subject to the terms of Assumed Leases including indemnification obligation regardless of when they arose.

## JOINDER

5.      Shelbyville joins the objections filed by the Debtors' other landlords to the extent that they supplement and are not otherwise inconsistent herewith.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, Shelbyville respectfully requests that any order entered by this Honorable Court be consistent with this limited objection and further requests that the Court grant to Shelbyville such other and further relief as the Court deems just and appropriate under the circumstances.

Date:  October 26, 2018
      Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William A. Hazeltine

William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for Shelbyville Road Plaza LLC*

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 26th day of October 2018, I caused copies of the within *Limited Objection of Shelbyville Road Plaza LLC to Joint Prepackaged Chapter 11 Plan of Reorganization for Mattress Firm, Inc. and its Debtor Affiliates and Notice of Cure Amounts Relating to Unexpired Leases that the Debtors May Seek to Assume Pursuant to the Plan* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid. All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF.

Kindel Elam
Mattress Firm, Inc.
10201 South Main Street
Houston, TX  77025

Bojan Guzina
Matthrew E. Linder
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Edmon L. Morton
Ashley E. Jacobs
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801

Linda Richenderfer
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Andrew V. Tenzer
Michael E. Comerford
Paul Hastings LLP
MetLife Building
200 Park Avenue
New York, NY  10166

Marc R. Leduc
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA  02110-1726

Amy Edgy
Linklaters LLP
601 13th Street NW, #400
Washington, DC  20005

Christopher Hunker
Linklaters LLP
1345 6th Avenue
New York, NY  10105

Adam Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

William Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

October 26, 2018                                            */s/ William A. Hazeltine*
Date                                                                William A. Hazeltine