## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 39** |

## SECOND OMNIBUS ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) ABANDON CERTAIN PERSONAL PROPERTY IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of Mattress Firm, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for entry of an order (this "Order") (i) authorizing the Debtors to (a) reject the Leases set forth on **Schedule 1** attached hereto and (b) abandon the Remaining Property, each effective as of the Rejection Date (as defined below) and (ii) granting related relief, all as more fully set forth in the Motion; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and all objections, if any, to the Motion having

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The Leases set forth on the attached **Schedule 1** are hereby rejected, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, effective with respect to each Lease as of the later of (a) October 31, 2018 and (b) the date on which the Debtors surrender possession of the Closing Store to the Lease counterparty by notifying the affected Lease counterparty in writing thereof and (i) turn over the store keys, key codes, or security codes, if any, to the Lease counterparty or (ii) notify the affected Lease counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease counterparty may re-key the store (each such rejection effective date, the "Rejection Date").

3.    The Debtors are authorized, but not directed, to abandon any Remaining Property located at the Closing Stores subject to the Leases, in the Debtors' sole discretion, free and clear of all liens, claims, encumbrances and rights of third parties, with such abandonment being effective as of the Rejection Date. The Lease counterparties are authorized to dispose of any Remaining Property without further notice or any liability to the Debtors or any third parties and without waiving any claims against the Debtors. The automatic stay is modified to the extent necessary to allow the disposition of any Remaining Property.

4.      Within two business days after entry of this Order, the Debtors shall serve a copy of this Order and the attached **Schedule 1** on the Lease counterparties.

5.      If a Lease counterparty wishes to assert a claim arising from the rejection of the Lease, the Lease counterparty shall file a proof of claim with the Debtors' claims and noticing agent before the deadline specified in the Notice of Effective Date to be filed by the Debtors with the Court.  The Notice of Effective Date will be made available, together with other documents relating to lease rejections, on the website maintained by the Debtors' claims and noticing agent, at http://dm.epiq11.com/MFLeaseRejection.  If a Lease counterparty fails to timely file a proof of claim, the Lease counterparty shall be forever barred from asserting a claim for damages arising from the rejection of the applicable Lease and from participating in any distributions made in connection with these chapter 11 cases on account of such claim.  Proofs of claim and instructions for submission may be obtained at http://dm.epiq11.com/MFLeaseRejection.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party-in-interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this motion are

valid and the Debtors and all other parties-in-interest expressly reserve their rights to contest the extent, validity, or perfection, or to seek avoidance of all such liens.

7.      By entry of this Order, the Debtors do not waive any claims that they may have against any Lease counterparty, whether or not such claims arise under, are related to the rejection of, or are independent of the Leases.

8.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Leases is limited to the remedies available under any applicable termination provision of such Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

9.      The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b) because the relief granted in this Order is necessary to avoid immediate and irreparable harm to the Debtors' estates.

10.     Notice of the Motion shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware are waived by such notice.

11.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _Oct. 29_, 2018
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

**<u>Schedule 1</u>**

**Leases**

## Schedule 1[1]

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 1. | Joan Kevorkian<br>1207 W. Fremont Avenue<br>Fresno, CA, 93711 | The Sleep Train, Inc. | 467 East Shaw Ave,<br>Fresno,<br>CA 93710 |
| 2. | Joomis J. Grossman, Jr. Foundation, Inc.,<br>Richard A. Grossman Foundation, Inc.,<br>Robert C. Baker Foundation, Inc., and WLR<br>Northampton B, LLC<br>c/o Gibraltar Management Co., Inc.<br>150 White Plains Road<br>Tarrytown, NY, 10591 | Sleepy's, LLC | 172 North King Street<br>Route 5,<br>Northampton, MA 01060 |
| 3. | Joseph L. Tamsberg<br>Jackson Square Forest Drive LLC<br>1122 Barnwell Street<br>Columbia, SC, 29201 | Mattress Firm, Inc. | 106 Percival Road, Ste<br>100,<br>Columbia, SC 29206 |
| 4. | Judith Erdberg<br>87 Via Navarro<br>Greenbrae, CA, 94904 | Sleepy's, LLC | 3400 North 5th Street,<br>Reading, PA 19605 |
| 5. | KB Melrose LLC<br>3271 Judy Lane<br>Lafayette, CA, 94549 | Mattress Firm, Inc. | 1413 W. North Ave,<br>Melrose Park, IL 60160 |
| 6. | KFT Enterprises No. 4, LP<br>c/o KFT Management, Inc.<br>11620 Wilshire Boulevard, Suite 420<br>ATTN: Mark Kaplan<br>Los Angeles, CA, 90025 | ST San Diego, LLC | 9095 Central Ave,<br>Montclair, CA 91763 |
| 7. | Kloss Organization, LLC<br>c/o 3231 Route 1 Lawrenceville, LLC<br>P.O. Box 197<br>Pine Brook, NJ, 07058 | Sleepy's, LLC | 3231 Brunswick Pike,<br>Lawrence Township, NJ<br>08648 |
| 8. | KMPW Center LLC<br>4669 Southwest Freeway Suite 830<br>Houston, TX, 77027 | Mattress Firm, Inc. | 349 S. Mason Rd,<br>Katy, TX 77450 |
| 9. | KNA Partners<br>550 Waugh Drive<br>Houston, TX, 77019 | Mattress Firm, Inc. | 6429 Westheimer Road,<br>Houston, TX 77057 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 10. | LaFox Properties Partnership<br>c/o Murray Properties, Inc<br>473 Dunham Road, Suite 290<br>ATTN: Ellen Gallagher<br>St. Charles, IL, 60174 | Mattress Firm, Inc. | 310 Randall Road,<br>South Elgin, IL 60177 |
| 11. | Lake Sanford Properties, LLC<br>c/o Atlas Partners, LLC<br>55 E. Monroe Street, Suite 2910<br>Chicago, IL, 60603-5843 | Mattress Firm, Inc. | 695 Towne Center Blvd,<br>Sanford, FL 32772 |
| 12. | Lakeside Professional Building, LLC<br>c/o A O R Holdings<br>2381 SW Carriage Hill Terrace, Unit 103<br>Palm City, FL, 34990 | Mattress Firm, Inc. | 1970 NW Federal<br>Highway,<br>Stuart, FL 34994 |
| 13. | Lawrenceville Properties 222, LLC<br>21 Katie's Pond Road<br>Princeton, NJ, 08540 | Mattress Firm, Inc. | 7381 Rivers Ave., Ste 102,<br>North Charleston, SC<br>29406 |
| 14. | LB & MB Investments LLC<br>c/o Skyline Seven<br>RE 800 Mt. Vernin Highway NE, Suite 425<br>Atlanta, GA, 30328 | Mattress Firm, Inc. | 1290 Johnson Ferry Rd,<br>Marietta, GA 30068 |
| 15. | Leroy Dodson Investments, LLC<br>c/o Gibson Smith Realty Co.<br>1100 Kenilworth Avenue, Suite 200<br>Charlotte, NC, 28204 | Sleepy's, LLC | 1809 Sardis Road N,<br>Charlotte, NC 28270 |
| 16. | Liberty Marts, LLC<br>3651 Mars Hill Road, S-100<br>ATTN: Kevin Price<br>Watkinsville, GA, 30677 | Mattress Firm, Inc. | 4139 Fort Campbell Blvd,<br>Hopkinsville, KY 42240 |
| 17. | Madison Nampa LLC<br>141 Front Street N.<br>Issaquah, WA 98027 | Mattress Firm, Inc. | 16375 N. Merchant Way<br>Nampa, ID 83687 |
| 18. | Mammoth Rock LLC<br>c/o The Terraden Corporation<br>229 Avenue I, Suite 300<br>Redondo Beach, CA, 90277 | Mattress Firm, Inc. | 14900 N. Pima Road, Ste.<br>101,<br>Scottsdale, AZ 85260 |
| 19. | Manchester Commons, LLC<br>c/o G. J. Grewe, Inc.<br>639 Gravois Bluffs Blvd., Suite D<br>ATTN: Jill Doerr<br>Fenton, MO, 63026 | Mattress Firm, Inc. | 14169 Manchester Road,<br>Suite C,<br>Ballwin, MO 63011 |

2

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 20. | Market Square Shopping Center LLC<br>c/o Palmarium Retail Management<br>3460 North Broadway Street<br>Chicago, IL, 60657 | Mattress Firm, Inc. | 2121 N. Clybourn Ave., A-4<br>Chicago, IL 60614 |
| 21. | Market Town Center Owner, LLC<br>4400 A North Freeway, Suite 900<br>Houston, TX, 77022 | Mattress Firm, Inc. | 2735 Town Center Blvd,<br>Sugar Land, TX 77479 |
| 22. | McComas Associates, LLC<br>6432 Baltimore National Pike<br>ATTN: Michael McComas<br>Baltimore, MD, 21228 | Sleepy's, LLC | 7911 Belair Road,<br>Baltimore, MD 21236 |
| 23. | McPherson Investment Company, LLC<br>421 B McArthur Drive<br>Elizabeth City, NC, 27909 | Sleepy's, LLC | 1402 West Ehringhaus Street,<br>Elizabeth City, NC 27909 |
| 24. | Menard, Inc.<br>5101 Menard Drive<br>ATTN: Properties Division<br>Eau Claire, WI, 54703 | Mattress Firm, Inc. | 786 Randall Road,<br>Algonquin, IL 60102 |
| 25. | MF Mt. Prospect, LLC<br>2165 Louisa Drive<br>ATTN: Owen C. Ewing<br>Belleair Beach, FL, 33786 | Mattress Firm, Inc. | 2 East Rand Road Mount Prospect,<br>Mount Prospect, IL 60056 |
| 26. | Mickeal L. Dahle Trust<br>5827 South Cove Creek Lane<br>ATTN: Mickeal L. Dahle, Trustee<br>Murray, UT, 84107 | Mattress Firm, Inc. | 2632 W. 3500 South,<br>West Valley City, UT 84119 |
| 27. | Midland Tyrion, LLC<br>c/o Centrex Properties, Inc.<br>4040 Ed Drive, Suite 201<br>Raleigh, NC, 27612 | Sleepy's, LLC | 8204 Tryon Woods Drive,<br>Cary, NC 27518 |
| 28. | Montgomery Acquisition, LP<br>c/o Wharton Realty Group, Inc.<br>8 Industrial Way East, 2nd Floor<br>ATTN: Isaac Massry<br>Eatontown, NJ, 07724 | Sleepy's, LLC | 1256 Millersville,<br>Lancaster, PA 17603 |
| 29. | Morrell Partners LP<br>P.O. Box 2568<br>Knoxville, TN, 37901 | Mattress Firm, Inc. | 7412 Kingston Pike,<br>Knoxville, TN 37919 |

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 30. | Morton Village Realty LLC c/o Phillips International Holding Corp. 295 Madison Ave – 2nd Floor New York, NY 10017 | Sleepy's LLC | 1040 Old Country Road Plainview, NY 11803 |
| 31. | Murrieta Spectrum, L.P. c/o WestMar Property Management, Inc. 41623 Margarita Road, Suite 100 Temecula, CA, 92591 | The Sleep Train, Inc. | 25125 Madison Ave Ste 103, Murrieta, CA 92562 |
| 32. | Narcoossee Acquisitions, LLC 130 South Orange Avenue, Suite 300 Orlando, FL, 32801 | Mattress Firm, Inc. | 7067 Narcoossee Rd., Orlando, FL 32822 |
| 33. | Nare Woodfield LLC 1901 N. Roselle Rd., Suite 650 ATTN: Savas Er Schaumburg, IL, 60195 | Mattress Firm, Inc. | 100B E. Golf Road, Schaumburg, IL 60173 |
| 34. | New Osimo LLC P.O. Box 450487 Miami, FL, 33129 | Mattress Firm, Inc. | 14200 SW 8th St. Suites 103 thru 106, Miami, FL 33184 |
| 35. | Nidami LLC 304 Indian Trace, Suite 507 Weston, FL, 33326 | Mattress Firm, Inc. | 6208A Garners Ferry Road, Columbia, SC 29209 |
| 36. | North Baltimore Realty Associates c/o Goodman Properties, Inc. 636 Old York Road, 2nd Floor ATTN: Bruce A. Goodman Jenkintown, PA, 19046 | Sleepy's, LLC | 1619 Grant Avenue Grant Plaza, Suite 1, Philadelphia, PA 19115 |
| 37. | NPP Development LLC One Patriot Place ATTN: President Foxborough, MA, 02035 | Sleepy's, LLC | 388 Patriot Place, Foxboro, MA 02035 |
| 38. | Nunes California Properties LLC c/o Smith Commercial Management LLC 18640 Sutter Boulevard, Suite 300 Morgan Hill, CA, 95037-8110 | Mattress Firm, Inc. | 1137 S Mannheim Rd, Westchester, IL 60154 |
| 39. | OCG Alpha Development, LLC c/o Osborne Capital Group 7670 Tyler Boulevard ATTN: Lance F. Osborne Mentor, OH, 44060 | Mattress Firm, Inc. | 6267 Wilson Mills Rd., Highland Heights, OH 44143 |

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 40. | OJB/AJRE JV, LC<br>c/o RecycLand LLC<br>8101 Glenbrook Road, Suite B<br>Bethesda, MD, 20814 | Mattress Discounters Operations LLC | 47020 Harry Byrd Highway Suite #2, Sterling, VA 20164 |
| 41. | One Mile West, LLLP<br>c/o Fedder Management Corp<br>10096 Red Run Boulevard, Suite 300<br>Owings Mills, MD, 21117 | Sleepy's, LLC | 6600 Baltimore National Pike, Suite P, Catonsville, MD 21228 |
| 42. | Pacific Square LLC<br>c/o Windfall Plaza Management<br>4360 East New York Street<br>Aurora, IL, 60504 | Mattress Firm, Inc. | 4300 E. New York St. - Suite A, Aurora, IL 60505 |
| 43. | Passage Realty, Inc.<br>c/o PM Realty Group<br>1560 West Bay Area Blvd., Suite 290<br>Friendswood, TX, 77546 | Mattress Firm, Inc. | 19325 Gulf Freeway, Webster, TX 77598 |
| 44. | Peachtree, LLC<br>620 South White Horse Pike, Suite A<br>ATTN: Michelle Lucca<br>Hammonton, NJ, 08037 | Sleepy's, LLC | 80 South Whitehorse Pike, Hammonton, NJ 08037 |
| 45. | Pecan Retail I, LLC<br>275 S Beverly Dr, Ste 212<br>ATTN: Trevor Smith<br>Beverly Hill, CA, 90212 | Mattress Firm, Inc. | 9860 lower Buckeye Road, Ste F-100, Tolleson, AZ 85353 |
| 46. | Phil G. Ruffin<br>P.O. Box 17087<br>Wichita, KS, 67209 | Mattress Firm, Inc. | 438 S. Rock Road, Wichita, KS 67205 |
| 47. | PMAT Algiers Plaza, LLC<br>c/o Property One, Inc.<br>3500 N. Causeway Blvd., Ste. 600<br>Metairie, LA, 70002 | Mattress Firm, Inc. | 4100 General DeGaulle Dr., Ste. 1, New Orleans, LA 70131 |
| 48. | Potomac 2017, LLC<br>c/o Heidenberg Properties<br>234 Closter Dock Rd<br>Closter, NJ, 07624 | Sleepy's, LLC | 217 Oak Lee Drive Suite 24, Ranson, WV 25438 |
| 49. | PT X, LLC<br>c/o VenturePoint<br>4685 MacArthur Court, Suite 375<br>Newport Beach, CA, 92660 | Mattress Firm, Inc. | 4600 Hoffman Blvd, Hoffman Estates, IL 60173 |

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 50. | Quemado Partners LLC<br>17929 N. 99th Street<br>ATTN: Jeff Scanlon<br>Scottsdale, AZ, 85255 | Mattress Firm, Inc. | 14601 North Scottsdale Rd, Ste 125,<br>Scottsdale, AZ 85254 |
| 51. | R.S. Shopping Center Associates LLLP<br>c/o Maryland Financial Investors<br>2800 Quarry Lake Drive, Suite 340<br>Baltimore, MD, 21209 | Mattress Discounters Operations LLC | 1445 Rock Spring Road,<br>Bel Air, MD 21014 |
| 52. | Ramco Gateway, LLC<br>31500 Northwestern Highway, Suite 300<br>Farmington Hills, MI, 48334 | Mattress Firm, Inc. | 919 Lakeland Park Center DR #370,<br>Lakeland, FL 33809 |
| 53. | Ramiro Hermosilla, Trustee of the Ramiro Hermosilla Trust Dated 8/813<br>3121 Riddle Road<br>ATTN: Ramiro Hermosilla,<br>San Jose, CA, 95117 | Mattress Firm, Inc. | 804 Interstate 45 N,<br>Conroe, TX 77301 |
| 54. | Ravenswood Indistrual Building, LLC, dba Water Tower Plaza<br>c/o Mid America Asset Management Company, Inc.<br>One Parkview Plaza, 9th Floor<br>Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 1569 N. State Route 50,<br>Bourbonnais, IL 60914 |
| 55. | Ravenwood Shopping Center LLC<br>c/o Saul Holdings LP<br>7501 Wisconsin Ave, Suite 1500<br>Bethesda, MD, 20814 | Sleepy's, LLC | 912C Taylor Avenue,<br>Towson, MD 21286 |
| 56. | Regency Centers, L.P.<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>Attn: Lease Administration<br>Jacksonville, FL, 32202-5019 | Mattress Firm, Inc. | 2000 N. Clybourne Ave.,<br>Chicago, IL 60614 |
| 57. | River Pointe Retail, Ltd.<br>12651 Briar Forest Dr., Suite 300<br>ATTN: Cindy Creed<br>Houston, TX, 77077 | Mattress Firm, Inc. | 20400 Southwest Freeway, Ste. 100,<br>Richmond, TX 77479 |
| 58. | Riverstone Plaza, LLC<br>1407 Fannin Street<br>Houston, TX, 77002 | Mattress Firm, Inc. | 5710 Highway 6,<br>Missouri City, TX 77459 |
| 59. | Rockvale Vehicles LLC<br>c/o Wharton Realty Group, Inc.<br>8 Industrial Way East, 2nd Floor<br>Eatontown, NJ, 07724 | Sleepy's, LLC | 35 Willowdale Drive,<br>Lancaster, PA 17602 |

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 60. | Rockwall Village S/C, Ltd. 16475 Dallas Parkway, Suite 800 ATTN: Property Management – Retail Addison, TX, 75001 | Mattress Firm, Inc. | 537 East I-30, Rockwall, TX 75087 |
| 61. | Route 40 LLC 15942 Shady Grove Road Gaithersburg, MD, 20877 | Sleepy's, LLC | 1170 West Patrick St, Frederick, MD 21703 |
| 62. | Roxbury Partners Tempe, LLC P.O. Box 6650 Beverly Hills, CA, 90212-6650 | Mattress Firm, Inc. | 4455 S. Rural Rd, Tempe, AZ 85282 |
| 63. | Rt. 28 Trust 352C S. Broadway ATTN: Corey Garabedian & Paul Garabedian Jr. Salem, NH, 03079 | Mattress Firm, Inc. | 303-C South Broadway, Salem, NH 03079 |
| 64. | RTG Furniture Corp of Georgia c/o Seaman Development Corp. 400 Perimeter Center Terrace, Suite 800 Atlanta, GA, 30346 | Mattress Firm, Inc. | 3045 North Dug Gap Road SW, Dalton, GA 30720 |
| 65. | S2 Stonebridge Associates LLC c/o Stewart Commercial Management LLC 6842 Elm Street, Suite 202 Attn: George W. Stewart, IV McLean, VA, 22101 | Sleepy's, LLC | 141 Stonebridge Plaza Ave, Richmond, VA 23225 |
| 66. | Sam Holly Springs, LLC c/o Suburban Management 289 INDEPENDENCE Boulevard, Suite 300 Virginia Beach, VA, 23462 | Sleepy's, LLC | 7248 GB Alford Highway, Holly Springs, NC 27540 |
| 67. | SC MOTA Associates Limited Partnership d/b/a Mall of the Americas c/o SC MOTA Associates limited partnership 340 Royall Poinciana Way, Suite 316 ATTN: Greg Moross Palm Beach, FL, 33480 | Mattress Firm, Inc. | 7703 West Flager Street., Ste. B, Miami, FL 33144 |
| 68. | SC Windsor Square, LLC 340 Royal Poinciana Way, Suite 316 ATTN: Greg Moross Palm Beach, FL, 33480 | Mattress Firm, Inc. | 9901 E. Independence Blvd, Matthews, NC 28105 |

7

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 69. | Scarafoni Associates NC, Inc. c/o Coldwell Banker Commercial SCP 1430 Commonwealth Drive, Suite 102 Wilmington, NC, 28403 | Sleepy's, LLC | 8201 Market Street, Wilmington, NC 28411 |
| 70. | Schererville Main Street, LLC c/o Cloverleaf Group 666 Dundee Rd., Suite 901 Northbrook, IL, 60062-2735 | Mattress Firm, Inc. | 25 US Route 41, Schererville, IN 46375 |
| 71. | SCT Washington Crossing, LLC c/o Foundry Commercial LLC 420 S. Orange Ave, Suite 950 Orlando, FL, 32801 | Mattress Firm, Inc. | 2907 Washington Rd. Bld 4-402, Augusta, GA 30909 |
| 72. | Shawnee Covenant Group, LLC 17000 Red Hill Avenue ATTN: Real Estate Department Irvine, CA, 92614 | Mattress Firm, Inc. | 15830 Shawnee Mission Pkwy, Shawnee, KS 66217 |
| 73. | Shoppes at Rivers Edge LLC 1900 Avenue of the Stars, Suite 2400 Los Angeles, CA, 90067 | Mattress Firm, Inc. | 4335 East 82nd Street, Ste 107, Indianapolis, IN 46250 |
| 74. | Shrewsbury Properties Group LLC 47 Latimore Way ATTN: Louis Hubberman Owings Mills, MD, 21117 | Sleepy's, LLC | 472 Shrewsbury Commons Avenue, Shrewsbury, PA 17361 |
| 75. | Silas Creek Crossing Associates, LLC c/o Zaremba Group, LLC 14600 Detroit Avenue #1500 Lakewood, OH, 44107 | Sleepy's, LLC | 3274 Silas Creek Parkway Suite #33-36, Winston-Salem, NC 27103 |
| 76. | South Broadway Development Co, LLP c/o Crosbie Management Services 2000 S. Colorado Boulevard, Suite 110 Denver, CO, 80222 | Mattress Firm, Inc. | 10398 Reed St. 200, Westminster, CO 80021 |
| 77. | South Ortega Land Trust c/o Sleiman Enterprises 1 Sleiman Parkway, Suite 270 ATTN: Chief Operating Officer Jacksonville, FL, 32216-4977 | Mattress Firm, Inc. | 6337 Roosevelt Blvd, Ste 1, Jacksonville, FL 32244 |
| 78. | Spirit MT Broadview IL, LLC c/o Spirit Realty Capital Inc. 16767 North Perimeter Dr, Suite 210 ATTN: Portfolio Servicing Scottsdale, AZ, 85260 | Mattress Firm, Inc. | 7550 Broadview Village Square, Ste 7600C, Broadview, IL 60155 |

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 79. | STR Fund X, LLC<br>3600 Birch Street, Suite 130<br>ATTN: Lyle Scheppele<br>Newport Beach, CA, 92660 | Mattress Firm, Inc. | 1335 S Alma School Rd,<br>Ste 101,<br>Mesa, AZ 85210 |
| 80. | Surprise Investments, LLC<br>c/o Ryan Companies US, Inc.<br>50 South Tent Street, Suite 300<br>ATTN: Property Management<br>Minneapolis, MN, 55403 | Mattress Firm, Inc. | 2320 E. Lincoln Highway<br>#109,<br>New Lenox, IL 60451 |
| 81. | T Peninsula LMJ VA, LLC<br>16600 Dallas Parkway, Suite 300<br>Dallas, TX, 75248 | Mattress Firm, Inc. | 4400 Kilgore Avenue,<br>#J-105<br>Hampton, VA 23666-2060 |
| 82. | Tay-Ku (CR), LLC<br>c/o Olive Real Estate Management<br>Services, LLC<br>102 N. Cascade Ave, Suite 250<br>Colorado Springs, CO, 80903 | Mattress Firm, Inc. | 1785 E. Cheyenne<br>Mountain Blvd.,<br>Colorado Springs, CO<br>80906 |
| 83. | TCB-Oaks, LLC<br>c/o Newport Capital Holding, LLC<br>350 N. LaSalle, Suite 700<br>ATTN: Shannon Wofford<br>Chicago, IL, 60654 | Mattress Firm, Inc. | 1600 West 16th Street<br>Suite T23,<br>Oak Brook, IL 60523 |
| 84. | Thaler Realty Corp.<br>1 Hollow Lane, Suite 107<br>Lake Success, NY, 11042 | Sleepy's, LLC | 5121 Avenue U,<br>Brooklyn, NY 11234 |
| 85. | The Center at Stone Drive, LLC<br>1550 Highway 126<br>ATTN: KD Moore<br>Bristol, TN, 37620 | Mattress Firm, Inc. | 1704 E Stone Rd, Ste. 102,<br>Kingsport, TN 37660 |
| 86. | The Commons at Willowbrook, Inc.<br>5910 North Central Expressway<br>Attn: Hilary Burch<br>Dallas, TX, 75231-6437 | Mattress Firm, Inc. | 7592 FM1960,<br>Houston, TX 77070 |
| 87. | The Connie Quarre Trust<br>c/o VenturePoint<br>4685 MacArthur Ct Suite 375<br>Newport Beach, CA, 92660 | Mattress Firm, Inc. | 2405 Lincoln Highway,<br>New Lenox, IL 60451 |

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 88. | The Connie Quarre Trust, date July 30, 1986 c/o Venturepoint 4685 MacArthur Ct., Suite 375 Constance C. Moses, as Trustee Newport Beach, CA, 92260 | Mattress Firm, Inc. | 2049 West Grand River Avenue, Okemos, MI 48864 |
| 89. | The Original Georgia Family Company, Inc. 4555 Mansell Road, Suite 120 Alpharetta, GA, 30022 | Mattress Firm, Inc. | 7601 North Point Parkway, #A, Alpharetta, GA 30009 |
| 90. | The TSG GRAT #6, LLC c/o Gladstone Development Corp. 287 Bowman Avenue Purchase, NY, 10577 | Sleepy's, LLC | 1462 Hylan Blvd, Staten Island, NY 10305 |
| 91. | Third Generation, LLC 6035 W. Gross Point Road Niles, IL, 60714 | Mattress Firm, Inc. | 2326 Route 34, Oswego, IL 60543 |
| 92. | TMGN 121, LLC P.O. Box 795743 ATTN: Ron Avneri Dallas, TX, 75379 | Mattress Firm, Inc. | 5733 State Hwy 121 Ste 200, The Colony, TX 75056 |
| 93. | Tom & Paul Lopes 253 Rt. 46 West Saddlebrook, NJ, 07663 | Sleepy's, LLC | 243 US Highway 46 West, Saddle Brook, NJ 07663 |
| 94. | Trojan Development Associates III c/o C&H Development Co 43 Panoramic Way ATTN: Basil Christopoulos Walnut Creek, CA, 94595 | Mattress Firm, Inc. | 10340 North Scottsdale Rd., Scottsdale, AZ 85254 |
| 95. | TS Log Cabon-Macon, LLC 1550 Timothy Road, Suite 203 Athens, GA, 30606 | Mattress Firm, Inc. | 4696 Log Cabin Drive, Ste A, Macon, GA 31204 |
| 96. | TSM Ventures 301 N. Neil Street, #400 Champaign, IL, 61820 | Mattress Firm, Inc. | 1443 S. Mason Rd, Katy, TX 77450 |
| 97. | Venture B.G., LLC 100 Painters Mill Road, Suite 900 ATTN: General Counsel Owings Mills, MD, 21117 | Sleepy's, LLC | 3531 Washington Blvd, Halethorpe, MD 21227 |

| | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 98. | Veraz Fondo UNO, LLC<br>c/o Ciminelli Real Estate Corporation<br>50 Fountain Plaza, Ste 500<br>Buffalo, NY, 14202 | Mattress Firm, Inc. | 5110 Library Road,<br>Bethel Park, PA 15102 |
| 99. | W_PT Prairie Stone VII LLC<br>c/o Pine Tree Commercial Realty, LLC<br>40 Skokie Boulevard, Suite 610<br>ATTN: Property Management<br>Northbrook, IL, 60062 | Mattress Firm, Inc. | 4650 Hoffman Blvd,<br>Hoffman Estates, IL 60192 |