**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 13, 2018 at 4:00 p.m. (ET)** |

**FIRST OMNIBUS NOTICE OF REJECTION OF CERTAIN**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**
**AND ABANDONMENT OF PERSONAL PROPERTY IN CONNECTION THEREWITH**

**THIS NOTICE SEEKS TO REJECT CERTAIN UNEXPIRED LEASES AND SUBLEASES OF NONRESIDENTIAL REAL PROPERTY. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE SCHEDULE OF LEASES ATTACHED HERETO AS ANNEX A TO DETERMINE WHETHER THIS NOTICE AFFECTS THEIR LEASE(S)**

**PLEASE TAKE NOTICE** that, on October 5, 2018, Mattress Firm, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2018, the Court entered an order approving, among other relief, certain procedures for the rejection of the Debtors' unexpired real property leases and the abandonment of the Debtors' personal property located at such leased premises [Docket No. 408] (the "Rejection Procedures Order").[2] An electronic copy of the Rejection Procedures Order can be found at http://dm.epiq11.com/MFLeaseRejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the leases set forth on **Annex A** attached hereto (including any amendments or modifications thereto or subleases thereof, each, a "Specified Lease," and, collectively, the "Specified Leases"), effective with respect to each Specified Lease as of the later of (i) October 31, 2018 and (ii) the date on which the Debtors surrender possession of the store subject to the relevant Specified Lease to the

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Rejection Procedures Order.

01:23802893.1

applicable counterparty to the Specified Lease (each a "Lease Counterparty," and, collectively, the "Lease Counterparties") by notifying the affected Lease Counterparty in writing thereof and (A) have turned over the store keys, key codes, or security codes, if any, to the Lease Counterparty or (B) have notified the affected Lease Counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease Counterparty may re-key the store (each such rejection effective date, the "Rejection Date"); provided, however, that the Debtors shall not withdraw this Rejection Notice with respect to any Specified Lease absent the consent of the applicable Lease Counterparty.

**PLEASE TAKE FURTHER NOTICE** that any personal property located at the premises subject to the Specified Leases, including inventory, furniture, fixtures, equipment or other materials remaining at the premises subject to the Specified Leases as of the Rejection Date (the "Personal Property"), shall be deemed abandoned by the Debtors to the applicable Lease Counterparty.

**PLEASE TAKE FURTHER NOTICE** that, with respect to any Personal Property that is leased to the Debtors by a third party or owned by a third party, the Debtors shall contact such third party with respect to the relevant Personal Property, and the third party will remove or cause to be removed such Personal Property from the leased premises prior to the Rejection Date. For the avoidance of doubt, if any such Personal Property remains on the leased premises after the Rejection Date, the Lease Counterparty may dispose of any and all such Personal Property.

**PLEASE TAKE FURTHER NOTICE** that if the Debtors have deposited funds with a Lease Counterparty as a security for their performance under a Specified Lease or other similar arrangement (each a "Deposit"), to the extent the Lease Counterparty retains all or a portion of the Deposit, such Lease Counterparty shall not be permitted to set off, recoup, apply, or otherwise use such Deposit without the prior authorization of the Court, unless the Debtors and the applicable Lease Counterparty otherwise agree, in consultation with the Backstop Group.

**PLEASE TAKE FURTHER NOTICE** that any party objecting to the Debtors' rejection of a Specified Lease and/or abandonment of Personal Property shall file with the Court and serve a written objection (each an "Objection") so as to be actually received by the following parties no later than **4:00 p.m. prevailing Eastern Time on November 13, 2018** (such deadline, the "Objection Deadline"): (i) the Debtors, Mattress Firm, Inc., 10201 S. Main Street, Houston, Texas 77025, Attn: Kindel Elam; (ii) proposed counsel to the Debtors, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, Attn: Bojan Guzina and Matthew E. Linder; (iii) proposed co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, Attn: Edmon L. Morton and Ashley E. Jacobs; (iv) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Richenderfer; (v) counsel to the DIP Agents and Prepetition ABL Agent, Paul Hastings LLP, MetLife Building, 200 Park Avenue, New York, New York 10166, Attn: Andrew V. Tenzer and Michael E. Comerford, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins and Jason M. Madron, and Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110-1726, Attn: Marc R. Leduc; (vi) counsel to the Prepetition Term Loan Lender, Linklaters LLP, 601

13th Street NW #400, Washington, D.C. 20005, Attn: Amy Edgy, and 1345 6th Avenue, New York, New York 10105, Attn: Christopher Hunker; (vii) co-counsel to the Backstop Group, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn: Adam Goldberg, and Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801, Attn: William Bowden; and (viii) the Notice Parties. Each Objection must state with specificity the legal and factual grounds for the objection to the rejection of the relevant Specified Lease.

**PLEASE TAKE FURTHER NOTICE** that if no Objection is properly filed and served in compliance with the foregoing, the Debtors may submit to the Court after the expiration of the Objection Deadline a proposed order, substantially in the form attached hereto as **Annex B**, approving the rejection of the Specified Leases as of the Rejection Date, and the Court may enter such order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection is timely filed and properly served as specified above and not withdrawn or resolved, the Debtors shall schedule a hearing on such Objection. If the Objection is overruled or withdrawn, then the Specified Lease to which the Objection relates shall be rejected as of (i) the Rejection Date, (ii) such other date to which the Debtors and the applicable Lease Counterparty may agree, or (iii) as otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if a Lease Counterparty wishes to assert a claim arising from the rejection of a Specified Lease, the Lease Counterparty must file with the Debtors' claims and noticing agent a proof of claim, substantially in the form attached hereto as **Annex C**, before the deadline specified in the Notice of Effective Date to be filed by the Debtors with the Court. The Notice of Effective Date will be made available, together with other documents relating to lease rejections, on the website maintained by the Debtors' claims and noticing agent, at http://dm.epiq11.com/MFLeaseRejection. If a Lease Counterparty fails to timely file a proof of claim, the Lease Counterparty shall be forever barred from asserting a claim for damages arising from the rejection of the applicable Specified Lease and from participating in any distributions made in connection with these chapter 11 cases on account of such claim. Proofs of claim and instructions for submission may be also obtained at http://dm.epiq11.com/MFLeaseRejection.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: October 30, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Bojan Guzina<br>Matthew E. Linder<br>Michael Fishel<br>Blair M. Warner<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ashley E. Jacobs (No. 5635)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |

01:23802893.1

4