**Annex A**

**Specified Leases to Be Rejected**

## Schedule 1[1]

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 1. | 156008 | 8612 Realty Co., LLC<br>7500 Fourth Avenue<br>Brooklyn, NY, 11209 | Sleepy's, LLC | 478 86th Street<br>Brooklyn, NY 11230 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 2. | 076005 | ARC MFWMTNC001, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>ATTN: Ruth Cavallucci<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 5130 Market street<br>Wilmington, NC 28405 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 3. | 013039 | ARCP MF Raleigh NC LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>ATTN: Ruth Cavallucci<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 4530 Fayetteville Rd, US 401<br>Raleigh, NC 27603 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 4. | 002113 | ASG Watauga Pavilion, Ltd.<br>c/o Inland Southwest Management, LLC # 5010<br>2901 Butterfield Road<br>Oak Brook, IL, 60523 | Mattress Firm, Inc. | 7600 Denton Highway Suite 144<br>Watauga, TX 76148 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 5. | 009039 | AZ77 LLC<br>c/o The RH Johnson Company<br>4520 Madison Ave, Suite 300<br>ATTN: Lisa Randall<br>Kansas City, MO, 64111 | Mattress Firm, Inc. | 2121 SW Wanamaker Rd<br>Topeka, KS 66614-5214 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 6. | 016027 | B & H Land Trust<br>1 Sleiman Parkway, Suite 230<br>Jacksonville, FL, 32216 | Mattress Firm, Inc. | 13500 Beach Blvd. Suite 33<br>Jacksonville, FL 32246 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 7. | 165020 | BRE DDR Connecticut Commons LLC c/o DDR Corp.<br>3300 Enterprise Parkway<br>ATTN: EVP - Leasing<br>Beachwood, OH, 44122 | Sleepy's, LLC | 290 New Britain Avenue<br>Plainville, CT 06062 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 8. | 001181 | BRE RC Riverpark SC TX LP<br>c/o ShopCore Properties, LP<br>Two Liberty Place, Suite 3325<br>50 South 16th Street<br>ATTN: Legal Department<br>Philadelphia, PA, 19102 | Mattress Firm, Inc. | 19922 Southwest Fwy Unit 52<br>Sugar Land, TX 77479 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 9. | 119210 | Brixmor SPE 5 LLC<br>c/o Brixmor Property Group<br>450 Lexington Avenue, 13th Floor<br>ATTN: Legal Department<br>New York, NY, 10017 | Mattress Firm, Inc. | 501 E Roosevelt Road<br>Lombard, IL 60148 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 10. | 165002 | Canton West, LLC<br>17 South Main Street<br>ATTN: Abraham Kaoud<br>West Hartford, CT, 06107 | Sleepy's, LLC | 81 Albany Turnpike<br>Canton, CT 06019 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 11. | 119229 | CFT Developments, LLC<br>1683 Walnut Grove Avenue<br>ATTN: Legal Department<br>Rosemead, CA, 91770 | Mattress Firm, Inc. | 120 W North Avenue<br>Northlake, IL 60164 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 12. | 119240 | Citibank, N.A.<br>c/o Citi Realty Services<br>710 Riverpoint Court, #0268<br>ATTN: Real Estate Director<br>West Sacramento, CA, 95605 | Mattress Firm, Inc. | 2450 Route 34<br>Oswego, IL 60543 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 13. | 029067 | Cole MF Phoenix AZ, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 4456 E. Thomas Road<br>Phoenix, AZ 85018 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 14. | 060005 | Cole MT Harker Heights TX LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 201 E. Central Texas Expressway, Ste. 700<br>Harker Heights, TX 76548 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 15. | 002120 | Collin Creek Associates, LLC<br>c/o FRP Acquisitions<br>5207 McKinney Avenue, Suite 22<br>Dallas, TX, 75202 | Mattress Firm, Inc. | 1001 N. Central Expressway, Suite 3100B<br>Plano, TX 75075 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 16. | 152025 | Columbia Crossing I, LLC<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>ATTN: Legal Department<br>New Hyde Park, NY, 11042 | Sleepy's, LLC | 6250 Columbia Crossing Drive<br>Columbia, MD 21045 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 17. | 111170 | Crossings 11K, LLC<br>6801 Spring Creek Road<br>Rockford, IL, 61114 | Mattress Firm, Inc. | 1205 W Lane Road<br>Machesney Park, IL 61115 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 18. | 119176 | CSD Addison EK LLC<br>c/o Mid-America Asset Management, Inc.<br>One Parkview Plaza, 9th Floor<br>Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 3545 N Kedzie Avenue<br>Chicago, IL 60618 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 19. | 081012 | D3 Gulf Breeze, LLC<br>3841 Green Hills Village Drive, Suite 400<br>Nashville, TN, 37215 | Mattress Firm, Inc. | 3781 Gulf Breeze Parkway<br>Gulf Breeze, FL 32561 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 20. | 009032 | D3 Overland Park, LLC<br>3841 Green Hills Village Drive, Suite 400<br>ATTN: Mark McDonald<br>Nashville, TN, 37215 | Mattress Firm, Inc. | 6941 West 119th St.<br>Overland Park, KS 66209 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 21. | 065005 | Dash Family 2009<br>5467 Bahia Lane<br>ATTN: David Rottenberg<br>La Jolla, CA, 92037 | Mattress Firm, Inc. | 778 Beal Pkwy<br>Fort Walton Beach, FL 32457 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 22. | 024178 | Davidson Commons 1682, LP<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY, 11042 | Sleepy's, LLC | 610 Jetton Street Suite 110<br>Davidson, NC 28036 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 23. | 024043 | DDR Carolina Pavilion, LP<br>c/o DDR Corp.<br>3300 Enterprise Parkway<br>ATTN: Executive Vice President-Leasing<br>Beachwood, OH, 44122 | Mattress Firm, Inc. | 9519 Ste A South Blvd<br>Charlotte, NC 28273 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 24. | 120195 | DDR Seabrook LLC c/o DDR Corp. 3300 Enterprise Parkway ATTN: Executive Vice President Beachwood, OH, 44122 | Sleepy's, LLC | 700 Lafayette Road Seabrook, NH 03874 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 25. | 029101 | DDRA Community Centers Eight, L.P. c/o DDR Corp. 3300 Enterprise Parkway ATTN: Executive Vice President - Leasing Beachwood, OH, 44122 | Mattress Firm, Inc. | 2805 W Agua Fria Fwy Ste 1 Phoenix, AZ 85027 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 26. | 029076 | Derito Talking Stick North, LLC 9120 E. Talking Stick Way, Suite E1 Scottsdale, AZ, 85250 | Mattress Firm, Inc. | 9180 E Indian Road Scottsdale, AZ 85250 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 27. | 029159 | Derito Talking Stick South, LLC 9120 E. Talking Stick Way, Suite E1 Scottsdale, AZ, 85250 | Mattress Firm, Inc. | 9039 Talking Stick Way Scottsdale, AZ 85250 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 28. | 504029 | Donahue Schriber Realty Group, LP 200 East Baker Street, Suite 100 ATTN: Property Manager – Orchard Walk East Costa Mesa, CA, 92626 | The Sleep Train, Inc. | 3030 N Dinuba Blvd, Ste. 5A Visalia, CA 93291 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 29. | 016008 | EastGroup Properties, LLC 7004 Benjamin Road, Suite 100 Tampa, FL, 33634 | Mattress Firm, Inc. | 11840 Beach Blvd. #5 Jacksonville, FL 32246 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 30. | 119084 | Emmes, LLC c/o Shiner Management Group, Inc. 3201 Old Glenview Road, Suite 301 ATTN: Marcy Shiner Edidin Wilmette, IL, 60091 | Mattress Firm, Inc. | 2581 N. Elston Chicago, IL 60614 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 31. | 119065 | Federal Realty Investment Trust c/o Federal Realty Investment Trust 1626 East Jefferson Street ATTN: Legal Department Rockville, MD, 20852-4041 | Mattress Firm, Inc. | 171 Skokie Valley Rd. Highland Park, IL 60035 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 32. | 119199 | Federal Realty Investment Trust c/o Federal Realty Investment Trust 1626 East Jefferson Street ATTN: Legal Department Rockville, MD, 20852-4041 | Mattress Firm, Inc. | 1532 Butterfield Road Downers Grove, IL 60515 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 33. | 162033 | Federal Realty Investment Trust 1626 East Jefferson Street Rockville, MD, 20852 | Sleepy's, LLC | 3371 US Highway 1 Unit 403 Lawrence Township, NJ 08648 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 34. | 119248 | FR Riverpoint, LLC c/o Federal Realty Investment Trust 1626 East Jefferson Street ATTN: Legal Department Rockville, MD, 20852-4041 | Mattress Firm, Inc. | 2576 N. Clybourn Avenue Chicago, IL 60614 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 35. | 119249 | FW IL-Riverview Plaza, LLC c/o Regency Centers Corporation One Independent Drive, Suite 114 ATTN: Lease Administration Jacksonville, FL, 32202-5019 | Mattress Firm, Inc. | 3344 North Western Avenue Chicago, IL 60618 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 36. | 168045 | Goodman Landmark I, LP c/o Goodman Properties, Inc. 636 Old York Road, 2nd Floor ATTN: Bruce A. Goodman Jenkintown, PA, 19046 | Sleepy's, LLC | 1661 Easton Road Warrington, PA 18976 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 37. | 162043 | Goodmill, LLC c/o Goodman Properties, Inc. 363 Old York Road, 2nd Floor ATTN: Bruce A. Goodman Jenkintown, PA, 19046 | Sleepy's, LLC | 2150 North 2nd Street Millville, NJ 08332 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 38. | 029130 | Hemstreet Development Corp. c/o CBRE 2415 E. Camelback Road Phoenix, AZ, 85016 | Mattress Firm, Inc. | 3125 S Alma School Rd Suite #8 Chandler, AZ 85248 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 39. | 004075 | Hodges Trails at 620, LLC c/o The Weitzman Group 4200 N. Lamar Blvd., Suite 200 Austin, TX, 78756 | Mattress Firm, Inc. | 8300 N. FM 620 Bldg K., Ste. 200 Austin, TX 78726 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 40. | 002056 | IA McKinney Towne Crossing LP<br>c/o InvenTrust Property Management, LLC<br>3025 Highland Parkway, Suite 350<br>ATTN: Property Manager<br>Downers Grove, IL, 60515 | Mattress Firm, Inc. | 8950 State Hwy 121<br>McKinney, TX 75070 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 41. | 119096 | Inland Real Estate LB I, L.L.C.<br>c/o IRC Retail Centers, LLC<br>814 Commerce Drive, Suite 300<br>ATTN: President, Property Management Oak Brook, IL, 60523 | Mattress Firm, Inc. | 7531 Lemont Road, Suite A<br>Darien, IL 60561 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 42. | 002042 | Inland Western Denton Crossing Ltd<br>c/o RPAI Southwest Management LLC<br>2021 Spring Road, Suite 200<br>ATTN: President/Property Management<br>Oak Brook, IL, 60523 | Mattress Firm, Inc. | 1400 S. Loop 288, Ste. 120<br>Denton, TX 76205 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 43. | 005027 | JAG-BCII LLC<br>10010 San Pedro, Suite 650<br>San Antonio, TX, 78216 | Mattress Firm, Inc. | 8403 State Hwy 151, Ste 600<br>San Antonio, TX 78245 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 44. | 024192 | Kimco Tyvola, LP<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY, 11042 | Sleepy's, LLC | 5411 South Blvd<br>Charlotte, NC 28217 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 45. | 004071 | KIR Arboretum Crossing, L.P.<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY, 11042-0020 | Mattress Firm, Inc. | 9333 Research Blvd., Ste., A 100<br>Austin, TX 78759 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 46. | 013033 | KRG New Hill Place I, LLC<br>c/o Kite Realty Group, LP<br>30 South Meridian, Suite 1100<br>Indianapolis, IN, 46204 | Mattress Firm, Inc. | 153 Grand Hill Place, Bldg C. Ste 340<br>Holly Springs, NC 27540 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 47. | 119147 | Lincoln Kimball Plaza c/o National Shopping Plazas, Inc. 200 West Madison Street, Suite 4200 Chicago, IL, 60606 | Mattress Firm, Inc. | 6170 N Lincoln Avenue Chicago, IL 60659 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 48. | 120188 | Linear Retail Nashua #1 LLC c/o Linear Retail Partners LLC Five Burlington Woods Drive ATTN: William J. Beckeman Burlington, MA, 01803 | Sleepy's, LLC | 225 Daniel Webster Nashua, NH 03060 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 49. | 157006 | Linear Retail Westborough #1, LLC c/o Keypoint Partners, LLC 1 Burlington Woods Drive Burlington, MA, 01803 | Sleepy's, LLC | 1 Oak Street Westborough, MA 01581 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 50. | 005054 | Loop 1604 Group 1223 N. Rock Road, Building H-200 ATTN: Sandy Stevens Wichita, KS, 67206 | Mattress Firm, Inc. | 1603 N Loop 1604 W San Antonio, TX 78232 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 51. | 013184 | Malison Trust c/o KIN Properties, Inc. 185 NW Spanish River Boulevard, Suite 100 Boca Raton, FL, 33431 | Sleepy's, LLC | 1978 Skibo Road Fayetteville, NC 28314 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 52. | 002150 | Market East Associates LLC c/o Fidelis Realty Partners, Ltd. 4500 Bissonnet Street, Suite 300 Dallas, TX, 75265 | Mattress Firm, Inc. | 1505 N Town E Blvd Mesquite, TX 75150 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 53. | 001160 | Memorial 14754 Ltd. c/o Orr Commercial 5400 Katy Freeway, Suite 100 ATTN: Robert C. Orr Jr. Houston, TX, 77007 | Mattress Firm, Inc. | 14754 Memorial Drive Houston, TX 77079 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 54. | 029078 | Mesa Shores 00, LLC c/o AFC Property Management, Inc. 12411 Ventura Boulevard Studio City, CA, 91604 | Mattress Firm, Inc. | 2154 E Baseline Rd Mesa, AZ 85204 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 55. | 002090 | Metroplex Plaza LP<br>c/o The Weitzman Group<br>3102 Maple Avenue, Suite 350<br>Dallas, TX, 75201 | Mattress Firm, Inc. | 2409 W. Airport Freeway<br>Irving, TX 75062 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 56. | 081002 | Mobfirm LLC<br>c/o Robbins Properties<br>3100 West End Avenue, Suite 1070<br>Nashville, TN, 37203 | Mattress Firm, Inc. | 3716 Airport Blvd<br>Mobile, AL 36608 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 57. | 059085 | Mt. Pleasant Retail Venture DST<br>c/o IRC Retail Centers, LLC<br>814 Commerce Drive, Suite 300<br>ATTN: Property Manager<br>Oak Brook, IL, 60523 | Mattress Firm, Inc. | 2860 S. Green Bay Rd, Suite 200<br>Mount Pleasant, WI 53406 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 58. | 002036 | NADG/TRC Lakepointe, LP<br>c/o Connected Management Services, LLC<br>2525 McKinnon Street, Suite 700<br>Dallas, TX, 75201 | Mattress Firm, Inc. | 717 Hebron Pkwy, Ste. 100<br>Lewisville, TX 75057 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 59. | 119067 | New Plan of Arlington Heights, LLC<br>c/o Brixmor Property Group<br>450 Lexington Avenue, 13th Floor<br>ATTN: Office of General Counsel, Property<br>New York, NY, 10170 | Mattress Firm, Inc. | 1970 N. Arlington Road<br>Arlington Heights, IL 60004 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 60. | 017170 | Oxford Station High Point, LLC<br>c/o Winning Link Property Resources, Inc.<br>P.O. Box 6332<br>High Point, NC, 27262 | Sleepy's, LLC | 2313 N Main St, Suite 105<br>High Point, NC 27262 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 61. | 152035 | Parkville Shopping Center, LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>ATTN: Lease Administration<br>Jacksonville, FL, 32202 | Sleepy's, LLC | 7645 Harford Road<br>Parkville, MD 21234 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 62. | 114011 | Pedersen Springfield, LLC<br>2226 Tamarron Lane<br>Lafayette, CO, 80026 | Mattress Firm, Inc. | 2191 N. Rock Road<br>Wichita, KS 67206 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 63. | 062028 | Plaza at Williams Center, LLC c/o Larsen Baker, LLC 6298 E. Grant Rd, Suite 100 Tucson, AZ, 85712 | Mattress Firm, Inc. | 5480 E. Broadway Blvd #110 Tucson, AZ 85711 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 64. | 078177 | Point Five Goldsboro, LLC 333 W Washington St., Suite 610 ATTN: Susan Poissant Syracuse, NY, 13202 | Sleepy's, LLC | 501 & 503 N Berkley Blvd Goldsboro, NC 27530 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 65. | 002010 | Preston Shepard Place, LP c/o Weingarten Realty Investors 2600 Citadel Plaza Drive Suite 125 Houston, TX, 77292 | Mattress Firm, Inc. | 1713 Preston Rd, Ste. #B Plano, TX 75093 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 66. | 119223 | Ramco-Gershenson Properties, LP 31500 Northwestern Highway, Suite 300 Farmington Hills, MI, 48334 | Mattress Firm, Inc. | 1212 East Central Road Mount Prospect, IL 60056 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 67. | 119267 | RAR2-Wicker Park Commons LLC c/o Mid-America Asset Management, Inc. One Parkview Plaza, 9th Floor Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 1281 N Milwaukee Avenue Chicago, IL 60622 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 68. | 004070 | RB Tech Ridge LLC c/o RD Management LLC 810 Seventh Avenue, 10th Floor New York, NY, 10019 | Mattress Firm, Inc. | 1100 Center Ridge Dr. Austin, TX 78753 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 69. | 052028 | Realty Income Corporation 220 West Crest Street Escondido, CA, 92025 | Mattress Firm, Inc. | 2239 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 70. | 016047 | Retail Properties, Inc. 10739 Deerwood Park Boulevard, Suite 300 ATTN: Carrie Manley Jacksonville, FL, 32256 | Mattress Firm, Inc. | 1226 Third St South Jacksonville Beach, FL 32250 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 71. | 119266 | Rice Lake Square, LP c/o Mid-America Asset Management, Inc. One Parkview Plaza, 9th Floor Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 3 Rice Lake Square Wheaton, IL 60189 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 72. | 111002 | Rockfirm LLC c/o Robbins Properties 1, LLC 3100 West End Ave, Suite 1070 Nashville, TN, 37203 | Mattress Firm, Inc. | 5946 E. State St. Rockford, IL 61108 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 73. | 119185 | RPAI Chicago Brickyard, LLC c/o RPAI US Management, LLC 2021 Spring Road, Suite 200 ATTN: President/Property Management Oak Brook, IL, 60523 | Mattress Firm, Inc. | 2620 N Narragansett Avenue Suite B1-B3 Chicago, IL 60639 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 74. | 152010 | RPAI US Management, LLC 2021 Spring Road, Suite 200 Oak Brook, IL, 60523 | Sleepy's, LLC | 2645A Housley Road Annapolis, MD 21401 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 75. | 076015 | SC North Myrtle Beach Retail, LP c/o RealtyLink, LLC 550 S. Main Street, Suite 300 ATTN: Legal Department Greenville, SC, 29601 | Mattress Firm, Inc. | 1370 Hwy 17N North Myrtle Beach, SC 29582 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 76. | 152036 | Southside Marketplace Limited Partnership c/o Regency Centers Corporation One Independent Drive, Suite 114 ATTN: Lease Administration Jacksonville, FL, 32202 | Sleepy's, LLC | 869 E Fort Ave Baltimore, MD 21230 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 77. | 161002 | Subrooke LLC c/o Kin Properties, Inc. 185 NW Spanish River Blvd. Boca Raton, FL, 33431 | Sleepy's, LLC | 380 Loucks Road York, PA 17404 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 78. | 117015 | TATE 114 Shopping Center, LTD c/o The Weitzman Group 3102 Maple Avenue, Suite 500 ATTN: Greg Culchin Dallas, TX, 75201 | Mattress Firm, Inc. | 1219 West State Highway 114 Suite 204 Grapevine, TX 76051 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 79. | 002135 | TMGN 121, LLC 15907 Ranchita Drive ATTN: Ron Avneri Dallas, TX, 75248 | Mattress Firm, Inc. | 5701 SH 121, Ste 100 The Colony, TX 75056 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 80. | 029136 | TPP 30 Tolleson LLC c/o Trigate Property Partners LP 750 North St. Paul Street, Suite 900 Dallas, TX, 75201 | Mattress Firm, Inc. | 9897 W McDowell Rd Tolleson, AZ 85353 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 81. | 162049 | TRPF Marlton Square PAD LLC<br>c/o TH Real Estate Americas, Global Real Estate<br>730 Third Avenue<br>ATTN: Todd Rollins, Senior Director<br>New York, NY, 10017 | Sleepy's, LLC | 330 Route 73<br>South Marlton, NJ 08053 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 82. | 029152 | TSM Ventures, Inc.<br>301 N. Neil Street, Suite #400<br>Champaign, IL, 61820 | Mattress Firm, Inc. | 2720 S Market St<br>Gilbert, AZ 85296 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 83. | 002089 | VAA Improvements, LLC<br>c/o DLC Management Corporation<br>190 East Stacy Road, Suite 1508<br>ATTN: Stephanie Walton<br>Allen, TX, 75002 | Mattress Firm, Inc. | 190 E Stacy Road, Bldg 1300 Suite 1324<br>Allen, TX 75002 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 84. | 017180 | Veraz Fondo UNO, LLC<br>c/o Cushman & Wakefield U.S., Inc.<br>721 Emerson Road, Suite 300 St. Louis, MO, 63141 | Sleepy's, LLC | 1231 Mebane Oaks Rd<br>Mebane, NC 27302 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 85. | 112010 | VEREIT MF Appleton WI, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 3626 W College Avenue<br>Appleton, WI 54914 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 86. | 119258 | VEREIT MT Orland Park IL, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 15840 S Harlem Avenue<br>Orland Park, IL 60462 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 87. | 052038 | Weingarten Nostat, Inc.<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX, 77008 | Mattress Firm, Inc. | 9192 Glades Road, Ste. B<br>Boca Raton, FL 33428 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 88. | 029100 | Weingarten Nostat, Inc.<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX, 77008 | Mattress Firm, Inc. | 939 E Broadway<br>Tempe, AZ 85282 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |