# Annex B

# Form of Rejection Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. ___ |

**ORDER (I) AUTHORIZING DEBTORS TO
(A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (B) ABANDON CERTAIN PERSONAL PROPERTY
IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF**

Pursuant to and in accordance with the *Order (I) Approving Procedures for Rejecting Unexpired Leases of Nonresidential Real Property, (II) Authorizing the Debtors to Enter Into Amendments to Certain Unexpired Leases of Nonresidential Real Property, and (III) Granting Related Relief* [Docket No. 408] (the "Rejection Procedures Order")[2] entered in the above-captioned chapter 11 cases of Mattress Firm, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice [Docket No. ___] (the "Rejection Notice") of their intent to reject the unexpired leases specified on **Schedule 1** hereto (the "Specified Leases") in accordance with the terms of the Rejection Procedures Order; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Rejection Procedures Order.

01:23802893.1

Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Specified Leases set forth on **Schedule 1** are hereby rejected as set forth herein, effective with respect to each Specified Lease as of the later of (i) October 31, 2018 and (ii) the date on which the Debtors surrender possession of the store subject to the relevant Specified Lease to the Lease Counterparty by notifying the affected Lease Counterparty in writing thereof and (A) have turned over the store keys, key codes, or security codes, if any, to the Lease Counterparty or (B) have notified the affected Lease Counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease Counterparty may re-key the store (each such rejection effective date, the "Rejection Date"); provided, however, that the Debtors shall not withdraw the Rejection Notice with respect to any Specified Lease absent the consent of the applicable Lease Counterparty.

2. Any and all Personal Property remaining at the leased premises as of the applicable Rejection Date shall be deemed abandoned upon the Rejection Date without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances. Any Lease Counterparty or other designee shall be free to dispose of any such items without notice or liability to any party. The right of any Lease Counterparty to file a claim for the costs of disposal of such Personal Property, if any, is fully reserved, as are the rights of all parties in interest to object to such claim.

3. If a Lease Counterparty wishes to assert a claim arising from the rejection of a Specified Lease, the Lease Counterparty shall file a proof of claim with the Debtors' claims and noticing agent before the deadline specified in the Notice of Effective Date to be filed by the

Debtors with the Court. The Notice of Effective Date will be made available, together with other documents relating to lease rejections, on the website maintained by the Debtors' claims and noticing agent, at http://dm.epiq11.com/MFLeaseRejection. If a Lease Counterparty fails to timely file a proof of claim, the Lease Counterparty shall be forever barred from asserting a claim for damages arising from the rejection of the applicable Specified Lease and from participating in any distributions made in connection with these chapter 11 cases on account of such claim. Proofs of claim and instructions for submission may be obtained at http://dm.epiq11.com/MFLeaseRejection.

4. Nothing contained in this Order is intended to be or shall be construed as (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Rejection Procedures Order or the Rejection Notice; or (e) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law.

5. Notwithstanding entry of this Order, nothing herein shall create, or is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2018
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

01:23802893.1

3

# Schedule 1

## Specified Leases

## Schedule 1[1]

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 1. | 156008 | 8612 Realty Co., LLC<br>7500 Fourth Avenue<br>Brooklyn, NY, 11209 | Sleepy's, LLC | 478 86th Street<br>Brooklyn, NY 11230 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 2. | 076005 | ARC MFWMTNC001, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>ATTN: Ruth Cavallucci<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 5130 Market street<br>Wilmington, NC 28405 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 3. | 013039 | ARCP MF Raleigh NC LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>ATTN: Ruth Cavallucci<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 4530 Fayetteville Rd, US 401<br>Raleigh, NC 27603 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 4. | 002113 | ASG Watauga Pavilion, Ltd.<br>c/o Inland Southwest Management, LLC # 5010<br>2901 Butterfield Road<br>Oak Brook, IL, 60523 | Mattress Firm, Inc. | 7600 Denton Highway Suite 144<br>Watauga, TX 76148 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 5. | 009039 | AZ77 LLC<br>c/o The RH Johnson Company<br>4520 Madison Ave, Suite 300<br>ATTN: Lisa Randall<br>Kansas City, MO, 64111 | Mattress Firm, Inc. | 2121 SW Wanamaker Rd<br>Topeka, KS 66614-5214 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 6. | 016027 | B & H Land Trust<br>1 Sleiman Parkway, Suite 230<br>Jacksonville, FL, 32216 | Mattress Firm, Inc. | 13500 Beach Blvd. Suite 33<br>Jacksonville, FL 32246 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 7. | 165020 | BRE DDR Connecticut Commons LLC c/o DDR Corp.<br>3300 Enterprise Parkway<br>ATTN: EVP - Leasing<br>Beachwood, OH, 44122 | Sleepy's, LLC | 290 New Britain Avenue<br>Plainville, CT 06062 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 8. | 001181 | BRE RC Riverpark SC TX LP<br>c/o ShopCore Properties, LP<br>Two Liberty Place, Suite 3325<br>50 South 16th Street<br>ATTN: Legal Department<br>Philadelphia, PA, 19102 | Mattress Firm, Inc. | 19922 Southwest Fwy Unit 52<br>Sugar Land, TX 77479 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 9. | 119210 | Brixmor SPE 5 LLC<br>c/o Brixmor Property Group<br>450 Lexington Avenue, 13th Floor<br>ATTN: Legal Department<br>New York, NY, 10017 | Mattress Firm, Inc. | 501 E Roosevelt Road<br>Lombard, IL 60148 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 10. | 165002 | Canton West, LLC<br>17 South Main Street<br>ATTN: Abraham Kaoud<br>West Hartford, CT, 06107 | Sleepy's, LLC | 81 Albany Turnpike<br>Canton, CT 06019 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 11. | 119229 | CFT Developments, LLC<br>1683 Walnut Grove Avenue<br>ATTN: Legal Department<br>Rosemead, CA, 91770 | Mattress Firm, Inc. | 120 W North Avenue<br>Northlake, IL 60164 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 12. | 119240 | Citibank, N.A.<br>c/o Citi Realty Services<br>710 Riverpoint Court, #0268<br>ATTN: Real Estate Director<br>West Sacramento, CA, 95605 | Mattress Firm, Inc. | 2450 Route 34<br>Oswego, IL 60543 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 13. | 029067 | Cole MF Phoenix AZ, LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 4456 E. Thomas Road<br>Phoenix, AZ 85018 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 14. | 060005 | Cole MT Harker Heights TX LLC<br>c/o VEREIT, Inc.<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 201 E. Central Texas Expressway, Ste. 700<br>Harker Heights, TX 76548 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 15. | 002120 | Collin Creek Associates, LLC<br>c/o FRP Acquisitions<br>5207 McKinney Avenue, Suite 22<br>Dallas, TX, 75202 | Mattress Firm, Inc. | 1001 N. Central Expressway, Suite 3100B<br>Plano, TX 75075 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 16. | 152025 | Columbia Crossing I, LLC<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>ATTN: Legal Department<br>New Hyde Park, NY, 11042 | Sleepy's, LLC | 6250 Columbia Crossing Drive<br>Columbia, MD 21045 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 17. | 111170 | Crossings 11K, LLC<br>6801 Spring Creek Road<br>Rockford, IL, 61114 | Mattress Firm, Inc. | 1205 W Lane Road<br>Machesney Park, IL 61115 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 18. | 119176 | CSD Addison EK LLC<br>c/o Mid-America Asset Management, Inc.<br>One Parkview Plaza, 9th Floor<br>Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 3545 N Kedzie Avenue<br>Chicago, IL 60618 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 19. | 081012 | D3 Gulf Breeze, LLC<br>3841 Green Hills Village Drive, Suite 400<br>Nashville, TN, 37215 | Mattress Firm, Inc. | 3781 Gulf Breeze Parkway<br>Gulf Breeze, FL 32561 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 20. | 009032 | D3 Overland Park, LLC<br>3841 Green Hills Village Drive, Suite 400<br>ATTN: Mark McDonald<br>Nashville, TN, 37215 | Mattress Firm, Inc. | 6941 West 119th St.<br>Overland Park, KS 66209 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 21. | 065005 | Dash Family 2009<br>5467 Bahia Lane<br>ATTN: David Rottenberg<br>La Jolla, CA, 92037 | Mattress Firm, Inc. | 778 Beal Pkwy<br>Fort Walton Beach, FL 32457 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 22. | 024178 | Davidson Commons 1682, LP<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY, 11042 | Sleepy's, LLC | 610 Jetton Street Suite 110<br>Davidson, NC 28036 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 23. | 024043 | DDR Carolina Pavilion, LP<br>c/o DDR Corp.<br>3300 Enterprise Parkway<br>ATTN: Executive Vice President-Leasing<br>Beachwood, OH, 44122 | Mattress Firm, Inc. | 9519 Ste A South Blvd<br>Charlotte, NC 28273 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 24. | 120195 | DDR Seabrook LLC c/o DDR Corp. 3300 Enterprise Parkway ATTN: Executive Vice President Beachwood, OH, 44122 | Sleepy's, LLC | 700 Lafayette Road Seabrook, NH 03874 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 25. | 029101 | DDRA Community Centers Eight, L.P. c/o DDR Corp. 3300 Enterprise Parkway ATTN: Executive Vice President - Leasing Beachwood, OH, 44122 | Mattress Firm, Inc. | 2805 W Agua Fria Fwy Ste 1 Phoenix, AZ 85027 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 26. | 029076 | Derito Talking Stick North, LLC 9120 E. Talking Stick Way, Suite E1 Scottsdale, AZ, 85250 | Mattress Firm, Inc. | 9180 E Indian Road Scottsdale, AZ 85250 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 27. | 029159 | Derito Talking Stick South, LLC 9120 E. Talking Stick Way, Suite E1 Scottsdale, AZ, 85250 | Mattress Firm, Inc. | 9039 Talking Stick Way Scottsdale, AZ 85250 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 28. | 504029 | Donahue Schriber Realty Group, LP 200 East Baker Street, Suite 100 ATTN: Property Manager – Orchard Walk East Costa Mesa, CA, 92626 | The Sleep Train, Inc. | 3030 N Dinuba Blvd, Ste. 5A Visalia, CA 93291 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 29. | 016008 | EastGroup Properties, LLC 7004 Benjamin Road, Suite 100 Tampa, FL, 33634 | Mattress Firm, Inc. | 11840 Beach Blvd. #5 Jacksonville, FL 32246 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 30. | 119084 | Emmes, LLC c/o Shiner Management Group, Inc. 3201 Old Glenview Road, Suite 301 ATTN: Marcy Shiner Edidin Wilmette, IL, 60091 | Mattress Firm, Inc. | 2581 N. Elston Chicago, IL 60614 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 31. | 119065 | Federal Realty Investment Trust c/o Federal Realty Investment Trust 1626 East Jefferson Street ATTN: Legal Department Rockville, MD, 20852-4041 | Mattress Firm, Inc. | 171 Skokie Valley Rd. Highland Park, IL 60035 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 32. | 119199 | Federal Realty Investment Trust<br>c/o Federal Realty Investment Trust<br>1626 East Jefferson Street<br>ATTN: Legal Department<br>Rockville, MD, 20852-4041 | Mattress Firm, Inc. | 1532 Butterfield Road<br>Downers Grove, IL 60515 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 33. | 162033 | Federal Realty Investment Trust<br>1626 East Jefferson Street<br>Rockville, MD, 20852 | Sleepy's, LLC | 3371 US Highway 1 Unit 403<br>Lawrence Township, NJ 08648 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 34. | 119248 | FR Riverpoint, LLC<br>c/o Federal Realty Investment Trust<br>1626 East Jefferson Street<br>ATTN: Legal Department<br>Rockville, MD, 20852-4041 | Mattress Firm, Inc. | 2576 N. Clybourn Avenue Chicago, IL 60614 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 35. | 119249 | FW IL-Riverview Plaza, LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>ATTN: Lease Administration<br>Jacksonville, FL, 32202-5019 | Mattress Firm, Inc. | 3344 North Western Avenue<br>Chicago, IL 60618 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 36. | 168045 | Goodman Landmark I, LP<br>c/o Goodman Properties, Inc.<br>636 Old York Road, 2nd Floor<br>ATTN: Bruce A. Goodman<br>Jenkintown, PA, 19046 | Sleepy's, LLC | 1661 Easton Road<br>Warrington, PA 18976 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 37. | 162043 | Goodmill, LLC<br>c/o Goodman Properties, Inc.<br>363 Old York Road, 2nd Floor<br>ATTN: Bruce A. Goodman<br>Jenkintown, PA, 19046 | Sleepy's, LLC | 2150 North 2nd Street<br>Millville, NJ 08332 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 38. | 029130 | Hemstreet Development Corp.<br>c/o CBRE 2415 E. Camelback Road<br>Phoenix, AZ, 85016 | Mattress Firm, Inc. | 3125 S Alma School Rd Suite #8<br>Chandler, AZ 85248 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 39. | 004075 | Hodges Trails at 620, LLC<br>c/o The Weitzman Group<br>4200 N. Lamar Blvd., Suite 200<br>Austin, TX, 78756 | Mattress Firm, Inc. | 8300 N. FM 620 Bldg K., Ste. 200<br>Austin, TX 78726 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 40. | 002056 | IA McKinney Towne Crossing LP<br>c/o InvenTrust Property Management, LLC<br>3025 Highland Parkway, Suite 350<br>ATTN: Property Manager<br>Downers Grove, IL, 60515 | Mattress Firm, Inc. | 8950 State Hwy 121<br>McKinney, TX 75070 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 41. | 119096 | Inland Real Estate LB I, L.L.C.<br>c/o IRC Retail Centers, LLC<br>814 Commerce Drive, Suite 300<br>ATTN: President, Property Management Oak Brook, IL, 60523 | Mattress Firm, Inc. | 7531 Lemont Road, Suite A<br>Darien, IL 60561 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 42. | 002042 | Inland Western Denton Crossing Ltd<br>c/o RPAI Southwest Management LLC<br>2021 Spring Road, Suite 200<br>ATTN: President/Property Management<br>Oak Brook, IL, 60523 | Mattress Firm, Inc. | 1400 S. Loop 288, Ste. 120<br>Denton, TX 76205 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 43. | 005027 | JAG-BCII LLC<br>10010 San Pedro, Suite 650<br>San Antonio, TX, 78216 | Mattress Firm, Inc. | 8403 State Hwy 151, Ste 600<br>San Antonio, TX 78245 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 44. | 024192 | Kimco Tyvola, LP<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY, 11042 | Sleepy's, LLC | 5411 South Blvd<br>Charlotte, NC 28217 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 45. | 004071 | KIR Arboretum Crossing, L.P.<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY, 11042-0020 | Mattress Firm, Inc. | 9333 Research Blvd., Ste., A 100<br>Austin, TX 78759 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 46. | 013033 | KRG New Hill Place I, LLC<br>c/o Kite Realty Group, LP<br>30 South Meridian, Suite 1100<br>Indianapolis, IN, 46204 | Mattress Firm, Inc. | 153 Grand Hill Place, Bldg C. Ste 340<br>Holly Springs, NC 27540 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 47. | 119147 | Lincoln Kimball Plaza c/o National Shopping Plazas, Inc. 200 West Madison Street, Suite 4200 Chicago, IL, 60606 | Mattress Firm, Inc. | 6170 N Lincoln Avenue Chicago, IL 60659 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 48. | 120188 | Linear Retail Nashua #1 LLC c/o Linear Retail Partners LLC Five Burlington Woods Drive ATTN: William J. Beckeman Burlington, MA, 01803 | Sleepy's, LLC | 225 Daniel Webster Nashua, NH 03060 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 49. | 157006 | Linear Retail Westborough #1, LLC c/o Keypoint Partners, LLC 1 Burlington Woods Drive Burlington, MA, 01803 | Sleepy's, LLC | 1 Oak Street Westborough, MA 01581 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 50. | 005054 | Loop 1604 Group 1223 N. Rock Road, Building H-200 ATTN: Sandy Stevens Wichita, KS, 67206 | Mattress Firm, Inc. | 1603 N Loop 1604 W San Antonio, TX 78232 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 51. | 013184 | Malison Trust c/o KIN Properties, Inc. 185 NW Spanish River Boulevard, Suite 100 Boca Raton, FL, 33431 | Sleepy's, LLC | 1978 Skibo Road Fayetteville, NC 28314 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 52. | 002150 | Market East Associates LLC c/o Fidelis Realty Partners, Ltd. 4500 Bissonnet Street, Suite 300 Dallas, TX, 75265 | Mattress Firm, Inc. | 1505 N Town E Blvd Mesquite, TX 75150 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 53. | 001160 | Memorial 14754 Ltd. c/o Orr Commercial 5400 Katy Freeway, Suite 100 ATTN: Robert C. Orr Jr. Houston, TX, 77007 | Mattress Firm, Inc. | 14754 Memorial Drive Houston, TX 77079 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 54. | 029078 | Mesa Shores 00, LLC c/o AFC Property Management, Inc. 12411 Ventura Boulevard Studio City, CA, 91604 | Mattress Firm, Inc. | 2154 E Baseline Rd Mesa, AZ 85204 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 55. | 002090 | Metroplex Plaza LP<br>c/o The Weitzman Group<br>3102 Maple Avenue, Suite 350<br>Dallas, TX, 75201 | Mattress Firm, Inc. | 2409 W. Airport Freeway<br>Irving, TX 75062 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 56. | 081002 | Mobfirm LLC<br>c/o Robbins Properties<br>3100 West End Avenue, Suite 1070<br>Nashville, TN, 37203 | Mattress Firm, Inc. | 3716 Airport Blvd<br>Mobile, AL 36608 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 57. | 059085 | Mt. Pleasant Retail Venture DST<br>c/o IRC Retail Centers, LLC<br>814 Commerce Drive, Suite 300<br>ATTN: Property Manager<br>Oak Brook, IL, 60523 | Mattress Firm, Inc. | 2860 S. Green Bay Rd, Suite 200<br>Mount Pleasant, WI 53406 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 58. | 002036 | NADG/TRC Lakepointe, LP<br>c/o Connected Management Services, LLC<br>2525 McKinnon Street, Suite 700<br>Dallas, TX, 75201 | Mattress Firm, Inc. | 717 Hebron Pkwy, Ste. 100<br>Lewisville, TX 75057 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 59. | 119067 | New Plan of Arlington Heights, LLC<br>c/o Brixmor Property Group<br>450 Lexington Avenue, 13th Floor<br>ATTN: Office of General Counsel, Property<br>New York, NY, 10170 | Mattress Firm, Inc. | 1970 N. Arlington Road<br>Arlington Heights, IL 60004 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 60. | 017170 | Oxford Station High Point, LLC<br>c/o Winning Link Property Resources, Inc.<br>P.O. Box 6332<br>High Point, NC, 27262 | Sleepy's, LLC | 2313 N Main St, Suite 105<br>High Point, NC 27262 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 61. | 152035 | Parkville Shopping Center, LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>ATTN: Lease Administration<br>Jacksonville, FL, 32202 | Sleepy's, LLC | 7645 Harford Road<br>Parkville, MD 21234 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 62. | 114011 | Pedersen Springfield, LLC<br>2226 Tamarron Lane<br>Lafayette, CO, 80026 | Mattress Firm, Inc. | 2191 N. Rock Road<br>Wichita, KS 67206 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | STORE NUMBER | LEASE COUNTERPARTY AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PROPERTY |
|---|---|---|---|---|---|
| 63. | 062028 | Plaza at Williams Center, LLC c/o Larsen Baker, LLC 6298 E. Grant Rd, Suite 100 Tucson, AZ, 85712 | Mattress Firm, Inc. | 5480 E. Broadway Blvd #110 Tucson, AZ 85711 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 64. | 078177 | Point Five Goldsboro, LLC 333 W Washington St., Suite 610 ATTN: Susan Poissant Syracuse, NY, 13202 | Sleepy's, LLC | 501 & 503 N Berkley Blvd Goldsboro, NC 27530 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 65. | 002010 | Preston Shepard Place, LP c/o Weingarten Realty Investors 2600 Citadel Plaza Drive Suite 125 Houston, TX, 77292 | Mattress Firm, Inc. | 1713 Preston Rd, Ste. #B Plano, TX 75093 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 66. | 119223 | Ramco-Gershenson Properties, LP 31500 Northwestern Highway, Suite 300 Farmington Hills, MI, 48334 | Mattress Firm, Inc. | 1212 East Central Road Mount Prospect, IL 60056 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 67. | 119267 | RAR2-Wicker Park Commons LLC c/o Mid-America Asset Management, Inc. One Parkview Plaza, 9th Floor Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 1281 N Milwaukee Avenue Chicago, IL 60622 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 68. | 004070 | RB Tech Ridge LLC c/o RD Management LLC 810 Seventh Avenue, 10th Floor New York, NY, 10019 | Mattress Firm, Inc. | 1100 Center Ridge Dr. Austin, TX 78753 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 69. | 052028 | Realty Income Corporation 220 West Crest Street Escondido, CA, 92025 | Mattress Firm, Inc. | 2239 Palm Beach Lakes Blvd West Palm Beach, FL 33409 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 70. | 016047 | Retail Properties, Inc. 10739 Deerwood Park Boulevard, Suite 300 ATTN: Carrie Manley Jacksonville, FL, 32256 | Mattress Firm, Inc. | 1226 Third St South Jacksonville Beach, FL 32250 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 71. | 119266 | Rice Lake Square, LP c/o Mid-America Asset Management, Inc. One Parkview Plaza, 9th Floor Oakbrook Terrace, IL, 60181 | Mattress Firm, Inc. | 3 Rice Lake Square Wheaton, IL 60189 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 72. | 111002 | Rockfirm LLC c/o Robbins Properties 1, LLC<br>3100 West End Ave, Suite 1070<br>Nashville, TN, 37203 | Mattress Firm, Inc. | 5946 E. State St.<br>Rockford, IL 61108 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 73. | 119185 | RPAI Chicago Brickyard, LLC<br>c/o RPAI US Management, LLC<br>2021 Spring Road, Suite 200<br>ATTN: President/Property Management<br>Oak Brook, IL, 60523 | Mattress Firm, Inc. | 2620 N Narragansett Avenue<br>Suite B1-B3<br>Chicago, IL 60639 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 74. | 152010 | RPAI US Management, LLC<br>2021 Spring Road, Suite 200<br>Oak Brook, IL, 60523 | Sleepy's, LLC | 2645A Housley Road<br>Annapolis, MD 21401 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 75. | 076015 | SC North Myrtle Beach Retail, LP<br>c/o RealtyLink, LLC<br>550 S. Main Street, Suite 300<br>ATTN: Legal Department<br>Greenville, SC, 29601 | Mattress Firm, Inc. | 1370 Hwy 17N<br>North Myrtle Beach, SC 29582 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 76. | 152036 | Southside Marketplace Limited Partnership<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>ATTN: Lease Administration<br>Jacksonville, FL, 32202 | Sleepy's, LLC | 869 E Fort Ave<br>Baltimore, MD 21230 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 77. | 161002 | Subrooke LLC c/o Kin Properties, Inc. 185 NW Spanish River Blvd.<br>Boca Raton, FL, 33431 | Sleepy's, LLC | 380 Loucks Road<br>York, PA 17404 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 78. | 117015 | TATE 114 Shopping Center, LTD<br>c/o The Weitzman Group<br>3102 Maple Avenue, Suite 500<br>ATTN: Greg Culchin<br>Dallas, TX, 75201 | Mattress Firm, Inc. | 1219 West State Highway 114 Suite 204<br>Grapevine, TX 76051 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 79. | 002135 | TMGN 121, LLC<br>15907 Ranchita Drive<br>ATTN: Ron Avneri<br>Dallas, TX, 75248 | Mattress Firm, Inc. | 5701 SH 121, Ste 100<br>The Colony, TX 75056 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 80. | 029136 | TPP 30 Tolleson LLC<br>c/o Trigate Property Partners LP<br>750 North St. Paul Street, Suite 900<br>Dallas, TX, 75201 | Mattress Firm, Inc. | 9897 W McDowell Rd<br>Tolleson, AZ 85353 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |

| | **STORE NUMBER** | **LEASE COUNTERPARTY AND ADDRESS** | **DEBTOR** | **PROPERTY ADDRESS** | **ABANDONED PROPERTY** |
|---|---|---|---|---|---|
| 81. | 162049 | TRPF Marlton Square PAD LLC c/o TH Real Estate Americas, Global Real Estate 730 Third Avenue ATTN: Todd Rollins, Senior Director New York, NY, 10017 | Sleepy's, LLC | 330 Route 73 South Marlton, NJ 08053 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 82. | 029152 | TSM Ventures, Inc. 301 N. Neil Street, Suite #400 Champaign, IL, 61820 | Mattress Firm, Inc. | 2720 S Market St Gilbert, AZ 85296 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 83. | 002089 | VAA Improvements, LLC c/o DLC Management Corporation 190 East Stacy Road, Suite 1508 ATTN: Stephanie Walton Allen, TX, 75002 | Mattress Firm, Inc. | 190 E Stacy Road, Bldg 1300 Suite 1324 Allen, TX 75002 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 84. | 017180 | Veraz Fondo UNO, LLC c/o Cushman & Wakefield U.S., Inc. 721 Emerson Road, Suite 300 St. Louis, MO, 63141 | Sleepy's, LLC | 1231 Mebane Oaks Rd Mebane, NC 27302 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 85. | 112010 | VEREIT MF Appleton WI, LLC c/o VEREIT, Inc. 2325 East Camelback Road, Suite 1100 Phoenix, AZ, 85016 | Mattress Firm, Inc. | 3626 W College Avenue Appleton, WI 54914 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 86. | 119258 | VEREIT MT Orland Park IL, LLC c/o VEREIT, Inc. 2325 East Camelback Road, Suite 1100 Phoenix, AZ, 85016 | Mattress Firm, Inc. | 15840 S Harlem Avenue Orland Park, IL 60462 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 87. | 052038 | Weingarten Nostat, Inc. 2600 Citadel Plaza Drive, Suite 125 Houston, TX, 77008 | Mattress Firm, Inc. | 9192 Glades Road, Ste. B Boca Raton, FL 33428 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |
| 88. | 029100 | Weingarten Nostat, Inc. 2600 Citadel Plaza Drive, Suite 125 Houston, TX, 77008 | Mattress Firm, Inc. | 939 E Broadway Tempe, AZ 85282 | TBD – may include Personal Property such as display racks, frames, desk chairs and/or bed frames |