IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
                               :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 18-12241 (CSS) |
| MATTRESS FIRM, INC., | | |
| *et al.*, | : | (Jointly Administered) |
| | | |
| Debtors. | : | Objection Deadline: |
| | | November 2, 2018 |

---------------------------------------x

### OBJECTION OF DC USA OPERATING CO., LLC TO DEBTORS' NOTICE OF CURE AMOUNTS RELATING TO UNEXPIRED LEASES THE DEBTORS MAY SEEK TO ASSUME

DC USA Operating Co., LLC ("Landlord" or "DC USA"), by and through its undersigned counsel, Law Offices of Lisa M. Solomon, as and for its objection to the cure amount of the above-captioned debtors, respectfully states as follows:

1. On or about October 5, 2018 (the "Petition Date"), each of the above-referenced debtors (collectively, the "Debtors," each a "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Code") with this Court.

2. Upon information and belief, the Debtors are operating their business and managing their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Code.

3. DC USA is a landlord of Sleepy's, LLC, one of the Debtors herein. The Debtor operates an approximate 2,800 square foot store (the "Premises") at the Landlord's shopping center commonly known as DC USA (the "Center") in Washington, D.C located at 3100 14th Street NW, Washington, DC, pursuant to an unexpired lease of nonresidential real property dated December 31, 2005, as amended by that certain Letter of Amendment dated November 26, 2008

and that certain Second Amendment of Lease dated December 26, 2014 (collectively, the "Lease").

4.  Landlord is in receipt of the Cure Notice, which indicates that the Lease may be assumed.

5.  By order of the Court, the Landlord's deadline is November 2, 2018 for filing an objection to the Debtor's proposed cure amount if the Lease is among those to be assumed. The Landlord, however, is unaware of any filed notice disclosing the assumption status of the Lease. Out of an excess of caution, the Landlord is filing this objection to preserve its rights in the event the Landlord's store is now, or is subsequently made, subject to assumption and cure.

6.  The Premises are located within a "shopping center" as that term is used in §365(b)(3) of the Code. *See In re Joshua Slocum, Ltd.* 922 F.2d 1081, 1086-87 (3d Cir. 1990).

7.  Under § 365(b) (1) of the Code, as a condition to lease assumption, the Debtor must cure all outstanding defaults and compensate the Landlord for any actual pecuniary loss, including the payment of related attorneys' fees. 11 U.S.C. §365(b)(1)(B).

8.  The Landlord disputes the Debtor's proposed $16,959.87 cure amount. October's rental is $16,169.30 plus water and sewer charges of $136.63. In addition, pre-petition compactor and water and sewer charge remain unpaid of $1,226.68, for an aggregate cure amount of $17,532.61, as set forth on Exhibit "A" annexed hereto. DC USA reserves the right to supplement attorneys' fees due at the time the cure amount and/or assignment of the Lease is resolved. Any order that is entered establishing a cure amount with respect to the Lease must require the cure as aforesaid in this paragraph be paid in full upon any assumption of the Lease, unless otherwise agreed to in writing by DC USA.

10. Any order that is entered establishing a cure amount with respect to the Lease must require compliance with *all* obligations under the Lease in accordance with §365(d)(3) of the

Code, including without limitation, that the assignee is subject to all of the terms and conditions of the Lease, including those relating to use, exclusivity, rental obligations, tenant mix and balance and indemnification.

11. Any order that is entered establishing a cure amount with respect to the Lease must require the cure of any additional defaults that may occur or may have occurred through the effective date of any assumption by the Debtor under §365(b)(1) of the Code.

12. Landlord specifically reserves its rights to object to any other relief sought by the Debtor in connection with the assumption of the Lease, including, without limitation, any proposed adequate assurance of future performance.

**WHEREFORE**, DC USA requests that the correct amount of the cure for the Lease be established as $17,532.61, except as otherwise agreed to by DC USA in writing after the date hereof, and the Court grant such other relief consistent with the relief requested herein.

Dated: New York, New York
November 1, 2018

**LAW OFFICES OF LISA M. SOLOMON**
Counsel for DC USA Operating Co., LLC


By: /s/ Lisa M. Solomon
    Lisa M. Solomon (LS-0086)
305 Madison Avenue, Suite 4700
New York, New York 10165
(212) 471-0067

# EXHIBIT A

3:30 PM
10/31/18

# DC USA Operating Co., LLC
## Open Invoices
### As of October 31, 2018

| Type | Date | Num | Split | Aging | Open Balance |
|---|---|---|---|---|---|
| **Mattress Discounters Corporation** | | | | | |
| Invoice | 09/07/2017 | 302 | Compactor Charges | 419 | 152.06 |
| Invoice | 09/07/2017 | 303 | Water & Sewer | 419 | 284.05 |
| Invoice | 08/09/2018 | 336 | Compactor Charges | 83 | 170.22 |
| Invoice | 09/03/2018 | 338 | Compactor Charges | 58 | 170.76 |
| Invoice | 09/03/2018 | 339 | -SPLIT- *Domestic Water Charges* | 58 | 449.59 |
| Invoice | 10/01/2018 | 340 | -SPLIT- | 30 | 16,169.30 |
| Invoice | 10/03/2018 | 341 | Water & Sewer | 28 | 136.63 |
| **Total Mattress Discounters Corporation** | | | | | 17,532.61 |
| **TOTAL** | | | | | 17,532.61 |

**DC USA Operating Co., LLC**  | **Invoice**

c/o Grid Properties Inc.
2309 Frederick Douglass Boulevard
New York, NY 10027

| Date | Invoice # |
|---|---|
|  |  |

**Bill To:**

Mattress Firm, Inc. - MRFM #179089
10201 S. Main Street
Houston, TX 77025
Attn: Lease Administration Dept.

**Location:**

| Description | Amount Due |
|---|---|
| October 2018 Rent | 12,626.70 |
| October 2018 Common Area Maintenance (CAM) | 1,083.08 |
| October 2018 Condenser Water Charges | 377.00 |
| October 2018 Estimated Tenant's Tax Percentage of Real Estate Taxes | 2,082.52 |
| Please make checks payable to DC USA Operating Co., LLC. | **Total Due** $16,169.30 |

## CERTIFICATE OF SERVICE

Lisa M. Solomon hereby certifies that on the 1st day of November, 2018, a copy of the foregoing *Objection* was sent in the manner indicated below upon the following:

Mattress Firm, Inc.
Attn: Kindel Elam
10201 S. Main Street
Houston, Texas 77025
*Debtors*
(Via Overnight Mail)

Sidley Austin LLP
Attn: Bojan Guzina and Matthew E. Linder
One South Dearborn
Chicago, Illinois 60603
*Counsel for Debtors*
(Via Facsimile
312-853-70360)

Young Conaway Stargatt & Taylor LLP
Attn: Edmon L. Morton and Ashley E. Jacobs
1000 North King Street
Wilmington, Delaware 19801
*Co-Counsel for Debtors*
(Via Facsimile
302-576-3283)

U.S. Trustee
Attn: Linda Richenderfer
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
(Via Facsimile
302-573-6491)

Paul Hastings LLP
Attn: Andrew V. Tenzer and
Michael E. Comerford
MetLife Building
200 Park Avenue
New York, NY 10166
*Counsel to the DIP Agents and Prepetition ABL Agent*
(Via Facsimile
212-230-7699)

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Attn: Mark D. Collins and Jason M. Madron
*Counsel to the DIP Agents and Prepetition ABL Agent*
(Via Facsimile – 302-651-7701)

Linklaters, LLP
Attn: Christopher Hunker
1345 6th Avenue
New York, NY 10105
*Counsel to the Prepetition Term Loan Lender*
(Via Facsimile – 903-9100)

Latham & Watkins, LLP
Attn: Adam Goldberg
885 Third Avenue
New York, NY 10022
*Co-Counsel to the Exit Term Loan Financing Backstop Group*
(Via Facsimile – 212-751-4864)

Ashbe & Geddes
Attn: William Bowden
500 Delaware Ave. 8th Fl.
Wilimington, Delaware 19801
Co-Counsel to the Exit Term Loan Financing Backstop Group
(Via Facsimile – 302-654-2067)