# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELWARE

FILED
2018 NOV -5 AM 9:42

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MATTRESS FIRM, INC., *et. al.*, | CASE NO. 18-12241 (CSS) |
| Debtors. | (Jointly Administered)  Related DI #333 |

## OBJECTION TO NOTICE TO CURE AMOUNTS RELATING TO UNEXPIRED LEASES THAT THE DEBTORS MAY ASSUME PURSUANT TO THE PLAN

COMES NOW Canton Place Retail II, LLC ("Landlord"), a creditor in the above-styled Chapter 11 Bankruptcy Case and hereby objects to Debtors' *Notice to Cure Amounts Relating to Unexpired Leases that the Debtors May Assume Pursuant to the Plan* ("Notice to Cure"). The Cure Amount[1] is incorrect and should be $27,545.94 per Exhibit A, attached hereto and made a part hereof. Landlord reserves any further and additional objections to the assignment or assumption of the Lease, or any treatment of this Lease.

Respectfully submitted this 31st day of October, 2018.

CANTON PLACE RETAIL II, LLC

Robert Crim, Jr., Manager
210 Sandy Springs Place
Atlanta, GA 30328
(404) 256-2960
ccrim@crimandassociates.com

---

[1] Unless otherwise specified, all capitalized terms used herein shall have the definitions ascribed to them in the Notice to Cure.

10/31/2018 11:34 AM

# Tenant Ledger

Property : 025cpr-2
Tenant : 025mfirm
Date : 10/12/2018

| Date | Post Month | Tran# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 5/1/2016 | 05-2016 | C-55574 | Rent - Rent (05/2016) | 11,333.33 | 0.00 | 0.00 |
| 5/27/2016 | 05-2016 | C-55959 | pyrcam - 2015 Cam Reconciliation | 10,769.16 | 0.00 | 10,769.16 |
| 5/27/2016 | 05-2016 | C-55960 | estcam - 2016 Est Cam Rec | 1,923.40 | 0.00 | 12,692.56 |
| 5/27/2016 | 05-2016 | C-55961 | estptax - 2016 Est Ptax Rec | 2,825.20 | 0.00 | 15,517.76 |
| 5/27/2016 | 05-2016 | C-55962 | estinsur - 2016 Est Ins Rec | -82.95 | 0.00 | 15,434.81 |
| 6/1/2016 | 06-2016 | R-18403 | Chk# 396624 - 25 - JUNE012016 RENT PYMT | 0.00 | 12,833.33 | 2,601.48 |
| 6/1/2016 | 06-2016 | C-55979 | Rent - Rent (06/2016) | 11,333.33 | 0.00 | 13,934.81 |
| 6/1/2016 | 06-2016 | C-55980 | estcam - Estimated Cam Charge (06/2016) | 1,051.68 | 0.00 | 14,986.49 |
| 6/1/2016 | 06-2016 | C-55981 | estinsur - Estimated Insurance (06/2016) | 83.41 | 0.00 | 15,069.90 |
| 6/1/2016 | 06-2016 | C-55982 | estptax - Estimated Property Tax (06/2016) | 1,298.04 | 0.00 | 16,367.94 |
| 7/1/2016 | 07-2016 | C-56379 | Rent - Rent (07/2016) | 11,333.33 | 0.00 | 27,701.27 |
| 7/1/2016 | 07-2016 | C-56380 | estcam - Estimated Cam Charge (07/2016) | 1,051.68 | 0.00 | 28,752.95 |
| 7/1/2016 | 07-2016 | C-56381 | estinsur - Estimated Insurance (07/2016) | 83.41 | 0.00 | 28,836.36 |
| 7/1/2016 | 07-2016 | C-56382 | estptax - Estimated Property Tax (07/2016) | 1,298.04 | 0.00 | 30,134.40 |
| 7/6/2016 | 07-2016 | R-18556 | Chk# 404246 - Dep on: 07-06-16 | 0.00 | 12,833.33 | 17,301.07 |
| 8/1/2016 | 08-2016 | C-56719 | Rent - Rent (08/2016) | 11,333.33 | 0.00 | 28,634.40 |
| 8/1/2016 | 08-2016 | C-56720 | estcam - Estimated Cam Charge (08/2016) | 1,051.68 | 0.00 | 29,686.08 |
| 8/1/2016 | 08-2016 | C-56721 | estinsur - Estimated Insurance (08/2016) | 83.41 | 0.00 | 29,769.49 |
| 8/1/2016 | 08-2016 | C-56722 | estptax - Estimated Property Tax (08/2016) | 1,298.04 | 0.00 | 31,067.53 |
| 8/2/2016 | 08-2016 | R-18661 | Chk# 412300 - DEP ON: 08-02-16 | 0.00 | 12,833.33 | 18,234.20 |
| 9/1/2016 | 09-2016 | C-57122 | Rent - Rent (09/2016) | 11,333.33 | 0.00 | 29,567.53 |
| 9/1/2016 | 09-2016 | C-57123 | estcam - Estimated Cam Charge (09/2016) | 1,051.68 | 0.00 | 30,619.21 |
| 9/1/2016 | 09-2016 | C-57124 | estinsur - Estimated Insurance (09/2016) | 83.41 | 0.00 | 30,702.62 |
| 9/1/2016 | 09-2016 | C-57125 | estptax - Estimated Property Tax (09/2016) | 1,298.04 | 0.00 | 32,000.66 |
| 9/3/2016 | 09-2016 | R-18811 | Chk# 27257 - 25 - SEPT 07 2016 - DEPOSIT | 0.00 | 12,833.33 | 19,167.33 |
| 10/1/2016 | 10-2016 | C-57508 | Rent - Rent (10/2016) | 11,333.33 | 0.00 | 30,500.66 |
| 10/1/2016 | 10-2016 | C-57509 | estcam - Estimated Cam Charge (10/2016) | 1,051.68 | 0.00 | 31,552.34 |
| 10/1/2016 | 10-2016 | C-57510 | estinsur - Estimated Insurance (10/2016) | 83.41 | 0.00 | 31,635.75 |
| 10/1/2016 | 10-2016 | C-57511 | estptax - Estimated Property Tax (10/2016) | 1,298.04 | 0.00 | 32,933.79 |
| 10/3/2016 | 10-2016 | R-18908 | Chk# 428546 - Dep on: 10-04-16 | 0.00 | 12,833.33 | 20,100.46 |
| 11/1/2016 | 11-2016 | C-57862 | Rent - Rent (11/2016) | 11,333.33 | 0.00 | 31,433.79 |
| 11/1/2016 | 11-2016 | C-57863 | estcam - Estimated Cam Charge (11/2016) | 1,051.68 | 0.00 | 32,485.47 |
| 11/1/2016 | 11-2016 | C-57864 | estinsur - Estimated Insurance (11/2016) | 83.41 | 0.00 | 32,568.88 |
| 11/1/2016 | 11-2016 | C-57865 | estptax - Estimated Property Tax (11/2016) | 1,298.04 | 0.00 | 33,866.92 |
| 11/2/2016 | 11-2016 | R-18998 | Chk# 435884 - DEP ON: 11-02-2016 | 0.00 | 12,833.33 | 21,033.59 |
| 12/1/2016 | 12-2016 | C-58225 | Rent - Rent (12/2016) | 11,333.33 | 0.00 | 32,366.92 |
| 12/1/2016 | 12-2016 | C-58226 | estcam - Estimated Cam Charge (12/2016) | 1,051.68 | 0.00 | 33,418.60 |
| 12/1/2016 | 12-2016 | C-58227 | estinsur - Estimated Insurance (12/2016) | 83.41 | 0.00 | 33,502.01 |
| 12/1/2016 | 12-2016 | C-58228 | estptax - Estimated Property Tax (12/2016) | 1,298.04 | 0.00 | 34,800.05 |
| 12/2/2016 | 12-2016 | R-19154 | Chk# 443375 - DEP ON: 12-8-16 | 0.00 | 12,833.33 | 21,966.72 |
| 1/1/2017 | 01-2017 | C-58617 | Rent - Rent (01/2017) | 11,333.33 | 0.00 | 33,300.05 |
| 1/1/2017 | 01-2017 | C-58618 | estcam - Estimated Cam Charge (01/2017) | 1,051.68 | 0.00 | 34,351.73 |

10/31/2018 11:34 AM

# Tenant Ledger

Property : 025cpr-2

Tenant : 025mfirm

Date : 10/12/2018

| Date | Post Month | Tran# | Description | Charge | Payment | Balance |
|---|---|---|---|---:|---:|---:|
| 1/1/2017 | 01-2017 | C-58619 | estinsur - Estimated Insurance (01/2017) | 83.41 | 0.00 | 34,435.14 |
| 1/1/2017 | 01-2017 | C-58620 | estptax - Estimated Property Tax (01/2017) | 1,298.04 | 0.00 | 35,733.18 |
| 1/3/2017 | 01-2017 | R-19229 | Chk# 451465 - DEP ON: 01-04-17 | 0.00 | 12,833.33 | 22,899.85 |
| 2/1/2017 | 02-2017 | C-58991 | Rent - Rent (02/2017) | 11,333.33 | 0.00 | 34,233.18 |
| 2/1/2017 | 02-2017 | C-58992 | estcam - Estimated Cam Charge (02/2017) | 1,051.68 | 0.00 | 35,284.86 |
| 2/1/2017 | 02-2017 | C-58993 | estinsur - Estimated Insurance (02/2017) | 83.41 | 0.00 | 35,368.27 |
| 2/1/2017 | 02-2017 | C-58994 | estptax - Estimated Property Tax (02/2017) | 1,298.04 | 0.00 | 36,666.31 |
| 2/3/2017 | 02-2017 | R-19361 | Chk# 462097 - DEP ON: 02-09-17 | 0.00 | 12,833.33 | 23,832.98 |
| 3/1/2017 | 03-2017 | C-59404 | Rent - Rent (03/2017) | 11,333.33 | 0.00 | 35,166.31 |
| 3/1/2017 | 03-2017 | C-59405 | estcam - Estimated Cam Charge (03/2017) | 1,051.68 | 0.00 | 36,217.99 |
| 3/1/2017 | 03-2017 | C-59406 | estinsur - Estimated Insurance (03/2017) | 83.41 | 0.00 | 36,301.40 |
| 3/1/2017 | 03-2017 | C-59407 | estptax - Estimated Property Tax (03/2017) | 1,298.04 | 0.00 | 37,599.44 |
| 3/4/2017 | 03-2017 | R-19476 | Chk# 471374 - DEP ON: 03-10-17 | 0.00 | 12,833.33 | 24,766.11 |
| 4/1/2017 | 04-2017 | R-19573 | Chk# 480811 - DEP ON: 04-03-2017 | 0.00 | 12,833.33 | 11,932.78 |
| 4/1/2017 | 04-2017 | C-59797 | Rent - Rent (04/2017) | 11,333.33 | 0.00 | 23,266.11 |
| 4/1/2017 | 04-2017 | C-59798 | estcam - Estimated Cam Charge (04/2017) | 1,051.68 | 0.00 | 24,317.79 |
| 4/1/2017 | 04-2017 | C-59799 | estinsur - Estimated Insurance (04/2017) | 83.41 | 0.00 | 24,401.20 |
| 4/1/2017 | 04-2017 | C-59800 | estptax - Estimated Property Tax (04/2017) | 1,298.04 | 0.00 | 25,699.24 |
| 5/1/2017 | 05-2017 | R-19704 | Chk# 491137 - | 0.00 | 12,833.33 | 12,865.91 |
| 5/1/2017 | 05-2017 | C-60202 | Rent - Rent (05/2017) | 11,333.33 | 0.00 | 24,199.24 |
| 5/1/2017 | 05-2017 | C-60203 | estcam - Estimated Cam Charge (05/2017) | 1,051.68 | 0.00 | 25,250.92 |
| 5/1/2017 | 05-2017 | C-60204 | estinsur - Estimated Insurance (05/2017) | 83.41 | 0.00 | 25,334.33 |
| 5/1/2017 | 05-2017 | C-60205 | estptax - Estimated Property Tax (05/2017) | 1,298.04 | 0.00 | 26,632.37 |
| 6/1/2017 | 06-2017 | C-60645 | Rent - Rent (06/2017) | 11,333.33 | 0.00 | 37,965.70 |
| 6/1/2017 | 06-2017 | C-60646 | estcam - Estimated Cam Charge (06/2017) | 1,051.68 | 0.00 | 39,017.38 |
| 6/1/2017 | 06-2017 | C-60647 | estinsur - Estimated Insurance (06/2017) | 83.41 | 0.00 | 39,100.79 |
| 6/1/2017 | 06-2017 | C-60648 | estptax - Estimated Property Tax (06/2017) | 1,298.04 | 0.00 | 40,398.83 |
| 6/2/2017 | 06-2017 | R-19874 | Chk# 500079 - | 0.00 | 12,833.33 | 27,565.50 |
| 7/1/2017 | 07-2017 | C-61032 | Rent - Rent (07/2017) | 11,333.33 | 0.00 | 38,898.83 |
| 7/1/2017 | 07-2017 | C-61033 | estcam - Estimated Cam Charge (07/2017) | 1,051.68 | 0.00 | 39,950.51 |
| 7/1/2017 | 07-2017 | C-61034 | estinsur - Estimated Insurance (07/2017) | 83.41 | 0.00 | 40,033.92 |
| 7/1/2017 | 07-2017 | C-61035 | estptax - Estimated Property Tax (07/2017) | 1,298.04 | 0.00 | 41,331.96 |
| 7/5/2017 | 07-2017 | R-19978 | Chk# 508759 - | 0.00 | 12,833.33 | 28,498.63 |
| 8/1/2017 | 08-2017 | C-61318 | Rent - Rent (08/2017) | 11,333.33 | 0.00 | 39,831.96 |
| 8/1/2017 | 08-2017 | C-61319 | estcam - Estimated Cam Charge (08/2017) | 1,051.68 | 0.00 | 40,883.64 |
| 8/1/2017 | 08-2017 | C-61320 | estinsur - Estimated Insurance (08/2017) | 83.41 | 0.00 | 40,967.05 |
| 8/1/2017 | 08-2017 | C-61321 | estptax - Estimated Property Tax (08/2017) | 1,298.04 | 0.00 | 42,265.09 |
| 8/9/2017 | 08-2017 | R-20134 | Chk# 519226 - deposit on 8/7/17 | 0.00 | 12,833.33 | 29,431.76 |
| 9/1/2017 | 09-2017 | C-61649 | estcam - Estimated Cam Charge (09/2017) | 1,051.68 | 0.00 | 30,483.44 |
| 9/1/2017 | 09-2017 | C-61650 | estinsur - Estimated Insurance (09/2017) | 83.41 | 0.00 | 30,566.85 |
| 9/1/2017 | 09-2017 | C-61651 | estptax - Estimated Property Tax (09/2017) | 1,298.04 | 0.00 | 31,864.89 |
| 9/1/2017 | 09-2017 | C-61652 | Rent - Rent (09/2017) | 11,333.33 | 0.00 | 43,198.22 |

10/31/2018 11:34 AM

# Tenant Ledger

Property : 025cpr-2
Tenant : 025mfirm
Date : 10/12/2018

| Date | Post Month | Tran# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 9/6/2017 | 09-2017 | R-20228 | Chk# 527753 - deposit on 9/6/17 | 0.00 | 12,833.33 | 30,364.89 |
| 10/1/2017 | 10-2017 | C-61899 | estcam - Estimated Cam Charge (10/2017) | 1,051.68 | 0.00 | 31,416.57 |
| 10/1/2017 | 10-2017 | C-61900 | estinsur - Estimated Insurance (10/2017) | 83.41 | 0.00 | 31,499.98 |
| 10/1/2017 | 10-2017 | C-61901 | estptax - Estimated Property Tax (10/2017) | 1,298.04 | 0.00 | 32,798.02 |
| 10/1/2017 | 10-2017 | C-61902 | Rent - Rent (10/2017) | 11,333.33 | 0.00 | 44,131.35 |
| 10/10/2017 | 10-2017 | R-20360 | Chk# 534997 - deposit on 10/10/17 | 0.00 | 12,833.33 | 31,298.02 |
| 11/1/2017 | 11-2017 | C-62457 | estcam - Estimated Cam Charge (11/2017) | 1,051.68 | 0.00 | 32,349.70 |
| 11/1/2017 | 11-2017 | C-62458 | estinsur - Estimated Insurance (11/2017) | 83.41 | 0.00 | 32,433.11 |
| 11/1/2017 | 11-2017 | C-62459 | estptax - Estimated Property Tax (11/2017) | 1,298.04 | 0.00 | 33,731.15 |
| 11/1/2017 | 11-2017 | C-62460 | Rent - Rent (11/2017) | 11,333.33 | 0.00 | 45,064.48 |
| 11/3/2017 | 11-2017 | R-20449 | Chk# 541768 - deposit on 11/03/17 | 0.00 | 12,833.33 | 32,231.15 |
| 12/1/2017 | 12-2017 | C-62690 | estcam - Estimated Cam Charge (12/2017) | 1,051.68 | 0.00 | 33,282.83 |
| 12/1/2017 | 12-2017 | C-62691 | estinsur - Estimated Insurance (12/2017) | 83.41 | 0.00 | 33,366.24 |
| 12/1/2017 | 12-2017 | C-62692 | estptax - Estimated Property Tax (12/2017) | 1,298.04 | 0.00 | 34,664.28 |
| 12/1/2017 | 12-2017 | C-62693 | Rent - Rent (12/2017) | 11,333.33 | 0.00 | 45,997.61 |
| 12/7/2017 | 12-2017 | R-20699 | Chk# 3460 - deposit on 12/06/17 | 0.00 | 12,833.33 | 33,164.28 |
| 1/1/2018 | 01-2018 | C-63027 | estcam - Estimated Cam Charge (01/2018) | 1,051.68 | 0.00 | 34,215.96 |
| 1/1/2018 | 01-2018 | C-63028 | estinsur - Estimated Insurance (01/2018) | 83.41 | 0.00 | 34,299.37 |
| 1/1/2018 | 01-2018 | C-63029 | estptax - Estimated Property Tax (01/2018) | 1,298.04 | 0.00 | 35,597.41 |
| 1/1/2018 | 01-2018 | C-63030 | Rent - Rent (01/2018) | 11,333.33 | 0.00 | 46,930.74 |
| 1/10/2018 | 01-2018 | R-20803 | Chk# 11642 - deposit on 01/10/18 | 0.00 | 12,833.33 | 34,097.41 |
| 2/1/2018 | 02-2018 | C-63547 | estcam - Estimated Cam Charge (02/2018) | 1,051.68 | 0.00 | 35,149.09 |
| 2/1/2018 | 02-2018 | C-63548 | estinsur - Estimated Insurance (02/2018) | 83.41 | 0.00 | 35,232.50 |
| 2/1/2018 | 02-2018 | C-63549 | estptax - Estimated Property Tax (02/2018) | 1,298.04 | 0.00 | 36,530.54 |
| 2/1/2018 | 02-2018 | C-63550 | Rent - Rent (02/2018) | 11,333.33 | 0.00 | 47,863.87 |
| 2/14/2018 | 02-2018 | R-20946 | Chk# 20000 - deposit on 02/14/18 | 0.00 | 12,833.33 | 35,030.54 |
| 3/1/2018 | 03-2018 | C-63735 | estcam - Estimated Cam Charge (03/2018) | 1,051.68 | 0.00 | 36,082.22 |
| 3/1/2018 | 03-2018 | C-63736 | estinsur - Estimated Insurance (03/2018) | 83.41 | 0.00 | 36,165.63 |
| 3/1/2018 | 03-2018 | C-63737 | estptax - Estimated Property Tax (03/2018) | 1,298.04 | 0.00 | 37,463.67 |
| 3/1/2018 | 03-2018 | C-63738 | Rent - Rent (03/2018) | 11,333.33 | 0.00 | 48,797.00 |
| 3/7/2018 | 03-2018 | R-21027 | Chk# 27564 - deposit on 03/08/18 | 0.00 | 12,833.33 | 35,963.67 |
| 3/28/2018 | 03-2018 | C-63984 | camrec - 2016 CAM Recon | -2,571.45 | 0.00 | 33,392.22 |
| 3/28/2018 | 03-2018 | C-63985 | camrec - 2017 CAM Recon | -3,046.89 | 0.00 | 30,345.33 |
| 4/1/2018 | 04-2018 | C-64053 | estcam - Estimated Cam Charge (04/2018) | 1,051.68 | 0.00 | 31,397.01 |
| 4/1/2018 | 04-2018 | C-64054 | estinsur - Estimated Insurance (04/2018) | 83.41 | 0.00 | 31,480.42 |
| 4/1/2018 | 04-2018 | C-64055 | estptax - Estimated Property Tax (04/2018) | 1,298.04 | 0.00 | 32,778.46 |
| 4/1/2018 | 04-2018 | C-64056 | Rent - Rent (04/2018) | 11,333.33 | 0.00 | 44,111.79 |
| 4/4/2018 | 04-2018 | R-21129 | Chk# 35785 - deposit on 04/04/18 | 0.00 | 12,833.33 | 31,278.46 |
| 5/1/2018 | 05-2018 | C-64425 | estcam - Estimated Cam Charge (05/2018) | 1,051.68 | 0.00 | 32,330.14 |
| 5/1/2018 | 05-2018 | C-64426 | estinsur - Estimated Insurance (05/2018) | 83.41 | 0.00 | 32,413.55 |
| 5/1/2018 | 05-2018 | C-64427 | estptax - Estimated Property Tax (05/2018) | 1,298.04 | 0.00 | 33,711.59 |
| 5/1/2018 | 05-2018 | C-64428 | Rent - Rent (05/2018) | 11,333.33 | 0.00 | 45,044.92 |

10/31/2018 11:34 AM

# Tenant Ledger

Property : 025cpr-2

Tenant : 025mfirm

Date : 10/12/2018

| Date | Post Month | Tran# | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 5/21/2018 | 05-2018 | R-21528 | Chk# 47502 - deposit 05.23.18 | 0.00 | 12,833.33 | 32,211.59 |
| 6/1/2018 | 06-2018 | R-21650 | Chk# 49560 - | 0.00 | 12,833.33 | 19,378.26 |
| 6/1/2018 | 06-2018 | C-65038 | estcam - Estimated Cam Charge (06/2018) | 1,051.68 | 0.00 | 20,429.94 |
| 6/1/2018 | 06-2018 | C-65039 | estinsur - Estimated Insurance (06/2018) | 83.41 | 0.00 | 20,513.35 |
| 6/1/2018 | 06-2018 | C-65040 | estptax - Estimated Property Tax (06/2018) | 1,298.04 | 0.00 | 21,811.39 |
| 6/1/2018 | 06-2018 | C-65041 | Rent - Rent (06/2018) | 11,333.33 | 0.00 | 33,144.72 |
| 7/1/2018 | 07-2018 | C-65243 | estcam - Estimated Cam Charge (07/2018) | 1,051.68 | 0.00 | 34,196.40 |
| 7/1/2018 | 07-2018 | C-65244 | estinsur - Estimated Insurance (07/2018) | 83.41 | 0.00 | 34,279.81 |
| 7/1/2018 | 07-2018 | C-65245 | estptax - Estimated Property Tax (07/2018) | 1,298.04 | 0.00 | 35,577.85 |
| 7/1/2018 | 07-2018 | C-65246 | Rent - Rent (07/2018) | 11,333.33 | 0.00 | 46,911.18 |
| 7/2/2018 | 07-2018 | R-21778 | Chk# 56339 - | 0.00 | 12,833.33 | 34,077.85 |
| 8/1/2018 | 08-2018 | C-65664 | estcam - Estimated Cam Charge (08/2018) | 1,051.68 | 0.00 | 35,129.53 |
| 8/1/2018 | 08-2018 | C-65665 | estinsur - Estimated Insurance (08/2018) | 83.41 | 0.00 | 35,212.94 |
| 8/1/2018 | 08-2018 | C-65666 | estptax - Estimated Property Tax (08/2018) | 1,298.04 | 0.00 | 36,510.98 |
| 8/1/2018 | 08-2018 | C-65667 | Rent - Rent (08/2018) | 11,333.33 | 0.00 | 47,844.31 |
| 8/2/2018 | 08-2018 | R-21937 | Chk# 63160 - | 0.00 | 20,298.37 | 27,545.94 |
| 9/1/2018 | 09-2018 | C-68300 | estcam - Estimated Cam Charge (09/2018) | 1,051.68 | 0.00 | 28,597.62 |
| 9/1/2018 | 09-2018 | C-68301 | estinsur - Estimated Insurance (09/2018) | 83.41 | 0.00 | 28,681.03 |
| 9/1/2018 | 09-2018 | C-68302 | estptax - Estimated Property Tax (09/2018) | 1,298.04 | 0.00 | 29,979.07 |
| 9/1/2018 | 09-2018 | C-68303 | Rent - Rent (09/2018) | 11,333.33 | 0.00 | 41,312.40 |
| 9/6/2018 | 09-2018 | R-24209 | Chk# 69398 - | 0.00 | 13,766.46 | 27,545.94 |
| **Total** | | | | **406,610.68** | **367,731.41** | **4,582,416.87** |



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELWARE

| IN RE: | CHAPTER 11 |
|---|---|
| MATTRESS FIRM, INC., *et. al.*, | CASE NO. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Objection to Notice to Cure Amounts Relating to Unexpired Leases that the Debtors May Assume Pursuant to the Plan* on the parties referenced below via overnight delivery:

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Attn: Bojan Guzina & Matthew E. Linder

Mattress Firm, Inc.
10201 South Main Street
Houston, TX 77025
Attn: Kindel Elam

Linda Richenderfer
Office of the US Trustee
U.S. Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
Attn: Edmon L. Morton & Ashley E. Jacobs

Paul Hastings LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Attn: Andrew V. Tenzer & Michael E. Comerford

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Attn: Mark D. Collins and Jason M. Madron

Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110-1726
Attn: Marc R. Leduc

Linklaters LLP
601 13th Street NW #400,
Washington, D.C. 20005
Attn: Amy Edgy

Linklaters LLP
1345 6th Avenue
New York, New York 10105
Attn: Christopher Hunker

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Adam Goldberg

Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Attn: William Bowden

Respectfully submitted this 31st day of October, 2018.

**CANTON PLACE RETAIL II, LLC**

Robert Crim, Jr., Manager
210 Sandy Springs Place
Atlanta, GA 30328
(404) 256-2960
ccrim@crimandassociates.com
