UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| MATTRESS FIRM, INC. *et al.*, | : Bankr. No. 18-12241(CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Objection Deadline**: November 7, 2018 at 4:00 p.m. |
| | : **Hearing Date**: November 16, 2018 |
| | : **Ref.** D.E. No. 22 |

**JOINDER OF MF OHIO LLC AND PLATO PAVLATOS
TO JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION FOR
MATTRESS FIRM, INC. AND ITS AFFILIATES**

MF Ohio LLC and Plato Pavlatos (together, the "Joining Landlords"), by and through undersigned counsel, hereby joins in the objections of landlord creditors to Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization for Mattress Firm, Inc. and its Debtor Affiliates (the "Plan"), and request an extension of such relief to the Joining Landlords.

**JOINDER AND RESERVATION OF RIGHTS**

1.　The Joining Landlords hereby join in, adopt and incorporate by reference the points, authorities and arguments advanced in the objections by various other landlords of the Debtors which have filed objections to the Plan, as applicable, for the reasons stated therein and requests and extension of the relief requested therein.

2.　The Joining Landlords reserve the right to amend or supplement this joinder and request and seek such other and further relief as may be necessary or appropriate.

{HL861520.1}

WHEREFORE, Joining Landlords respectfully request that the Court grant the relief requested herein, and grant such other and further relief as the Court deems just and proper.

Dated:  November 7, 2018             /s/ Julie M. Murphy
                                                      Julie M. Murphy, Esq.  (DE Id. No.5856)
                                                     Hyland Levin LLP
                                                     6000 Sagemore Dr., Ste. 6301
                                                     Marlton, NJ 08053
                                                     Tel: 856.355.2992
                                                     Fax: 856.355.2901
                                                     Email: murphy@hylandlevin.com

                                                     *Attorneys for Landlord, MF Ohio LLC and Plato Pavlatos*