IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*[1] | Case No. 18-12241 (CSS) |
| Debtor. | Jointly Administered |

**VERIFIED STATEMENT OF PEPPER HAMILTON LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pepper Hamilton LLP ("Pepper"), as counsel to the parties designated herein, in the chapter 11 cases (these "Cases") of the above captioned debtors (the "Debtors"), hereby submits this verified statement (this "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. Pepper currently represents the following entities (the "Clients") and creditors and/or parties-in-interest with respect to these Cases:

| |
|---|
| Thrifty Payless, Inc. ("Thrifty Payless")<br>30 Hunter Lane<br>Camp Hill, PA 17011 |
| Essex Portfolio, L.P. ("Essex")<br>1100 Park Place, Suite 200<br>San Mateo, CA 94403 |
| TRPF Marlton Square PAD LLC ("TRPF")<br>730 Third Avenue<br>New York, NY 10017<br>c/o TH Real Estate Americas, Global Real Estate |

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

#50723350 v1

-2-

2. The claims of the Clients against the Debtors in these Cases include, but are not limited to, claims arising from certain unexpired leases under which Thrifty Payless, Essex, or TRPF is a landlord and one or more of the Debtors is a tenet. In addition, one or more of the Clients may hereafter also assert further claims against one or more of the Debtors.

3. Each of the Clients has requested that Pepper represent them in these Cases. Pepper has no representation agreements with the Clients, other than standard engagement agreements.

4. Upon information and belief, as of the date hereof, Pepper does not hold any claims against or any interest in the Debtors.

5. Neither this Verified Statement, nor any previous or subsequent appearance, pleading, claim or suit, is intended to waive: (i) any Client's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) any Client's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any Client's right to have the reference withdrawn by a district court in any matter subject to mandatory or discretionary withdrawal; (iv) any Client's right to object to the subject-matter jurisdiction of the Court and shall not be deemed or construed as a submission of any Client to the jurisdiction of the Court; and (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which any Client is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved by each Client.

-3-

The undersigned counsel hereby certify that this Verified Statement is true and accurate to the best of their knowledge, information, and belief.  Pepper reserves the right to revise and supplement this statement.

Dated: November 8, 2018
Wilmington, Delaware

**PEPPER HAMILTON LLP**

*/s/ Kenneth A. Listwak*
Kenneth A. Listwak (Bar. No. 6300)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: listwakk@pepperlaw.com

*Counsel for Thrifty Payless, Inc. and Essex Portfolio, L.P.*

**PEPPER HAMILTON LLP**

*/s/ John H. Schanne, II*
John H. Schanne, II (Bar. No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: schannej@pepperlaw.com

*Counsel for TRPF Marlton Square PAD LLC*