**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 333 and 728 |

**NOTICE OF FILING OF AMENDED EXHIBIT TO DEBTORS'
STATUS REPORT REGARDING CURE AMOUNTS FOR ASSUMED
LEASES AND THE RESOLUTION OF DISPUTED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that, on October 7, 2018, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Status Report Regarding Cure Amounts for Assumed Leases and the Resolution of Disputed Cure Amounts* [Docket No. 728] (the "Status Report").[2]

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Status Report was a chart summarizing the status of each Cure Objection (the "Status Chart").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is an amended Status Chart reflecting additional Cure Objections received and adjustments to certain statuses made since the filing of the Status Chart (the "Amended Status Chart"). A blackline comparing the Status Chart to the Amended Status Chart is attached hereto as **Exhibit 2**.

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Status Report.

| | |
|---|---|
| Dated: November 9, 2018 | SIDLEY AUSTIN LLP |
| | Bojan Guzina |
| | Matthew E. Linder |
| | Michael Fishel |
| | Blair M. Warner |
| | One South Dearborn Street |
| | Chicago, Illinois 60603 |
| | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*