# EXHIBIT 2

**Blackline**

01:23847023.1

**EXHIBIT A**

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 416 | Shelbyville Road Plaza LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 434 | Robinson Crossing, LLC | Resolved – Objection withdrawn. |
| 438 | 277 Canal Associates, LLC | ~~The Debtors are continuing to analyze the objection~~Resolved – Objection withdrawn. |
| ~~465~~465[1] | Columbus North Associates, LP, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 470 | V&V Lakeshore, Ltd. | Resolved – Objection withdrawn. |
| 471 | Towne Cross Burlington LLC | The Debtors are continuing to analyze the objection. |
| 472 | Plato Pavlatos | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 473 | 1276 Lex Owner, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 474 | Grapevine Pavilion Investment, Ltd. | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 476 | D3 Comstock Park, LLC | Resolved – Objection withdrawn. |
| 482 | CBL & Associates Management, Inc. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 484 | MF Ohio LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |

---

[1] A supplemental objection was filed at docket number 671.

2

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 489 | 770 Real Estate Corp. | The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 491 | Rexford Industrial-SDLAOC, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 492 | Market Square at Frederick, L.L.C., Davis Ford Crossing, LLC, and Potomac Festival, LLC | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 493 | Liberty Property Limited Partnership | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 497 | EQYInvest Owner II, LTD, L.L.P. | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 498 | EQYInvest Owner I, LTD, L.L.P. | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 499 | Roxbury Partners Tempe, LLC | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 500 | New West Michigan Industrial Investors, L.L.C. | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 502 | Gator Entertainment, Inc. | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 503 | Fourteen St. Owner Realty LLC | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 504 | Kay Realty LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 505 | Washington Prime Group Inc. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 506 | Gainesville Archer Properties LLC | The Debtors are continuing to analyze the objection. |
| 507 | Samuels & Associates Hingham LLC, IPT East Windsor DC LLC, and Seekonk Mall LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 508 | Almaden Ranch LLC and Arcadia Development Company | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 509 | Russel Maridon and Brian Maridon | Resolved – Objection withdrawn. |
| 511 | Forman Flatbrook LLC | The Debtors are continuing to analyze the objection. |
| 512 | Mann Enterprises, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| ~~514[1]~~514[2] | Canton Place Retail II, LLC | ~~The Debtors are engaged with the objecting party and working to resolve the objection~~Resolved – Objection withdrawal pending. |
| 516 | RRE Sunnyside Holdings LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 517 | Green Circle Foundation LLC | ~~The Debtors are engaged with the objecting party and working to resolve the objection~~Resolved – Objection withdrawn. |
| 519 | Trailside Liberty Way, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the |

---

[1] ~~A duplicate objection was filed at docket number 661.~~

[2] A duplicate objection was filed at docket number 661.

4

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| | | confirmation hearing. |
| 520 | 1400 SW Canal Blvd., LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 521 | 3650 8th Street Becknell Investors, LLC | The Debtors are continuing to analyze the objection. |
| 524 | PITV, Inc. | The Debtors are continuing to analyze the objection. |
| 525 | CGP Willmar MF, LLC, CGP Jasper MF, LLC, CGP 2703 W. Deyoung Street MF, LLC, and CGP Hanover MF, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 526 | First Industrial, L.P. | The Debtors are continuing to analyze the objection. |
| 527 | Craig Filice | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 528 | Serra Center Associates No. Two, LP and Serra Center Associates | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 529 | DC USA Operating Co., LLC | The Debtors are continuing to analyze the objection. |
| 530 | Fairway Pads, Ltd. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 531 | Highland Ramblewood, LLC | The Debtors are continuing to analyze the objection. |
| 532 | National Shopping Plazas, Inc. | The Debtors are continuing to analyze the objection. |
| 533 | Lind North, L.L.C. | The Debtors are continuing to analyze the objection. |
| 534 | Truman Property Group, L.L.C. | The Debtors are continuing to analyze the objection. |
| 535 | Mac Grove Station LLC | ~~The Debtors are continuing to analyze the objection~~Resolved – Objection withdrawn. |
| 536 | ARA Montgomery LLC | ~~The Debtors are continuing to analyze the objection~~Resolved – |

5

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| | | Objection withdrawn. |
| 537 | IREIT Olive Branch Wedgewood, L.L.C., et al. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 538 | G&I VIII Hammond LLC | The Debtors ~~are continuing to analyze~~ believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 539 | Shadelands Park, LLC | The Debtors are continuing to analyze the objection. |
| 540 | Donahue Schriber Realty Group, LP, Rocklin Crossings LP, and Rocklin Holdings, LP | Resolved – Objection withdrawn. |
| 543 | Linwood Mall LLC | The Debtors are ~~continuing to analyze~~ engaged with the objecting party and working to resolve the objection. |
| 544 | Thrifty Payless, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 545 | BobBullhead AZ, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 546 | Great Barrington Real Estate, LLC | The Debtors are ~~continuing to analyze~~ engaged with the objecting party and working to resolve the objection. |
| 547 | Rivercrest Realty Associates, LLC | The Debtors are continuing to analyze the objection. |
| 550 | PJB Corp. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 551 | Associated Investors Group | The Debtors are continuing to analyze the objection. |
| 552 | Southlands HV1 LLC | The Debtors are continuing to analyze the objection. |
| 553 | Mark and Pamela Walker | The Debtors are engaged with the objecting party and working to resolve the objection. |

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 554 | Country Glen LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 556 | TRPF Marlton Square PAD LLC | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 557 | Colony Place Development, LLC | The Debtors are continuing to analyze the objection. |
| 558 | ST Indian Ridge LLC | Resolved – Objection withdrawn. |
| 560 | Lawrenceville Properties 222, LLC | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 563 | Hickory 72 LLC | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 564 | DJM NNN I, LLC and DJM NNN III, LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 566 | Coshena VI, Ltd. | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 567 | Parmatown Station LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 568 | Canyon Park Properties, LLC | The Debtors are continuing to analyze the objection. |
| 569 | PREP Hanover Real Estate LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 572 | Shadow Lake Towne Center, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 573 | Aaron's, Inc. | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 574 | Babson Macedonia Partners, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 575 | Kimco Realty Corp. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 576 | OCG Alpha Development, LLC | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 577 | Kin Properties, Inc., et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 578 | CAPREF Brookwood Village LLC | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 579 | Lucerne-Ridgewood, LLC | The Debtors are continuing to analyze the objection. |
| 580 | EBA Blissful Real Estate LLC | The Debtors are continuing to analyze the objection. |
| 582 | 255 Mall LLC | ~~The Debtors are engaged with the objecting party and working to resolve the objection~~Resolved – Objection withdrawn. |
| 583 | Running Hill SP LLC and Palm Beach Mall Holdings LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 584 | W/S Ware Properties OP LLC and W/S Hadley Properties II LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| ~~585~~ | ~~Thomas R. Buckner~~ | ~~The Debtors are continuing to analyze the objection.~~ |
| ~~587~~585 | ~~Kancov Investment, L~~Thomas R~~.P., Briar Group, L.P., and Hampton Mercury Investment Co.~~ | The Debtors ~~believe that the objection will be partially resolved through the proposed confirmation order that will be filed prior to the confirmation hearing and are~~are engaged with the objecting |

8

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| | Buckner | party and working to resolve the ~~remainder~~objection. |
| ~~588~~587 | ~~Castle & Cooke Commercial-CA, Inc~~Kancov Investment, L.P., Briar Group, L.P., and Hampton Mercury Investment Co. | The Debtors are ~~continuing to analyze~~engaged with the objecting party and working to resolve the objection. |
| 588 | Castle & Cooke Commercial-CA, Inc. | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 589 | Six Cousins Realty, LLC | Resolved – Objection withdrawn. |
| 590 | Laguna Promenade, LLC | The Debtors are continuing to analyze the objection. |
| 591 | Twichell Properties, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 592 | Folksan Realty Associates ~~– Store No. 163026~~ | The Debtors ~~believe that~~are engaged with the objecting party and working to resolve the objection ~~will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing~~. |
| 593 | ACF Property Management, Inc., et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 594 | Folksan Realty Associates ~~– Store No. 169014~~ | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 595 | LVP 161 James West, LLC | The Debtors are continuing to analyze the objection. |
| 598 | One Eleven La Quinta, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 599 | IRC Hickory Creek, L.L.C., et al. | The Debtors are ~~continuing to analyze~~engaged with the objecting |

9

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| | | party and working to resolve the objection. |
| 600 | American Realty Advisors, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 601 | TKG El Con Center LLC, TKG Paxton Towne Center Development, LP, and TKG Spring Prairie Development IV, LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 602 | Clybourn Center, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 603 | Meadows Marketplace Shopping Center, LP and UPSA Mayfaire LLC | The Debtors are continuing to analyze the objection. |
| 606 | Cole MF Jonesboro AR LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 609 | SPV Orland Park, LLC and VAT Orland Park, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 610 | T & V Property, LLC | ~~The Debtors are engaged with the objecting party and working to resolve the objection~~Resolved – Objection withdrawn. |
| 611 | HART Miracle Marketplace, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 612 | 655 South Grand Avenue Owner, LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 613 | Cimco Realty, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |

10

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| 615 | Thaler Realty Corp. | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 616 | 305 & 307 Ogden Avenue, LLC | ~~The Debtors are engaged with the objecting party and working to resolve the objection~~Resolved – Objection withdrawal pending. |
| 617 | Prologis-North Carolina Limited Partnership | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 618 | Sugar3 LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 619 | Neighborhood Development Corporation | The Debtors are continuing to analyze the objection. |
| 620 | VBV Regency, LLC | The Debtors are continuing to analyze the objection. |
| 621 | Tag Realty, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| ~~622~~622[3] | Agree Baton Rouge LA, LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 624 | SG National, LLC | The Debtors are continuing to analyze the objection. |
| 625 | Falconi Realty Co., LLC | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 626 | CFT NV Developments, LLC and CFT Developments, LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 627 | Bruce and Karen Wiener 1985 Trust | The Debtors are continuing to analyze the objection. |
| 628 | DAR Northchase, LLC | The Debtors believe that the objection will be resolved through the |

---

[3] Supplemental objections were filed at docket numbers 676 and 807.

11

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| | | proposed confirmation order that will be filed prior to the confirmation hearing. |
| 630 | Frontier Clermont LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 631 | Dwulet and Dwulet GP, et al. | The Debtors are continuing to analyze the objection. |
| 632 | VEREIT Real Estate, L.P., et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 633 | MGP X Properties, LLC, MGP XI US Properties LLC, and M&H VI Projects, LLC | The Debtors are continuing to analyze the objection. |
| 634 | Prologis USLV Subriet 4, LLC | The Debtors are continuing to analyze the objection. |
| 635 | JBL Preston Ridge, LLC, et al. | The Debtors are continuing to analyzehave partially resolved the objection and are working to resolve the remainder. |
| 636 | C4 Elion, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 637 | AmCap Cowesett II LLC | The Debtors are continuing to analyzeengaged with the objecting party and working to resolve the objection. |
| 638 | TRT Beaver Creek LLC | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 639 | AmCap Tiffany LLC | The Debtors are continuing to analyze the objection. |
| 641 | 557 Rt. 130 in EWT, LLC | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| 642 | M&B Grand Junction, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the |

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| | | confirmation hearing. |
| 643 | Retail Opportunity Investments Corp. | The Debtors are continuing to analyze the objection. |
| 645 | Salisbury Innes Street, LLC and MDS Investments II, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 646 | Ramco Properties Trust, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 647 | Carpet Land Inc. | The Debtors are continuing to analyze the objection. |
| 650 | Dash Family 2009 Trust | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 659 | 1993 Pulaski Highway LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 666 | UE Property Management LLC | The Debtors are continuing to analyze the objection. |
| 667 | WFC Fund I Legacy, LLC | The Debtors are continuing to analyze the objection. |
| 668 | WFC Fund II Pablo, LLC | The Debtors are continuing to analyze the objection. |
| 719 | IVT Parke Cedar Park, LLC, et al. | The Debtors have partially resolved the objection and are working to resolve the remainder. |
| 786 | Edgewood Retail LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 787 | Market Town Center Owner, LLC -- Store 001017 | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| 788 | Market Town Center Owner, LLC -- Store 001192 | The Debtors believe that the objection will be resolved through the |

**FORMAL OBJECTIONS**

| DOCKET NUMBER | RESPONDENT | STATUS |
|---|---|---|
| | | proposed confirmation order that will be filed prior to the confirmation hearing. |
| 789 | SF Zephyr Commons, LP | The Debtors are engaged with the objecting party and working to resolve the objection. |
| ~~719~~791 | ~~IVT Parke Cedar Park, LLC, et al~~Essex Property Trust, Inc. | The Debtors are continuing to analyze the objection. |
| 806 | AFI Columbus, LLC | The Debtors are continuing to analyze the objection. |
| 808 | Osceola D & J Lot 5, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |

14

**INFORMAL OBJECTIONS**

| RESPONDENT | STATUS |
|---|---|
| Fitzwill Properties c/o The Shopping Center Group, LLC | Resolved. |
| The Vienna Shopping Center Limited Partnership c/o Rappaport Management Company | Resolved. |
| TT MT. Airy LLC c/o Rappaport Management Company | Resolved. |
| Cocca Development, LTD. | Resolved. |
| JBL Flamingo Pines, LLC c/o JBL Asset Management, LLC | Resolved. |
| LHCT-DKS Partners, L.P., LHCT-JBS Partners L.P., LHCT-PBS Partners, L.P., and HCT-SHS Partners, L.P. c/o Rosewood Management Corporation | Resolved. |
| Grand Canyon Center LP | Resolved. |
| Pembroke Place Property, LLC | Resolved. |
| Grand Plaza Owner LLC c/o Treeview Real Estate Advisors LP | Resolved. |
| 1855 Park, LLC | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| KRG New Hill Place I, LLC c/o Kite Realty Group, LP | Resolved – The lease related to this objection has been rejected. Accordingly, the objection is moot. |
| Gabrellian Associates | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Kite West 86th Street II, LLC c/o Kite Realty Group, LP | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Cerritos Promeade, LLC c/o America West Properties | The Debtors are engaged with the objecting party and working to resolve the objection. |
| JBL Preston Ridge, LLC23D c/o JBL Asset Management, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |

15

**INFORMAL OBJECTIONS**

| | |
|---|---|
| Church Lane Shops LLC c/o Maryland Financial Investors | The Debtors are engaged with the objecting party and working to resolve the objection. |
| MFB Glenville Owner LLC c/o RD Management LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Waterstone Retail Epping, LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| HC Holdings LLC, c/o C and R Management LLC | The Debtors believe that the objection will be resolved through the proposed confirmation order that will be filed prior to the confirmation hearing. |
| Kahl & Goveia/Magnolia Taxes | The Debtors are continuing to analyze the objection. |
| Maxim Enterprises, LLC | The Debtors are continuing to analyze the objection. |
| JBL Lake Walden, LLC, JBL Lake Walden 2, LLC, and JBL Lake Walden 3 LLC c/o JBL Asset Management, LLC | The Debtors are continuing to analyze the objection. |
| Dial Realty - Cheyenne Mountain II, LLC | The Debtors are continuing to analyze the objection. |
| CT Kennedy Marketplace, LLC | The Debtors are continuing to analyze the objection. |
| Heb Hop LP D/B/A CMK Bloomington, LLC c/o Newmark Grubb Zimmer | The Debtors are continuing to analyze the objection. |
| OCW Retail-Rochester, LLC c/o The Wilder Companies, Ltd. | The Debtors are continuing to analyze the objection. |
| 235 Boston Post Road, LLC c/o Crosspoint Associates, Inc. | The Debtors are continuing to analyze the objection. |
| Karen and Joseph Calcagno | The Debtors are continuing to analyze the objection. |
| Prologis Texas III LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| DCT OTA Farms LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |

**INFORMAL OBJECTIONS**

| | |
|---|---|
| DCT/SPF Pinnacle IX LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Hamilton Town Center | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Crosspointe Developers, LLC | The Debtors are continuing to analyze the objection. |
| Mansfield Plaza, LLC | The Debtors are continuing to analyze the objection. |
| Regent Shopping Center | The Debtors are continuing to analyze the objection. |
| Fidelis Realty Partners, Ltd. | The Debtors are engaged with the objecting party and working to resolve the objection. |