# SIGN-IN SHEET

**CASE NAME:** Mattress Firm
**CASE NO:** (CSS) 18-12241
**COURTROOM LOCATION:** 6
**DATE:** 11/9/18 at 1:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Curtis S. Kunz | Morris James LLP | Various landlords |
| Hugh Murtagh | Latham + Watkins | Steering Committee of Barstoppers |
| Keren Owens | Abbey + Geddes | " |
| Thomas Fossdick | Coles O'Connor | MGPXI Property LLC |
| Edmon Morton | YCST | Debtors |
| Ashby Jacobs | " | " |
| Michael Fishel | Sidley Austin | " |
| Patrick Reilly | Cole Schotz | Serta Simmons Filie Six Curry |
| Matthew Pierce | CR | A Rutledge Asheville Property |
| Ben Collins | Barnes + Thornburg | 3650 8th St. Becknell Investors LLC |
| Gregory Flasser | Bayard, P.A. | Assoc. Ret Opportunity Investment and Investors Copy |
| Susan Kaufman | Law Office of Susan Kaufman | Washington Prime Group |
| Leslie Heilman | Ballard Spahr LLP | landlords on attached |
| Lee Susnicki | Goiest Scioli Susnicki Brown | Urban Edge landlords |
| Brian McNulty | Monzack Mersky McLaughlin | Kimco landlord/brookline |
| Linda Richenderfer | UST | UST |
| Jenny Jaffe | Pepper Hamilton LLP | Thrifty Pay Less / Essex |
| Kenneth Listwak | " | " |
| Patricia Jacobson | Drinker Biddle | Prologis Landlords |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:**
**CASE NO: - (CSS)**

**COURTROOM LOCATION: 6**
**DATE:          AT :**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Carbino | CKR Law | Mary Paul Walker Ford |
| Christopher Hunker | Linklaters LLP | Steinhoff International Holdings N.V. |
| Joseph E. Barsalona II | Morris, Nichols, Arsht & Tunnell LLP | " |
| Scott Leonhardt | Rosner Law Group LLC | Carpet Land Inc |
| Dave Queroli | Richards, Layton & Finger | Citizens & Badlas |
| Morgan Patterson | Womble Bond Dickinson (US) | Newquest Properties |
| Michael Joyce | OKelly Ernst & Joyce | AFI |
| Janet H. Hugs | Duane Morris | C.m.c. |
| Joe Mintz | Blank Rome LLP | Gia Properties |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# HEARING SIGN-IN SHEET

*In re* MATTRESS FIRM, INC., *et al.* -- Case No. 18-12241 (CSS)
November 9, 2018 at 1:00 p.m. ET

| Appearance(s) | Firm(s) | Party(ies) Representing |
|---|---|---|
| Leslie C. Heilman, Esq. | Ballard Spahr LLP | 1993 Pulaski Highway LLC |
| | | 3550 W. Reno, LLC |
| | | 10289 Ulmerton, LLC |
| | | Acadia Realty Limited Partnership |
| | | ARC Related Entities |
| | | Appolo/Stonemar Realty Management |
| | | Appolo/Ashley Park Property Owner, LLC |
| | | Belleair Development Group |
| | | BIT Investment Twenty-Seven, LLC |
| | | Brixmor Operating Partnership LP |
| | | CenterCal Properties LLC |
| | | Crosspoint Realty Services |
| | | Deutsche Asset & Wealth Management |
| | | Diversified Partners |
| | | DMD Properties,Inc. |
| | | EB Arrow |
| | | EDENS |
| | | EPIS Investments, LLC |
| | | e-Plan, LLC |
| | | Esther Mytkowicz Bypass Trust |
| | | Federal Realty Investment Trust |
| | | Grand Rapids One, LLC |
| | | Grand Rapids Two, LLC |
| | | HCP III Eagle LLC |

HP WB Village, LLC
Heitman Capital Management, LLC
Hodges Trails at 620 LLC
Hodges Trails at 620 Phase II LLC
Ingram North Loop Shopping Center, L.P.
It's Via and Harry LLC
JCC California Properties, LLC
KFT Enterprises No. 4, LP
Mid-America Asset Management, Inc.
Nellis Corporation
Pennwood-A, LLC
PGIM Real Estate
PGI Management
PT X, LLC
Quivira CTR, LLC
Realty Income Corporation
Retail Properties of America, Inc.
RC Lake Wales, LLC
Rushmore Properties, LLC
Sima Management Corporation
SO-Conyers, LLC
Spirit Realty
Starwood Retail Partners LLC
The Connie Quarre Trust
The Krausz Companies, Inc.
The Macerich Company
UBS Realty Investors LLC
University Shopping Center, LLP
Van MF Bartow, LLC

2

| |
|---|
| Venturepoint Property |
| Watt Management Company |
| Weitzman |

3

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 11/09/2018
Calendar Time: 01:00 PM ET

2nd Revision Nov 9 2018 5:28AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9426016 | Lawrence Anderson | (703) 684-5755 ext. | Nealon and Associate | Interested Party, OJB/AJRE JV, LC / LISTEN ONLY |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9427309 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9427266 | Benjamin Beller | (212) 225-2000 ext. | Cleary Gottlieb Steen & Hamilton LLP | Interested Party, Cleary Gottlieb Steen & Hamilton LLP / LISTEN ONLY |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9406243 | Steven M. Berman | (619) 573-2900 ext. | Shumaker Loop & Kendrick, LLP | Creditor, Curlew Lake LLc / LISTEN ONLY |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9426014 | Job Chan | (214) 647-7608 ext. | AlixPartners, LLC | Debtor, Mattress Firm, Inc. / LIVE |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9424435 | Mike Comerford | (212) 318-6617 ext. | Paul Hastings LLP | Client, Barclays / LIVE |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9426783 | Amish R. Doshi | (516) 622-2335 ext. | Doshi Legal Group, P.C. | Creditor/Claimant, VAT Orland Park, LLC and SPV Orland Park, LLC / LIVE |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9425082 | Amy Edgy | (212) 903-9209 ext. | Linklaters LLP | Interested Party, Steinhoff International Holdings N.V. / LIVE |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9427769 | Marita Erbeck | (973) 549-7076 ext. | Drinker Biddle & Reath LLP | Creditor, Proligis-North Carolina Limited Partnership / LIVE |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9426004 | William Evanoff | (312) 853-4608 ext. | Sidley Austin LLP | Debtor, Mattress Firm, Inc. / LIVE |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9423919 | Julia Frost-Davies | (617) 951-8422 ext. | Morgan Lewis & Bockius LLP | Creditor, Citizens Bank / LIVE |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9424871 | Cindi M. Giglio | (212) 940-3828 ext. | Katten Muchin Rosenman LLP | Interested Party, Gordon Brothers / LISTEN ONLY |
| | | Mattress Firm, Inc. | 18-12241 | Hearing | 9425043 | Ivan M. Gold | (415) 273-7431 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Client, Winegarden Realty / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mattress Firm, Inc. | 18-12241 | Hearing | 9418209 | Adam J. Goldberg | (212) 906-1200 ext. | Latham & Watkins LLP | Interested Party, Steering Committee of Backstop Parties / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9416184 | David M. Guess | (949) 369-3700 ext. | Bienert Miller & Katzman | Interested Party, MGPX Properties / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9424299 | Paul R. Hage | (248) 727-1543 ext. | Jaffe, Raitt, Heuer & Weiss, PC | Creditor, Dembs Roth Group / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9427336 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9418220 | Eric Hilmo | (212) 903-9000 ext. | Linklaters LLP | Creditor, Steinhoff International / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9423455 | Rebecca W Hollander | (201) 525-6301 ext. 5068 | Cole Schotz P.C. | Creditor, Six Cousins Reality, LLC / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9425091 | Christopher J. Hunker | (212) 903-9209 ext. | Linklaters LLP | Interested Party, Steinhoff International Holdings N.V. / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9418714 | Adam Kassner | (212) 906-4769 ext. | Latham & Watkins LLP | Interested Party, The Steering Commitee Backstop Parties / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9424379 | Gerald P. Kennedy | (619) 515-3239 ext. | Procopio Cory Hargreaves & Savitch LLP | Creditor, Mann Enterprises / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9423902 | Marc Leduc | (617) 341-7751 ext. | Morgan Lewis & Bockius LLP | Creditor, Citizens Bank / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9391864 | Stephanie C. Lieb | (813) 227-7469 ext. | Trenam Law | Creditor/Claimant, Publix Supermarkets / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9426700 | Matthew Linder | (312) 853-7610 ext. | Sidley Austin LLP | Debtor, Mattress Firm, Inc. / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9426010 | Scott W. McKinney | (346) 718-5310 ext. | Mattress Firm, Inc. | Debtor, Mattress Firm, Inc. / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9425967 | Patrick Mohan | (646) 390-5739 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9423461 | Julie M. Murphy | (856) 355-2992 ext. | Hyland & Levin LLP | Creditor, MF Ohio / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9426126 | Thomas Onder | (609) 219-7458 ext. | Stark & Stark | Creditor, Ramco Properties Trust, et. al. / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9393788 | Lawrence Park | (201) 266-6988 ext. | CRG Financial, LLC | Creditor, CRG Financial, LLC / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9415691 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, VEREIT Real Estate, L.P. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mattress Firm, Inc. | 18-12241 | Hearing | 9426757 | Gregory Plotko | (212) 530-1924 ext. | Richards, Kibbe & Orbe | Creditor, JBL Asset Management / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9426372 | Jennifer D. Raviele | (212) 808-7684 ext. | Kelley Drye & Warren LLP | Creditor, SITE / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9420973 | Howard Rubin | (214) 379-0722 ext. | Kessler Collins | Bankruptcy Counsel, Grapevine Pavilion Investment, WFC Fund I Legacy OPCo, WFC Find II Pablo / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9424423 | Christine Scott | (617) 994-7000 ext. | Citizens Bank N.A. | Interested Party, Citizens Bank N.A. / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9425925 | Erin P. Severini | (513) 651-6415 ext. | Frost Brown Todd LLC | Creditor, Washington Prime Group, Inc. / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9391116 | Michelle E. Shriro | (972) 380-5533 ext. | Singer & Levick, PC | Creditor, Red Development, et al / LISTEN ONLY |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9417299 | James B. Sowka | (312) 460-5000 ext. 5325 | Seyfarth Shaw LLP | Interested Party, CFT NV Developments, LLC and CFT Developments, LLC / LIVE |
| Mattress Firm, Inc. | 18-12241 | Hearing | 9424431 | Andrew Tenzer | (212) 318-6099 ext. | Paul Hastings LLP | Client, Barclays / LIVE |