## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MATTRESS FIRM, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12241 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 478** |

### ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) ABANDON CERTAIN PERSONAL PROPERTY IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF

Pursuant to and in accordance with the *Order (I) Approving Procedures for Rejecting Unexpired Leases of Nonresidential Real Property, (II) Authorizing the Debtors to Enter Into Amendments to Certain Unexpired Leases of Nonresidential Real Property, and (III) Granting Related Relief* [Docket No. 408] (the "Rejection Procedures Order")[2] entered in the above-captioned chapter 11 cases of Mattress Firm, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice [Docket No. 478] (the "First Omnibus Rejection Notice") of their intent to reject the unexpired leases specified on **Schedule 1** hereto (the "Specified Leases") in accordance with the terms of the Rejection Procedures Order; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Rejection Procedures Order.

01:23865667.1

First Omnibus Rejection Notice; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Specified Leases set forth on **Schedule 1** are hereby rejected as set forth herein, effective with respect to each Specified Lease as of the later of (i) October 31, 2018 and (ii) the date on which the Debtors surrender possession of the store subject to the relevant Specified Lease to the Lease Counterparty by notifying the affected Lease Counterparty in writing thereof and (A) have turned over the store keys, key codes, or security codes, if any, to the Lease Counterparty or (B) have notified the affected Lease Counterparty in writing that the store keys, key codes, or security codes, if any, are not available and that the Lease Counterparty may re-key the store (each such rejection effective date, the "Rejection Date"); provided, however, that the Debtors shall not have withdrawn the First Omnibus Rejection Notice with respect to any Specified Lease absent the consent of the applicable Lease Counterparty.

2. Any and all Personal Property remaining at the leased premises as of the applicable Rejection Date shall be deemed abandoned upon the Rejection Date without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances. Any Lease Counterparty or other designee shall be free to dispose of any such items without notice or liability to any party. The right of any Lease Counterparty to file a claim for the costs of disposal of such Personal Property, if any, is fully reserved, as are the rights of all parties in interest to object to such claim.

3. If a Lease Counterparty wishes to assert a claim arising from the rejection of a Specified Lease, the Lease Counterparty shall file a proof of claim with the Debtors' claims and noticing agent before the deadline specified in the Notice of Effective Date to be filed by the

01:23865667.1

Debtors with the Court. The Notice of Effective Date will be made available, together with other documents relating to lease rejections, on the website maintained by the Debtors' claims and noticing agent, at http://dm.epiq11.com/MFLeaseRejection. If a Lease Counterparty fails to timely file a proof of claim, the Lease Counterparty shall be forever barred from asserting a claim for damages arising from the rejection of the applicable Specified Lease and from participating in any distributions made in connection with these chapter 11 cases on account of such claim. Proofs of claim and instructions for submission may be obtained at http://dm.epiq11.com/MFLeaseRejection.

4. Nothing contained in this Order is intended to be or shall be construed as (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Rejection Procedures Order or the First Omnibus Rejection Notice; or (e) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law.

5. Notwithstanding entry of this Order, nothing herein shall create, or is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: November 16, 2018
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

01:23865667.1

3