**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC., *et al.*,[1] | Case No. 18-12241 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 772<br>Objections Due: November 26, 2018 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF DECLARATION OF DISINTERESTEDNESS
OF ORDINARY COURSE PROFESSIONAL FISH & RICHARDSON P.C.**

**PLEASE TAKE NOTICE** that, on November 7, 2018, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business,* Nunc Pro Tunc *to the Petition Date* (the "OCP Order") [Docket No. 772].[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, the Debtors hereby file the Declaration of Disinterestedness of Fish & Richardson P.C., attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that any objections to the retention of Fish & Richardson P.C. made by the Notice Parties must be filed with the Court, and at the same time served upon the Debtors, on or before **November 26, 2018 at 4:00 p.m. (ET)**.

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the OCP Order.

01:23874706.1

Dated: November 16, 2018

SIDLEY AUSTIN LLP
Bojan Guzina
Matthew E. Linder
Michael Fishel
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:23874706.1