IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
: 
*In re* : Chapter 11
:
MATTRESS FIRM, INC., *et al.*,[1] : Case No. 18-12241 (CSS)
:
Debtors. : Jointly Administered
:
: Re: Docket No. 364
:
------------------------------------------------------------- X

### ORDER PURSUANT TO §105(a) AND §362(d) OF THE BANKRUPTCY CODE MODIFYING THE AUTOMATIC STAY TO ALLOW TEMPUR-PEDIC NORTH AMERICA, LLC, TEMPUR-PEDIC MANAGEMENT, LLC AND DAN-FOAM APS TO PROCEED WITH CERTAIN DISTRICT COURT LITIGATION

Upon the motion (the "Motion")[2] of Tempur-Pedic North America, LLC, Tempur-Pedic Management, LLC and Dan-Foam ApS (collectively, "Tempur-Sealy"), seeking entry of an order pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the "Bankruptcy Code") lifting the automatic stay to allow Tempur-Sealy to proceed with certain pending litigation in the United States District Court for the Middle District of Florida Tampa Division, Case No. 8:18-CV-02147-VMC-SPF (respectively, the "Florida Court" and the "Florida Litigation"), and adequate notice of the Motion having been given to the United States Trustee, counsel to the Debtors, and all parties requesting notice pursuant to Rule 2002 of Federal Rules of Bankruptcy Procedure; and it appearing that no other or further notice need be given; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334; and having

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Debtors' mailing address is 10201 S. Main Street, Houston, Texas 77025. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. This information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/MattressFirm or by contacting counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and having found that venue in this district is proper pursuant to 28 U.S.S. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The automatic stay imposed by the filing of the Petition (the "Automatic Stay") herein be and the same hereby is modified as set forth herein, pursuant to 11 U.S.C. § 105(a) and § 362(d)(1) of the Bankruptcy Code, soley to allow the Magistrate Judge in the Florida Litigation to issue the Report and Recommendation ( the "R&R") in respect of Tempur-Sealy's *Motion for a Preliminary Injunction* [D.I. 8 in the Florida Litigation], *provided however*, that the time periods set forth in the Florida Court's Local Rule 6.2 and 28 U.S.C. § 636(b)(1)(c) shall start to run from the later of (a) the issuance of the R&R; (b) the effective date of the Debtors' Plan of Reorganization; or (c) November 30, 2018.

3. Notwithstanding paragraph 2 hereof, the Automatic Stay shall be terminated, pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 362(d)(1), solely with respect to the Florida Litigation, on the earlier of the effective date of the Debtors' Plan of Reorganization and November 30, 2018.

4. The relief set forth in this Order shall be effective as of the date hereof.

5. This Court shall retain jurisdiction with respect to all matters arising from and related to the implementation of this Order.

.Dated: November 20, 2018
      Wilmington, Delaware

                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE