IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MATTRESS FIRM, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12241(CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. No. 553 |

## NOTICE OF WITHDRAWAL OF OBJECTION BY MARK AND PAMELA WALKER TO DEBTORS' PROPOSED CURE AMOUNT

PLEASE TAKE NOTICE that Mark and Pamela Walker, by and through their undersigned counsel, hereby withdraw their objection to Debtors' proposed cure amount, without prejudice, filed on November 1, 2018 at D.I. No. 553.

Dated: December 18, 2018

**CKR LAW LLP**

/s/ Jeffrey M. Carbino
Jeffrey M. Carbino (No. 4062)
1000 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 367-7918
Email: jcarbino@ckrlaw.com

*Counsel to*
*Mark and Pamela Walker*

{00208305.1 / 2001.000}