IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MATTRESS FIRM, INC.,[1]<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 18-12241 (CSS) |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1414**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Reorganized Debtor's Motion for Entry of Final Decree and Order Closing the Chapter 11 Case and Terminating Claims and Noticing Services* [Docket No. 1414] (the "Motion"), filed on March 6, 2020.  The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.  Objections to the Motion were to be filed and served no later than March 20, 2020 at 4:00 p.m. (ET).  Accordingly, it is hereby respectfully requested that the proposed form of order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 23, 2020 | SIDLEY AUSTIN LLP<br>Bojan Guzina<br>Matthew E. Linder<br>Michael Fishel<br>Blair M. Warner<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>            -and- |

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008.  The Reorganized Debtor's mailing address is 10201 S. Main Street, Houston, Texas 77025.  The chapter 11 cases of certain affiliates of the Reorganized Debtor were closed effective as of November 22, 2018.  *See* Case No. 18-12241, Docket No. 965.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

COUNSEL TO THE REORGANIZED DEBTOR