IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MATTRESS FIRM, INC.,[1] | Case No. 18-12241 (CSS) |
| Reorganized Debtor. | **Ref. Docket No. 1414** |

## FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE AND TERMINATING CLAIMS AND NOTICING SERVICES

Upon the motion (the "Motion")[2] of Mattress Firm, Inc., the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor"), for entry of a final decree and order (this "Final Decree and Order"), pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the chapter 11 case and terminating the Claims and Noticing Services provided by Epiq; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and appropriate notice of an the opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Reorganized Debtor and other parties in interest; and the Court having determined that the legal and factual

---

[1] The last four digits of Mattress Firm, Inc.'s federal tax identification number are 6008. The Reorganized Debtor's mailing address is 10201 S. Main Street, Houston, Texas 77025. The chapter 11 cases of certain affiliates of the Reorganized Debtor were closed effective as of November 22, 2018. See Case No. 18-12241, Docket No. 965.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The chapter 11 case of Mattress Firm, Inc., Case No. 18-12241 (CSS) is hereby CLOSED pursuant to section 350(a) of the Bankruptcy Code, effective as of the date of entry of this Final Decree and Order.

3. A docket entry shall be made in the chapter 11 case reflecting the entry of this Final Decree and Order.

4. Entry of this Final Decree and Order is without prejudice to the rights of the Reorganized Debtor or other party in interest to seek to reopen the chapter 11 case for cause pursuant to section 350(b) of the Bankruptcy Code.

5. Notwithstanding any provision of the Bankruptcy Code, Bankruptcy Rules or Local Rules to the contrary, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry.

6. Subject to the performance of any obligations of Epiq pursuant to this Final Decree and Order, Epiq's services as claims and noticing agent for the chapter 11 case, including the Claims and Noticing Services, are hereby terminated, and Epiq shall be deemed formally discharged as claims and noticing agent for the chapter 11 case without further order of the Court.

7. Pursuant to Local Rule 2002-1(f)(ix), within twenty-eight (28) days of the entry of this Final Decree and Order, Epiq shall: (a) forward to the Clerk of the Court an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF; and (c) docket a final claims register containing the claims filed in the chapter 11 case. Epiq shall further box and transport all original claims, in proper format, as provided by the Clerk of the Court, to the

26130212.1

Philadelphia Federal Records Center, located at 14470 Townsend Road, Philadelphia, Pennsylvania 19154-1096, and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

8. Within thirty (30) days of the entry of this Final Decree and Order, the Reorganized Debtor shall (a) file with the Court and provide to the U.S. Trustee all outstanding post-confirmation reports, and (b) pay all Quarterly Fees due and payable pursuant to 28 U.S.C. § 1930.

9. The Reorganized Debtor and its agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree and Order in accordance with the Motion.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Final Decree and Order.

**Dated: March 24th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

26130212.1